UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>YANPING WANG,<br><br>                                 Defendant. | Case No. 23-MAG-2007<br><br>**NOTICE OF MOTION FOR AN ORDER DIRECTING DEFENDANT HAS COMPLIED WITH THE TERMS OF HER BAIL CONDITIONS** |

**PLEASE TAKE NOTICE** that, pursuant to 18 U.S.C. § 3142, upon the accompanying Memorandum of Law, Defendant Yanping Wang, by and through her counsel, ChaudhryLaw PLLC and Lipman Law PLLC, respectfully moves this Court before the Honorable Robert W. Lehrburger, United States Magistrate Judge, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for an Order approving Defendant's proffered bond co-signers heretofore arbitrarily rejected by the government; or, alternatively, to amend Defendant's bail conditions to eliminate the requirement that she obtain two financially responsible persons to co-sign her bond.

Dated:  New York, New York
           March 24, 2023

                                                                ChaudhryLaw PLLC

                                                        By:    */s/ Priya Chaudhry*
                                                                Priya Chaudhry
                                                                147 W. 25th Street, 12th Floor
                                                                New York, New York 10001
                                                                Tel: (212) 785-5550
                                                                Email: priya@chaudhrylaw.com

                                                                Alex Lipman
                                                                Lipman Law PLLC
                                                                147 W. 25th Street, 12th Floor
                                                                New York, New York 10001
                                                                Tel: (212) 401-0070
                                                                Email: alexlipman@limpanpllc.com

*Attorneys for Defendant Yanping Wang*