UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>YANPING WANG,<br><br>                              Defendant. | Case No. S1 1:23-cr-00118-AT<br><br>**NOTICE OF APPEARANCE** |

     **PLEASE TAKE NOTICE** that undersigned counsel, Priya Chaudhry, of the law firm ChaudhryLaw PLLC, duly admitted to practice in New York and before the United States District Court for the Southern District of New York, hereby enters an appearance as counsel for Defendant Yanping Wang in the above-captioned action.

Dated: New York, New York
       March 30, 2023

                                                         ChaudhryLaw PLLC

                                          By:   /s/ Priya Chaudhry
                                                       Priya Chaudhry, Esq.
                                                       147 West 25th Street, 12th Floor
                                                       New York, New York 10001
                                                       Tel: (212) 785-5550
                                                       Email: priya@chaudhrylaw.com

                                                       *Attorneys for Defendant Yanping Wang*