

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 2, 2023

**VIA ECF**
Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

  Re: *United States v. Yanping Wang, a/k/a "Yvette,"* **S1 23 Cr. 118 (AT)**

Dear Judge Torres:

  The Government writes to advise to Court concerning the March 31, 2023 conference in the above-captioned matter that was held in magistrate court. By way of background, on March 15, 2023, the Government informed the Court that a grand jury had returned indictment S1 23 Cr. 118 (AT) charging, among others, Yanping Wang, a/k/a "Yvette" ("Wang" or the "defendant"). The Court advised that it would arraign the defendant on the S1 Indictment during the pretrial conference, scheduled for April 4, 2023 at 11:30 a.m., and referred the pending bail-related hearing to magistrate court.

  The morning of March 31, 2023, in advance of the scheduled 10:00 a.m. bail hearing before Judge Lehrburger, the Government filed a supplemental letter concerning Wang's pretrial release in which the Government sought pretrial detention, given changes in circumstances. During the March 31, 2023 proceeding before Judge Lehrburger, Wang's defense counsel contended that they were not prepared to proceed on their motion and the arguments raised in the Government's letter, and also contended that the issue should be first brought before this Court. The Government believed the bail consideration, which had been referred by this Court, was properly before Judge Lehrburger. However, in light of defense counsel's position that they were not prepared to move forward, Judge Lehrburger adjourned the matter to April 4 at 2:00 p.m. Judge Lehrburger stated that, if this Court preferred to consider the issue of Wang's pretrial release during the April 4, 2023 pretrial conference, Judge Lehrburger would cancel the 2:00 p.m. hearing.

  The Court subsequently advised the parties that Wang's bail-related hearing will proceed before Judge Lehrburger as scheduled.

              Very truly yours,

              DAMIAN WILLIAMS
              United States Attorney

         By: _____
              Juliana N. Murray
              Ryan B. Finkel
              Micah F. Fergenson
              Assistant United States Attorneys
              (212) 637-2314 / 6612 / 2190

Cc: Alex Lipman, Esq. (by ECF and Email)
   Priya Choudhry, Esq. (by ECF and Email)