

147 West 25th Street, 12th Floor
New York, New York 10001
CHAUDHRYLAW.COM

April 6, 2023

*VIA* ECF

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

   *Re:* *United States v. Yanping Wang*, 23-CR-118-AT
     **Bond Suretor Property Documentation**

Dear Judge Lehrburger:

  Along with Lipman Law PLLC, we represent Yanping Wang in the above-referenced matter.

  On April 4, 2023, this Court conducted a bond hearing for Ms. Wang, and held the hearing open to allow Ms. Wang to submit additional suretor materials to satisfy her bond conditions. Pursuant to this Court's request for information relating to real estate properties that certain of Ms. Wang's proposed co-signers are willing to post to secure her bond, we are submitting the following exhibits under seal:

- Exhibit A: Property Documentation for Frank Feng;
- Exhibit B: Property Documentation for Ping Liu;
- Exhibit C: Property Documentation for Michelle Lou;
- Exhibit D: Property Documentation for Forrest Zhou; and
- Exhibit E: Index of Wang Co-Signers' Properties.

       Respectfully submitted,

       /s/ Priya Chaudhry

       Priya Chaudhry

Cc: AUSA Juliana Newcomb Murray
   AUSA Micah Festa Fergenson
   AUSA Ryan B. Finkel