

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 14, 2023

**VIA ECF**
Hon. Robert W. Lehrburger
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *United States v. Yanping Wang, a/k/a "Yvette,"* **S1 23 Cr. 118 (AT)**

Dear Judge Lehrburger:

    In its April 12, 2023 submission, the Government noted that, on April 12, 2023, a Bank-3 representative informed the Government that the defendant appeared to be the controlling manager of three open business checking accounts at Bank-3 that held funds. (Dkt. 42 at n.3). Yesterday, a different Bank-3 representative orally informed the Government that it appears that Bank-3 accounts controlled by the defendant, Yanping Wang, are in fact closed. The Government is still awaiting documents and records from Bank-3 and will update the Court as appropriate.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: _/s/ Juliana N. Murray_____
    Juliana N. Murray
    Ryan B. Finkel
    Micah F. Fergenson
    Assistant United States Attorneys
    (212) 637-2314 / 6612 / 2190

Cc:    Alex Lipman, Esq. (by ECF)
        Priya Choudhry, Esq. (by ECF)