# EXHIBIT B
# GOVERNMENT'S EVIDENCE LOG

*United States v. Yanping Wang*, Case No.: 23-CR-118 (AT)

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG

*Print Legibly. More than one line may be used for each item, if necessary.*

Page 1 of 9

Date: 3/15/2023   Case ID: 29S-NY-3269901
Location: 188 East 64th Street, New York, NY Apt. 1601
Preparer/Assistants: SA KATRINA LAPERUTA

Personnel (full names and initials): Melissa Baccari, Katrina Laperuta, Anna Frenzilli, Matt London, Chris Powell, Ashley Notbusch, Scott Stoner, Doris Chen, Lorenzo Marcellino

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/ Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 1 | One White iPhone 12  IMEI 350725916680356 | F | on night stand to right of bed | SA Melissa Baccari  SA Anna Frenzilli | Plastic | Pin: 777777 |
| 2 | One Gray iPhone with Case  IMEI 352396473583165 | A | on charging station on Kitchen Counter | SA Melissa Baccari  SA Katrina Laperuta | Plastic | Pin: 777777 |
| 3 | One White iPhone  IMEI 350108843228682 | A | on charging station on kitchen counter | SA Melissa Baccari  SA Katrina Laperuta | Plastic | No pin needed * |
| 4 | One green-mint-colored iPhone  IMEI 351588829414308 | A | on charging station on kitchen counter | SA Melissa Baccari  SA Katrina Laperuta | Plastic | Pin: 777777 |
| 5 | One silver iPhone  IMEI 35333207 | C | on kitchen bar | SA Melissa Baccari  SA Katrina Laperuta | Plastic | Pin: 100423 |
| 6 | One White iPhone 13  IMEI 352615452077299 | C | on kitchen bar | SA Melissa Baccari  SA Katrina Laperuta | Plastic | No pin needed |
| 7 | One purple-colored iPhone with case | C | on kitchen bar | SA Melissa Baccari  SA Katrina Laperuta | Plastic | possibly factory reset |
| 8 | One Macbook A2337  S/N: HRTJ9FGBQ6L4 | C | in black bag on floor next to couch | SA Matt London  SA Chris Powell | Paper | Pin unknown |
| 9 | Car inventory list, two pages | C | in folder in black bag on floor next to couch | SA Matt London  SA Chris Powell | Paper | |

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG
*Print Legibly. More than one line may be used for each item, if necessary.*

Page 2 of 9

Date: 3/15/2023   Case ID: 295-NY-3269901
Location: 188 East 64th Street, New York, NY Apt 1601
Preparer/Assistants: SA Katrina Laperuta

Personnel (full names and initials): See page 1.

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/ Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 10 | Sony Recorder | D | in Cartier box in closet | SA Ashley Notbusch / SA Chris Powell | Plastic | |
| 11 | USB Flash Drive with letter "Y" | D | in clear case in closet | SA Ashley Notbusch / SA Chris Powell | Plastic | |
| 12 | USB Flash Drive PNY 32GB + letters "MK" | D | in clear case in closet | SA Ashley Notbusch / SA Chris Powell | Plastic | |
| 13 | USB Flash Drive with red writing | D | in clear case in closet | SA Ashley Notbusch / SA Chris Powell | Plastic | |
| 14 | USB Flash Drive "YW TRANS" | D | in clear case in closet | SA Ashley Notbusch / SA Chris Powell | Plastic | |
| 15 | USB Flash Drive, purple, with "Copy-Jessica's files" | D | in clear case in closet | SA Ashley Notbusch / SA Chris Powell | Plastic | |
| 16 | USB Flash Drive, 2GB, NYC Small Business Services | D | in clear case in closet | SA Ashley Notbusch / SA Chris Powell | Plastic | |
| 17 | USB flash drive, 16GB, Red | C | in purse on kitchen bar | Scott Stoner / Matt London | Plastic | |
| 18 | USB Flash drive, 32GB, Black writing "CLEAN" | C | in purse on kitchen bar | Scott Stoner / Matt London | Plastic | |

# EVIDENCE COLLECTED ITEM LOG
*Print Legibly. More than one line may be used for each item, if necessary.*

Date: 3/15/2023   Case ID: 29S-NY-3269901
Location: 188 East 64th Street, New York, NY Apt. 1601
Preparer/Assistants: SA Katrina Laperuta

Personnel (full names and initials): See page 1.

