```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _5/4/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

YANPING WANG,

                           Defendant.

23 Cr. 118-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By **May 11, 2023**, the Government shall respond to Defendant Wang's letter dated April 27, 2023, filed at ECF No. 59, stating whether it objects to Defendant's request.

    SO ORDERED.

Dated: May 4, 2023
       New York, New York

                                              ANALISA TORRES
                                    United States District Judge