UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YANPING WANG,<br>                                  Defendant. | Case No. 23-CR-118-AT<br><br>**NOTICE OF MOTION FOR AN ORDER REVOKING THE MAGISTRATE JUDGE'S ORDER OF DETENTION AND AUTHORIZING PRETRIAL RELEASE** |

**PLEASE TAKE NOTICE** that, pursuant to 18 U.S.C. § 3142, upon the accompanying Declaration of Alex Lipman and the exhibits attached thereto, the Declaration of Robert Glenn and the exhibits attached thereto, and Memorandum of Law, Defendant Yanping Wang, by and through her counsel Lipman Law PLLC and ChaudhryLaw PLLC, respectfully moves this Court before the Honorable Analisa Torres, United States District Judge, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order revoking the Magistrate Judge's April 21, 2023, Order of Detention and Authorizing Pretrial Release.

Dated: New York, New York
           June 5, 2023

                                                                    Lipman Law PLLC

                                                    By:    */s/ Alex Lipman*

                                                           Priya Chaudhry
                                                           CHAUDHRYLAW PLLC
                                                           Priya Chaudhry
                                                           147 W. 25th Street, 12th Floor
                                                           New York, New York 10001
                                                           Tel: (212) 785-5550
                                                           Email: priya@chaudhrylaw.com

                                                           Alex Lipman
                                                           LIPMAN LAW PLLC
                                                           147 W. 25th Street, 12th Floor
                                                           New York, New York 10001
                                                           Tel: (212) 401-0070
                                                           Email: alexlipman@lipmanlawpllc.com

                                                           *Attorneys for Defendant Yanping Wang*