# EXHIBIT F

*United States v. Yanping Wang*, Case No.: S1 23-CR-118 (AT)

## Himalaya Coin Distribution Table at launch on 1 November 2021

| Total HCN Minted | USD |
|---|---|
| | 100,000,000 |

**Distributed to:**

| Category | HCN (in US dollar terms) | |
|---|---|---|
| Himalaya Farms | | |
| FUND: GClub | ~~42,248,585~~ | 飞飞在对 |
| IHOTRY LTD (Abu Dhabi) | ~~25,000,000~~ | |
| WEIHUA LI | 3,500,000 → 没锁 | |
| FUND: HK Fund managers for Haitong | ~~2,000,000~~ | |
| Staff | 2,200,000 → 没锁 | |
| FUND: Japanese（东社长） | 1,524,020 | |
| William | ~~1,000,000~~ → 没锁 | |
| Yvette | ~~1,000,000~~ | |
| Japan: Yiming | ~~700,000~~ | |
| Japan: 魔女 | ~~700,000~~ | |
| Developers（开发团队） | 700,000 → ? | |
| Market Makers（造市商） | 500,000 → 没锁 | (破军 HK团队 |
| Outside Customers (Bankers, trustees) | 500,000 → 没锁 | 马耳它） |
| | 334,938 → 没锁 | |
| | | 收费 trustee |
| | **81,907,543** | |

**Further HCN Reserves:**

| | |
|---|---|
| GClub reserves for Liechtenstein Fund (For upgrade to banking license) | 6,000,000 |
| Himalaya Farm investors into FUND | 10,500,000 |
| Himalaya Farm lost funds with Deltec Bank | 1,000,000 |
| **TOTAL** | **99,407,543** |

| Remaining | |
|---|---|
| | 592,457 |

| New HDO addition from launch on 1 Nov 2021 to 4 Nov: | 10.2 million |
|---|---|
| Total HDO available as at 4 Nov 2021 | 206 million |

同一栏给钱 8703
券商银行 8800 3 收了 (~~3000~~ USD) "7003 HCN"
(2900 USD 后) 属于 Alfa 60