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/ Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 19 | USB Flash Drive, 16GB, with extension | C | in bowl on kitchen bar | Scott Stoner / Matt London | Plastic | |
| 20 | Appointment Book | C | on kitchen bar | Scott Stoner / Matt London | Plastic | |
| 21 | 1TB Lacie Portable Hard Drive S/N: NL6G10CH | C | on kitchen bar | Scott Stoner / Matt London | Plastic | |
| 22 | Sandisk Cruzer Glide 16GB BL1807258818 | D | in box in closet | Ashley Notbusch / Chris Powell | Plastic | |
| 23 | Mosdart USB Flash Drive, gray | D | in box in closet | Ashley Notbusch / Chris Powell | Plastic | |
| 24 | Modart, 16GB, Black | D | in box in closet | Ashley Notbusch / Chris Powell | Plastic | |
| 25 | Cruzer Glide 16GB BL171125485B | D | in box in closet | Ashley Notbusch / Chris Powell | Plastic | |
| 26 | USB flash drive, 16GB, "Guo Media" faded writing | D | in box in closet | Ashley Notbusch / Chris Powell | Plastic | |
| 27 | USB Flashdrive, 16GB, "Guo Media", | D | in box in closet | Ashley Notbusch / Chris Powell | Plastic | |

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG
Print Legibly. More than one line may be used for each item, if necessary.

Page 4 of 9

Date: 3/15/2023  Case ID: 295-NY-3269901
Location: 188 East 64th Street, New York, NY
Apt. 1601
Preparer/Assistants: SA Katrina Lapenta

Personnel (full names and initials): See Page 1.

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/ Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 28 | USB flash drive, 16GB, "Guo Media" | D | in box in closet | Ashley Notbusch / Chris Powell | Plastic | |
| 29 | Sony flash drive, 8GB ±2013CGEN4 | D | in box in closet | Ashley Notbusch / Chris Powell | Plastic | |
| 30 | USB flash drive, 16GB, "Guo Media" faded writing | D | in box in closet | Ashley Notbusch / Chris Powell | Plastic | |
| 31 | Mosdart, 8GB, blue, peeled sticker | D | in box in closet | Ashley Notbusch / Chris Powell | Plastic | |
| 32 | Verbatim flash drive, 16GB ±10165076166UAAF | D | in box in closet | Ashley Notbusch / Chris Powell | Plastic | |
| 33 | Mosdart, 8GB, white | D | in box in closet | Ashley Notbusch / Chris Powell | Plastic | |
| 34 | Transcend flash drive, 16GB 0955121413 | D | in box in closet | Ashley Notbusch / Chris Powell | Plastic | |
| 35 | Pnstaw flash drive, 32GB, "2052" | D | in box in closet | Ashley Notbusch / Chris Powell | Plastic | |
| 36 | Mosdart, 16GB, "1022" | D | in box in closet | Ashley Notbusch / Chris Powell | Plastic | |

# EVIDENCE COLLECTED ITEM LOG

*Print Legibly. More than one line may be used for each item, if necessary.*

Page 5 of 9

**Date:** 3/15/2023  **Case ID:** 295-NY-3269901
**Location:** 188 East 64th Street, New York, NY Apt. 1601
**Preparer/Assistants:** SA Katrina Laperuta

**Personnel (full names and initials):** See page 1.

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/ Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 37 | PNSTAW, 32GB, Green "2103" | D | in box in closet | Ashley Notbusch / Chris Powell | Plastic | |
| 38 | USB Flash Drive, 4GB, Yellow label "NY" | D | in box in closet | Ashley Notbusch / Chris Powell | Plastic | |
| 39 | Mosdart, 16GB, "1019" | D | in box in closet | Ashley Notbusch / Chris Powell | Plastic | |
| 40 | Sandisk Cruzer Edge, 64GB, BN170 325609B | D | in box in closet | Ashley Notbusch / Chris Powell | Plastic | |
| 41 | Black Spiral Notebook "183 Mnemosyne" | B | in red suitcase at bottom of closet | Doris Chen, ~~Ashley Notbusch~~ Lorenzo Marcellino ~~Chris Powell~~ | Plastic | |
| 42 | Black Spiral Cambridge Limited Notebook, first page "May 22" "Lady May" | B | in suitcase in closet | ~~Ash~~ Doris Chen / Lorenzo Marcellino | Paper | |
| 43 | Orange-colored spiral Rhodia notebook | B | in suitcase in closet | Doris Chen / Lorenzo Marcellino | Paper | |
| 44 | Black Spiral Cambridge Limited notebook, first page "Oct 17" | B | in suitcase in closet | Doris Chen / Lorenzo Marcellino | Paper | |
| 45 | Green-colored 2022 Notebook | B | in suitcase in closet | Doris Chen / Lorenzo Marcellino | Paper | |

FD-886 (Rev. 4-13-15) **EVIDENCE COLLECTED ITEM LOG** Page 6 of 9

*Print Legibly. More than one line may be used for each item, if necessary.*

Date: 3/15/2023  Case ID: 295-NY-3269901
Location: 188 East 64th Street, New York, NY
Apt. 1601
Preparer/Assistants: SA Katrina Laperita

Personnel (full names and initials): See Page 1.

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/ Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 46 | White-colored 2021 notebook | B | in suitcase in closet | Doris Chen / Lorenzo Marcellino | Plastic | |
| 47 | White-colored 2020 notebook | B | in suitcase in closet | Doris Chen / Lorenzo Marcellino | Plastic | |
| 48 | Red-colored 2019 notebook | B | in suitcase in closet | Doris Chen / Lorenzo Marcellino | Plastic | |
| 49 | Red-colored 2018 notebook | B | in suitcase in closet | Doris Chen / Lorenzo Marcellino | Plastic | |
| 50 | Black Collins 2017 notebook | B | in suitcase in closet | Doris Chen / Lorenzo Marcellino | Paper | |
| 51 | Spiral Septcouter notebook with SIM cards taped | F | in safe | Lorenzo Marcellino / Doris Chen | Plastic | |
| 52 | Documents including HCN Allocation, handwritten notes, Himalaya Exchange structure | B | in suitcase in closet | Doris Chen / Lorenzo Marcellino | Plastic | |
| 53 | Vanuatu passport Yanping Wang, Vanuatu passport Ho Wan Kwok, PRC passport Yanping Wang exp 09 Mar 2008, PRC passport Yanping Wang exp 13 Dec 2020 | F | in safe | Lorenzo Marcellino / Doris Chen | Paper / Plastic | |

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG
*Print Legibly. More than one line may be used for each item, if necessary.*

Page 7 of 9

Date: 3/15/2023   Case ID: 295-NY-3269901
Location: 188 East 64th Street, New York, NY Apt. 1601
Preparer/Assistants: SA Katrina Lapenta

Personnel (full names and initials): See page 1.

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/ Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 54 | Nine SIM cards, and pieces of paper with notes, and SIM card Remover | F | in safe | Lorenzo Marcellino / Doris Chen | Plastic | |
| 55 | Macbook A2179 S/N: C02D027WM6KG | B | in between clothes | Doris Chen / Lorenzo Marcellino | Paper | Password 2021Nevergiveup on post-it on laptop |
| 56 | One white iphone model MT0D2LL/A IMEI: 353063104772562 | B | in bag in closet | Doris Chen / Lorenzo Marcellino | Plastic | no pin needed |
| 57 | One white iphone 12 pro IMEI: 353075116571485 | B | in bag in closet | Doris Chen / Lorenzo Marcellino | Plastic | Pin: six 7's |
| 58 | one white iphone 11 S/N: C7CCQM53N72K | B | in bag in closet | Doris Chen / Lorenzo Marcellino | Plastic | Pin: six 7's |
| 59 | one white iphone XR S/N: FFWCC9XJKXKP | B | in bag in closet | Doris Chen / Lorenzo Marcellino | Plastic | Pin: six 7's |
| 60 | one white iphone 12 S/N: FFXGR2540DXQ | B | in bag in closet | Doris Chen / Lorenzo Marcellino | Plastic | Pin: six 7's |
| 61 | Western Digital My Passport for Mac S/N: WX910B79J390 | B | in bag in closet | Doris Chen / Lorenzo Marcellino | Paper | |
| 62 | Maxtor M3 portable 1TB Serial Number last 3: GMR | B | in bag in closet | Doris Chen / Lorenzo Marcellino | Plastic | |

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG

*Print Legibly. More than one line may be used for each item, if necessary.*

Page 8 of 9

Date: 3/15/2023  Case ID: 295-NY-3269901
Location: 188 East 64th Street, New York, NY Apt. 1601
Preparer/Assistants: SA Katrina Lapenta

Personnel (full names and initials): See Page 1.

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/ Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 63 | Documents in red folder including, business action items + foreign financial accounts | B | in suitcase in closet | Doris Chen / Lorenzo Marcellino | Paper | |
| 64 | Three daily tasks notepad | B | in suitcase in closet | Doris Chen / Lorenzo Marcellino | Paper | |
| 65 | one iPad Model A1671 S/N: DLXVF9MFHP3H | F | on bed | ~~Powell~~ Chris Powell / ~~Nothusch~~ Ashley Nothusch | Paper | Pin unknown |
| 66 | Seagate Backup Plus Slim 1TB S/N: NABEW7KB | B | in suitcase in closet | Doris Chen / Lorenzo Marcellino | Paper | |
| 67 | Western Digital My Passport for Mac; S/N: WX31539241L2 | B | in suitcase in closet | Doris Chen / Lorenzo Marcellino | Paper | |
| 68 | Western Digital My Passport for Mac S/N: WXC2A70HZ826 | B | in suitcase in closet | Doris Chen / Lorenzo Marcellino | Paper | |
| 69 | Western Digital My Passport for Mac S/N: WX72E402P9EW | B | in suitcase in closet | Doris Chen / Lorenzo Marcellino | Paper | |
| 70 | Mosdart 8GB flash drive, Blue | F | in folder in bag in closet | Lorenzo Marcellino / Doris Chen | Plastic | |
| 71 | Hermes items in boxes | F | in closet | Lorenzo Marcellino / Doris Chen | 3 Boxes | this item in 3 boxes |

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG
*Print Legibly. More than one line may be used for each item, if necessary.*

Page 9 of 9

Date: 3/15/2023  Case ID: 29S-NY-3269901
Location: 188 East 64th Street, New York, NY Apt. 1601
Preparer/Assistants: SA Katrina Lapenta

Personnel (full names and initials): See page 1.

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/ Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 72 | US Currency - 138,440 | F | in safe in closet | Lorenzo Marcellino / Doris Chen | Kapak | |
| 73 | Foreign Currency - Pounds 3005 | F | in safe in closet | Lorenzo Marcellino / Doris Chen | Kapak | |
| 74 | Foreign Currency - Hong Kong Dollars 1480 | F | in safe in closet | Lorenzo Marcellino / Doris Chen | Kapak | |
| 75 | Foreign Currency - Yuan 600 | F | in safe in closet | Lorenzo Marcellino / Doris Chen | Kapak | |

Nothing further 3/15/2023