# EXHIBIT K

*United States v. Yanping Wang*, Case No.: S1 23-CR-118 (AT)

PS2
(Rev. 10/09)

# United States District Court
## Worksheet for Pretrial Services Report

| PACTS Client ID No.: | Cir/Dist/Docket/Defendant No | Arrest Date: | Interviewing Officer: | Interview Date: |
|---|---|---|---|---|
| | | 31 | Jessica Aguilar | 3/15/23 |

### CLIENT PERSONAL DATA - General

| Prefix: | Title: (Dr., PhD., etc.) | Court Name: First | Middle | Last | Generation |
|---|---|---|---|---|---|
| | | Yanping | | Wang | |

| SSN/EIN: | State Identification No.: | FBI No.: |
|---|---|---|
| [redacted] | | |

| Register/Marshal's No.: | ICE (INS) No.: | Driver's License No.: (Include state) |
|---|---|---|

### CLIENT PERSONAL DATA - Alternate Names and Ids (If more than four, attach list)

| First | Middle | Last | Generation | ☐ Also Known ☐ Maiden Name ☐ Alternate Name ☐ True Name |
|---|---|---|---|---|
| Everett | | | | |

**Alternate IDs:** (List any other alien numbers, state ID numbers, SSNs, DOBs)
2 friends from China.
Wayne, Tara Cao     Yes. / Bond Cosigned.
                                                        Royal
**Distinguishing Characteristics:** (Scars, tattoos, etc.)   212 826 8882.  card.

### CLIENT PERSONAL DATA - Demographics

| Sex: (Check one) | Race: (Check one) | Hispanic: (Check one) | Height: 5'1" | Weight: 140 |
|---|---|---|---|---|
| ☒ Female ☐ Male ☐ Unknown | ☐ American Indian or Alaska Native ☒ Asian ☐ Black or African American ☐ Native Hawaiian or Other Pacific Islander ☐ Other Race ☐ Unknown ☐ White | ☐ Hispanic ☒ Non-Hispanic ☐ Unknown | Age: [redacted] | Date of Birth: [redacted] |

| Eye Color: | Hair Color: |
|---|---|
| ☐ Blue ☒ Brown ☐ Green ☒ Hazel ☐ Other — Hazel  Black/Brown | ☒ Black ☐ Brown ☐ None ☐ Red ☐ Blonde ☐ Grey ☐ Other ☐ White |

| Place of Birth: [redacted] | Country of [redacted] | Citizenship: (Check one) ☒ Citizen of Another Country ☐ U.S. Citizen ☐ Naturalized US Citizen ☐ U.S. National ☐ Unknown | Additional Citizen Information: ☐ Permanent Resident ☐ Refugee ☐ Temporary Visa ☐ Illegal Alien ☐ Unknown — pending approval |
|---|---|---|---|

Do you possess a passport/visa? ☒ Yes ☐
Location: FBI seized. Chinese passport.
Country of Citizenship: China.
Date Naturalized: Asylum.

Have you traveled outside the U.S.? ☒ Yes ☐ No   Countries: _____   Purpose: _____

Date Immigrated to the United States: _____   Date Entered United States: April/May 2017.

### CLIENT PERSONAL DATA - Remarks

Singapore, Hongkong, Europe England, France, —  Before 2017.

PS2
(Rev. 10/09)

Page 2

*Can't recall.*

## CLIENT PERSONAL DATA - Addresses

| | Phone (Residence): / | Phone (Mobile): / |
|---|---|---|
| City: [redacted]  State: [redacted]  Zip Code: [redacted]  County: | | Phone (Pager/Fax): / |
| Address Type: *Apt.*  ☒ Residence  ☐ Legal Address  ☐ Mailing Address | Date Moved to This Address (From Date): | E-Mail: |
| | Time in Community of Residence: DAYS / MONTHS / (YEARS) (circle one) *2020 – Begin.   2017* | |

Defendant Lives With? *Alone.*

| Name on Lease/Mortgage: *Self.   LLC.* | Name on Utilities: / | Monthly Payment: / |
|---|---|---|

Have you ever lived outside the state/country? ☐ Yes ☐ No
Explain: [redacted]

Do you own any firearms?  ☐ Yes  ☒ No
Are there any firearms where you live?  ☐ Yes  ☒ No
Any dogs or dangerous animals where you live?  ☐ Yes  ☒ No

| Other/Prior Residences | Start Date | End Date | With Whom? |
|---|---|---|---|
| *E 57th. Manhattan since 2017.* | | | |
| | | | |
| | | | |

## CLIENT PERSONAL DATA - Collateral Contacts
(Check box if living with defendant)  (Family, Friends, Other Frequent Contacts, etc.)

| | Name/Age | Relationship/Frequency of Contact | Citizenship Status | Address and Phone Number | Miscellaneous Notes/ Occupation |
|---|---|---|---|---|---|
| | [redacted] | (M) 7 decades (F) | | | |
| ☐ | | *Brother in China – Close relationship. Not frequent.* | | | |
| ☐ | | | | | |
| ☐ | | | | | |
| ☐ | *extended family – No contact* | | | | |
| ☐ | | | | | |
| ☐ | | | | | |

PS2 (Rev. 10/09)                                                                                                    Page 3

## MARITAL HISTORY (Including cohabitation)

*(Check box if living with defendant)*

**Current Marital Status:** ☐ Cohabitating  ☒ Divorced  ☐ Married  ☐ Separated  ☐ Single  ☐ Widowed  ☐ Unknown
*(Current Personal Data/Profile)*

| Name | Marital Status | Citizenship | Address/Telephone No. | Dates of Marriage | No. of Children |
|---|---|---|---|---|---|
| ☐ Current: [redacted] | [redacted] | | | 23 years ago.— | |
| [redacted] | | | 2006 — | | |
| | | | | | |

## CHILDREN

*(Check box if living with defendant)*

| Name/Age of Children | Children Live With Whom? | Citizenship | Address/Telephone No. | Frequency of Contact | Support? |
|---|---|---|---|---|---|
| ☐ Son (10) | China — w/ ex husband. | | | 2018-detained family no contact since then | |
| ☐ | | | | | |
| ☐ | | | | | |
| ☐ | | | | | |

## EDUCATION

**Education Level:** (Client Personal Data/Profile)

☐ No High School Diploma/GED     ☐ Associate's Degree     ☐ Unknown
☐ Graduate Equivalency              ☐ Bachelor's Degree      ☐ Some College
☐ Vocational/Apprentice Graduate   ☒ Master's Degree
☐ High School Diploma               ☐ Doctorate

Date Education Obtained/Last Year Attended: _____
Name/Location of Current School: _____
Grade Completed: 2005 | 2007. — In China.
Certificates/Degrees: American Language Politics Culture, History.

## MILITARY HISTORY

Branch of Service: _____
Dates of Service: _____
Type of Discharge: _____
Were you court-martialed? ☐ Yes  ☐ No
Was any disciplinary action taken? ✓

**English Language Skills:** (Client Personal Data/Profile)

☐ Fluent in English as Primary Language       ☐ Mute - Fluent in International Sign Language
☐ Fluent in English as Secondary Language     ☐ Mute - Limited or No Fluency in International Sign Language
☐ Limited Fluency in English                   ☐ Unknown
☐ No Fluency in English                        Primary Language (if not English)

Primary language — Chinese.

PS2
(Rev.10/09)
Page 4

## Current Employment / Unemployment (Client Personal Data)

**Is the defendant currently employed?** ☐ Yes ☐ No
If No, skip to unemployment section below

**Company Name:** Unemployed for self/m 2022.   ☐ Self-Employed?

**Address: (Street)**   **City:**   **State:**   **Zip Code:**   **County:**

**Start Date:**   **Hours Per Week:**   **Phone No.:**

**Occupation:**   **Gross Income for This Employment:**

**Job Title:**   $ _____   ☐ Hourly   ☐ Semi-Monthly
☐ Weekly   ☐ Monthly

**How Long Employed?**   **Work Hours:**   ☐ Biweekly   ☐ Yearly

**Can you return to your job?**   **Does your employer know about your arrest?** ☐ Yes ☐ No
☐ Yes ☐ No ☐ Unknown   **Can your employer be contacted?** ☐ Yes ☐ No

**Supervisor's Name:**   **Supervisor's Title:**   **Supervisor's Phone No.:**   **Supervisor's Cell/Pager No.:**

### **UNEMPLOYMENT DATA**

**Unemployment Start Date:**   If unemployed, reason for unemployment/reasons for leaving is required

**Reasons for Unemployment:**   **Reasons for Leaving:**

☐ Caregiver   ☑ Long-Term Treatment   ☐ Arrested   ☐ Position Ended
☐ Court Order   ☐ Retired   ☐ Fired for Misconduct   ☐ Retired
☐ Disabled   ☐ Student   ☐ Fired Poor Performance   ☐ Unknown
☐ Homemaker   ☐ Other:   ☐ Incarcerated   ☐ Quit w/Out Job Arranged
☐ Looking for Work (Code as not excused in PACTS)   ☐ Laid Off   ☐ Started Full Time Educ/Vocational
☐ Moved Residence   ☐ Other

**Vocational/Training Skills:** (Check all that apply) (Client Personal Data/Profile)

☐ Architecture and Engineering   ☐ Finance   ☐ Military Service
☐ Arts, Design, Entertainment and Media   ☐ Food/Lodging Services   ☐ Office/Clerical/Administrative Support
☐ Child/Adult Care   ☐ Healthcare   ☐ Production/Assembly
☐ Community and Social Services   ☐ Janitorial/Cleaning Service   ☐ Sales
☐ Computers and Mathematics   ☐ Laborer   ☐ Tradesman (Electrician/Plumber/Mechanic)
☐ Construction and Extraction   ☐ Landscape/Ground Maintenance   ☐ Transportation and Material Moving
☐ Cosmetology/Barber   ☐ Legal   ☐ Other
☐ Data Processing - Education, Training, Library Science   ☐ Life, Physical, and Social Science   ☐ Farming, Fishing, Forestry
☐ Management

### PREVIOUS EMPLOYMENT/UNEMPLOYMENT

| Start and End Dates | Name of Employer/ Unemployed | Address of Employer | Nature of Work, Hours Per Week, Salary, Reason for Leaving |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

PS2
(Rev. 10/09)

Page 5

Maintence: 1,000

## FINANCIAL INFORMATION

| ASSETS | | LIABILITIES | BALANCE | MONTHLY PAYMENT |
|---|---|---|---|---|
| Cash | $ Check | Rent or Mortgage Payment | | |
| Savings Account TD Bank | $ 500,000 | Other Mortgage | | |
| Checking Account Chase Morgan Stanley | $ 400,000 | Past Due/Pending Foreclosure? ☐ Yes ☐ No | | |
| Stocks/Bonds/Retirement Accounts? Describe: | ☐ Yes ☒ No $ | | | |
| | | Utilities | | 3,000 |
| | | Groceries | | |
| | | Child Care | | |
| Other Accounts | $ $ $ | Child Support (Ordered or Voluntary?) | | |
| | | Alimony | | |
| Valuable Property (collections, jewelry, etc.) | $ | Personal Loans | | |
| Business Assets | $ | Business Liabilities | | |

| Motor Vehicles - Ownership | | | Motor Vehicles - Loans/Leases | | | |
|---|---|---|---|---|---|---|
| Year | Make | Model | Amount | Creditor | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | |
|---|---|---|---|---|
| Real Estate: 1.1 million | | Auto Insurance | | |
| Date Purchased: | | Total Credit Card Debt | | |
| Address: | | School Loans | | |
| Current Market Value $ | | Outstanding Medical Bills | | |
| Equity $ | | Outstanding Taxes/Fines/Restitution | | |
| Down Payment $ | | Other Debts/Monthly Expenses | | |
| Have you ever filed for bankruptcy? ☐ Yes ☒ No | | Type of Bankruptcy | | |
| Location of | | Year Filed: | Amount Discharged: | |

**EMPLOYMENT INCOME:**

Yearly/Monthly/Weekly $ _____

**PAYMENT METHOD:** (Circle One)
Cash   Check   Commission   Other

**SPOUSE/SIGNIFICANT OTHER'S OCCUPATION:** _____

Yearly/Monthly/Weekly $ _____
Yearly/Monthly/Weekly $ _____

Other Source of Income: (Client Personal Data/Employment)

| | | | |
|---|---|---|---|
| Alimony | $ | Payback on Loans | $ |
| Child Support | $ | Retirement Pension | $ |
| Disability Insurance/ Employee Benefit | $ | Severance Pay | $ |
| Dividend | $ | Trust | $ |
| Family Support | $ | Unemployment Comp. | $ |
| Food Stamps | $ | Unknown | $ |
| Investments | $ | Other | $ |
| Lawsuit Payout | $ | Social Security (retirement) | $ |
| | | Social Security (disability) | $ |

**NOTES:** property taxes - 1,000 - 1,500 per month.

PS2
(Rev. 10/09)

Page 6

# HEALTH

## Physical Health

**Brief Description:** Healthy

**Current Insurance Carrier:**

**Physical Health Status:** (Client Personal Data/Profile)
- ☐ Minor Medical Problems Only
- ☐ Significant Medical Disorder (Under control but follow-up care required)
- ☐ One or More Chronic or Recurrent Medical Problems
- ☐ Uncontrolled Significant Disorder
- ☐ Diagnostic Evaluation or Specific Treatment in Progress
- ☐ None
- ☐ Unknown

**Names of Medications and Reason(s) for Use:**

## Mental Health

**Current Mental Health Status:** (Check all that apply)
- ☒ No evidence of a current or past mental health condition (No evidence of current or past mental health condition)
- ☐ History of a mental health condition. No active symptoms. (Documented history of mental health condition; no current active symptoms)
- ☐ Mental health condition requiring ongoing treatment. (Reported active symptoms and requires treatment)
- ☐ Has been in therapy within the last 12 months for a mental health condition. (Has sought or been in some form of treatment)
- ☐ Currently taking medication for a mental health condition (psychotropic drug). (Taking meds for management of active symptoms)
- ☐ Has seen a physician within the last 12 months for a mental health condition. (Sought treatment through a physician for active symptoms)
- ☐ Has been hospitalized within the last 24 months for a mental health condition. (Has been hospitalized due to condition)

Have you ever seen a doctor for any emotional or psychiatric problems? ☐ Yes ☐ No ☐ Unknown If yes, when, where, and last visit?

Have you ever been hospitalized for emotional problems? ☐ Yes ☒ No ☐ Unknown If yes, when and where?

Have you ever thought of or attempted suicide? ☐ Yes ☒ No ☐ Unknown If yes, when, and what method was used or thought of?

Do you have current thoughts of suicide, hearing voices, or seeing things? ☐ Yes ☐ No ☐ Unknown If yes, explain.

Have you ever been prescribed medication for emotional or psychiatric problems? ☐ Yes ☐ No ☐ Unknown
If yes, name of medication(s) and how long you used it:

Do you have a history of gambling? ☐ Yes ☒ No ☐ Unknown
If yes, describe the type of gambling activities, frequency, and amount:

Do you have a history of domestic violence? ☐ Yes ☒ No ☐ Unknown Explain:

## Mental Health Treatment

| Dates | Name of Program | Location | Purpose | Inpatient/Outpatient | Completed? If no, why? |
|---|---|---|---|---|---|
| | | | | | ☐ Yes ☐ No |
| | | | | | ☐ Yes ☐ No |

## SUBSTANCE ABUSE HISTORY (Client Personal Data/Profile)

| Drug Use | Indicate Drugs of 1st, 2nd, and 3rd Choice | Current | History of | Age Use Began | Last Used | Frequency Used |
|---|---|---|---|---|---|---|
| Alcohol | SOCIAL: Yes / No | ☐ | ☐ | 25-30 | Socially | few weeks. don't ago. |
| Amphetamines | | ☐ | ☐ | | | |
| Benzodiazepines | | ☐ | ☐ | | | |
| Cannabinoids | | ☐ | ☐ | | | |
| Club/Designer Drugs | | ☐ | ☐ | | | |
| Cocaine | | ☐ | ☐ | | | |
| Hallucinogens (PCP, | | ☐ | ☐ | | | |
| Heroin | | ☐ | ☐ | | | |
| Methamphetamines | | ☐ | ☐ | | | |
| Prescription Opiates | | ☐ | ☐ | | | |
| Other | | ☐ | ☐ | | | |

**Substance Abuse Status:**
☐ **No substance abuse/dependence history** (No evidence of current/historical substance abuse/dependence)
☐ **Sustained remission** (Counting today, defendant/offender has demonstrated >12 months of abstinence following history of substance abuse or dependence)
☐ **Early remission** (Counting today, defendant/offender has demonstrated >1 month but <12 months of abstinence following history of substance abuse or dependence)
☐ **Actively abusing substances** (Defendant does not meet the criteria for dependence, has abused substances in the past month and meets one of the following: a) Substance use resulting in a failure to fulfill major obligations at work, school or home; b) Substance use in situations where it is physically hazardous; c) Substance use related legal problems; d) Continued substance use despite the fact that it causes relationship conflicts.)
☐ **Actively dependent on substances** (The defendant has abused substances in the past year and meets three of the following: a) Tolerance: a need for increased amounts of a substance to achieve intoxication or a diminished effect with continued use of the same amount of the substance; b) Withdrawal: Physical illness associated with not taking the substance or using the substance to avoid this illness; c) The substance is taken in larger amounts and over a longer period than intended; d) There is a desire or unsuccessful effort to reduce or control usage; e) A great deal of time is spent trying to obtain, use or recover from use; f) Social, recreational or occupational activities are given up because of substance use; g) Substance use is continued despite the knowledge of having a problem

### Substance Abuse Treatment

| Substance Abuse Treatment History (Check all that apply) | Current | History of | Notes |
|---|---|---|---|
| Inpatient Treatment | ☐ | ☐ | |
| Outpatient Treatment | ☐ | ☐ | |
| Self-Help (AA/NA) | ☐ | ☐ | |
| Confined Treatment Program (BOP) | ☐ | ☐ | |

| Dates | Name of Program | Location | Purpose | Inpatient/ Outpatient | Type of Discharge (Satisfactory/Unsatisfactory) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

If a drug test were taken today, would it reveal any illegal substance or medications?   ☐ Yes   ☐ No   ☐ Unknown
If so, what illegal drugs/medications?

Would you like to receive treatment?   ☐ Yes   ☐ No

### ADDITIONAL NOTES

| Computer Information ||
|---|---|
| Do you have a computer in your home? ☐ Yes ☐ No | Was the computer seized? ☐ Yes ☐ No |
| What type of computer do you have? | What operating system do you have on the computer? |
| Do you have a PDA, Palm, Cell Phone with internet access? ☐ Yes ☐ No   If Yes, What? | If used for employment, does employer monitor internet usage and have an internet policy statement? |
| Who is your internet service provider? | How do you access the internet? |
| What purpose do you use the computer? | Anyone else in the home use a computer and for what purpose? |
| What peripheral devices do you have? | Note: |

### SELF-REPORTED CRIMINAL HISTORY (including juvenile adjudications)

| Date Arrested/Age | Agency/Location | Offense Charged and Bail | Disposition or Next Court Date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| Probation/Parole History? ☐ Yes ☐ No | Where? | Any violations? ||
|---|---|---|---|

Probation/Parole Officer's Name, Address, and Telephone

Are you a member of, or have you ever been in a gang?   ☐ Yes   ☐ No

| Gang Name | Initiation Date | When did you get out? |
|---|---|---|
| | | |

Will this information bring harm to you or your family?   ☐ Yes   ☐ No

### INTAKE - Prior Tab

| Prior Failures to Appear: | | Prior Escapes: | | Prior Abscondings: | |
|---|---|---|---|---|---|
| Prior Record | Charges (No.) | Convictions (No.) | Drugs (No.) | Violent (No.) | Pending Cases (No.) |
| Misdemeanors | | | | | |
| Felonies | | | | | |

### INVESTIGATION - General Tab (Complete when an investigation is completed)

| Docket No.: (e.g., 1:07M101 or 1:07CR101) | Defendant No.: | Type of Investigation: ☐ Pretrial Services ☐ Material Witness ☐ Pretrial Diversion |
|---|---|---|
| Investigation Officer: | Date Assigned: | Date Due: | Date Report Submitted: |

Temporary Duty? ☐ Yes ☐ No

| Judicial Officer: (Leave blank if pretrial diversion) | Jurisdictional Authority: ☐ Court (District Court)   ☐ Other District ☐ Magistrate   ☐ U.S. Attorney (Use for PTD) |
|---|---|

| INTAKE - Opening Tab |||||
|---|---|---|---|---|
| **Case Activation** | **Assigned Officer:** | **Juvenile?** ☐ Yes ☐ No | | **Sealed?** ☐ Yes ☐ No |
| Was the instant offense committed while under the criminal justice system? ☐ Yes ☐ No |||||
| Was the case diverted post-charge? ☐ Yes ☐ No |||||
| **Referral Type:**<br><br>☐ Arrest<br>☐ Summons<br>☐ Verbal Notice<br>☐ Writ-Release Not Possible || **Type of Case: (Intake Type)**<br><br>☐ Diversion<br>☐ Material Witness<br>☐ Pretrial Services || **Charging Document:**<br><br>☐ Citation<br>☐ Complaint<br>☐ Indictment<br>☐ Information<br>☐ Not Applicable<br>☐ Violation Petition |
| **Rule 5 Transfer In?** ☐ | **Rule 20 Transfer In?** ☐ || **Courtesy In?** ☐ Yes ||
| **Transfer District:** | **Transfer District Docket No.:** || **Transfer District PACTS No.:** ||

**Arrest** is used when: 1) the defendant appears in court following an arrest, with or without a warrant, 2) the defendant turns himself/herself in or self-surrenders on a warrant. **Writ** is used when the defendant appears in federal court but remains under the jurisdiction of another agency with no eligibility for release within 90 days. **If the defendant appears pursuant to a writ but is eligible for release within 90 days, use "arrest." Verbal Notice** is used when the defendant's appearance in court is not a result of any of the above procedures–for example, if the defendant voluntarily appears in court pursuant to agreement with the government and no formal summons, warrant, or writ has been issued.

| INTAKE - Interview/Report Tab |||
|---|---|---|
| **Interview Status:**<br><br>☐ Interviewed<br>☐ Refused Interview<br>☐ Unable to Interview<br>☐ Not Applicable | **When was a bail report submitted?**<br>(N/A if Report Type = None)<br><br>☐ Pre-Initial Hearing<br>☐ Pre-Detention Hearing<br>☐ Post-Release | **How was the bail report submitted?**<br>(N/A if Report Type = None)<br><br>☐ Oral<br>☐ Written |
| **Report Type:**<br><br>☐ Full<br>☐ Modified (Illegal Re-Entry Only)<br>☐ Addendum (Rule 5)<br>☐ None | **PSO Recommendations: (Final)**<br><br>☐ Detention<br>☐ Release With Supervision<br>☐ Release Without Supervision | **AUSA Recommendations: (Final)**<br><br>☐ Detention<br>☐ Release With Supervision<br>☐ Release Without Supervision |
| **Defense Counsel's Name and Telephone No.:** || **AUSA's Name and Telephone No.:** |

| ADDITIONAL NOTES |
|---|
| |

| INTAKE - Offense Tab/Charged Offense | |
|---|---|
| **Class of Offense:** | |
| ☐ Misdemeanor-Class A - 1 year or less but more than 6 months | ☐ Felony-Class A - life or death |
| ☐ Misdemeanor-Class B - 6 months or less but more than 30 days | ☐ Felony-Class B - 25 years or more |
| ☐ Misdemeanor-Class C - 30 days or less but more than 5 days | ☐ Felony-Class C - Less than 25 years but 10 or more years |
| ☐ Infraction - 5 days or less, or no imprisonment is authorized | ☐ Felony-Class D - Less than 10 years but 5 or more years |
| | ☐ Felony-Class E - Less than 5 years but more than 1 year |

**Citation:** (In CM/ECF format)

Check **ONE** appropriate Charge Classification/Category/Subcategory for the charged offense:

| Charge Classification | Charge Category | Charge Subcategory | Charge Classification | Charge Category | Charge Subcategory |
|---|---|---|---|---|---|
| ☐ Drugs | ☐ Continuing Criminal Enterprise<br>☐ Distribution/Trafficking<br>☐ Drug Paraphernalia<br>☐ Import/Export<br>☐ Manufacture/Cultivation<br>☐ Possession<br>☐ Possession While in Prison<br>☐ Other<br>☐ Use of a Communication Facility | ☐ Heroin<br>☐ Other Opiate<br>☐ Methamphetamine<br>☐ Cocaine<br>☐ Marijuana<br>☐ MDMA<br>☐ Prescription Drugs<br>☐ Other Drugs<br>☐ Near School | ☐ Traffic / DWI | ☐ Driving Under the Influence<br>☐ Driving While License Susp/Revoked<br>☐ Drunken Driving<br>☐ General Traffic<br>☐ Leaving Sceen of Accident<br>☐ Reckless Driving | |
| ☐ Obstruction / Escape | ☐ Bribery<br>☐ Contempt of Court<br>☐ Detention of Material Witness<br>☐ Escape<br>☐ Evidence Tampering<br>☐ Failure to Appear<br>☐ General Obstruction<br>☐ Harboring Fugitive<br>☐ Juror Tampering<br>☐ Mail Obstruction<br>☐ Misprison of a Felony<br>☐ Obstruct Justice<br>☐ Offense Committed While on Release<br>☐ Perjury<br>☐ Resisting Arrest<br>☐ Witness Tampering | | ☐ Immigration / Customs | ☐ False Statements in Application of Passport<br>☐ False Statements<br>☐ Fraudulent Papers<br>☐ Illegal Entry<br>☐ Illegal Re-Entry<br>☐ Illegal Re-Entry After Deportation<br>☐ Impersonation of U.S. Citizen<br>☐ Misuse of Passport<br>☐ Other Immigration<br>☐ Smuggling Aliens<br>☐ Smuggling Goods into U.S. | |
| ☐ Public Order | ☐ Accessory After the Fact<br>☐ Adulteration of Food or Drug<br>☐ Contraband in Prison<br>☐ Civil Disorder<br>☐ Contributing to Delinquency of Minor<br>☐ Criminal Mischief<br>☐ Damage to Property<br>☐ Destruction of Mail<br>☐ Disorderly Conduct<br>☐ Environmental Violations<br>☐ Game Conservation Act<br>☐ Interference with Flight Crew<br>☐ Lewd Conduct<br>☐ Misrepresentation of U.S. Employee<br>☐ National Parks Violation<br>☐ Open Container Violation<br>☐ Prostitution<br>☐ Public Intoxication<br>☐ Trespassing<br>☐ Other Public Order | | ☐ Weapons / Firearms | ☐ Armed Career Criminal<br>☐ Concealed Weapon<br>☐ Drug Crime of Violence<br>☐ During Drug Offense<br>☐ Export of Weapons/Munitions<br>☐ Export / Import<br>☐ Felon in Possession<br>☐ Import Explosives<br>☐ Interstate Shipment<br>☐ Other Unlawful Possession<br>☐ Other Weapon<br>☐ Possession in Prison<br>☐ Sell to Unauthorized Persons<br>☐ Selling Defaced Firearms<br>☐ Supplied to Drug Traffickers<br>☐ Transportation of Stolen Weapons<br>☐ Use/Distribution of Explosives | |

| | | | | |
|---|---|---|---|---|
| ☐ Violence / Sex Offenses | ☐ Animal Cruelty<br>☐ Arson<br><br>☐ Assault | | ☐ Access Device<br>☐ Concealment of Assets<br>☐ Copyright Infringement<br><br>☐ Counterfeiting | ☐ Currency<br>☐ General |
| | | ☐ Aggravated<br>☐ Attempted Murder<br>☐ General<br>☐ Simple<br>☐ With Battery<br>☐ With Weapon | | |
| | | | ☐ Embezzlement | ☐ Bank<br>☐ Postal<br>☐ General |
| | ☐ Bank Robbery | ☐ Armed<br>☐ Unarmed | | |
| | | | ☐ Engaging in Monetary Transactions<br>☐ Export/Import Monetary Instrument<br>☐ Failure to Pay Child Support<br>☐ False Claims<br>☐ False Financial Statements<br>☐ Food Stamp Violation | |
| | ☐ Burglary | ☐ Bank<br>☐ General<br>☐ Postal<br>☐ Residential | | |
| | ☐ Child Exploitation<br>☐ Child Molestation<br>☐ Child Trafficking<br>☐ Domestic Violence<br>☐ Extortion, Threats<br>☐ Failure to Register Sex Offender<br>☐ General Sex Offense<br>☐ General Violence<br>☐ Human Trafficking<br>☐ Kidnapping | | ☐ Financial Offenses | ☐ Forgery | ☐ Checks<br>☐ Instrum / Securities<br>☐ General |
| | | | ☐ Fraud | ☐ Bank<br>☐ Bankruptcy<br>☐ Computer<br>☐ Credit Card<br>☐ General<br>☐ Healthcare<br>☐ Housing<br>☐ Identity<br>☐ Passport<br>☐ Securities<br>☐ Wire |
| | ☐ Manslaughter | ☐ General<br>☐ Vehicular | | |
| | ☐ Murder | ☐ First<br>☐ Second<br>☐ General | | |
| | | | ☐ Gambling / Lottery<br>☐ Interstate Transactions<br>☐ Misuse of Social Security No<br>☐ Money Laundering<br>☐ Receiving Stolen Property<br>☐ Satellite Piracy<br>☐ Structuring Transactions to Avoid Rpt | |
| | ☐ Negligent Homicide<br>☐ Poss. Of Child Pornography<br>☐ Racketeering<br>☐ Rape | | | |
| | ☐ Robbery | ☐ Armed<br>☐ General<br>☐ Motor Vehicle<br>☐ Unarmed | ☐ Tax | ☐ Evasion<br>☐ Failure File<br>☐ General<br>☐ Liquor<br>☐ Trafficking Contraband Cigarettes |
| | ☐ Sexual Abuse<br>☐ Sexual Abuse of Minor<br>☐ Stalking<br>☐ Threatening Communications<br>☐ Transportation for Prostitution<br>☐ Transportation of Minor<br>☐ Violation of Restraining Order | | ☐ Theft | ☐ Auto<br>☐ Bank<br>☐ Firearms Dealer<br>☐ General<br>☐ Ident. Docs.<br>☐ Identity<br>☐ Mail |
| | | | ☐ Transportation Stln Property<br>☐ Worthless Checks | |

## RELEASE/DETENTION ORDERS

| Hearing | Order Date | Release/Detention Outcome | Type of Bond (if released) | Release Date | Detained Due to/ Judge Issuing Order |
|---|---|---|---|---|---|
| Initial | | ☐ Released<br>☐ Detained | ☐ Collateral Bond<br>☐ Percentage Bond<br>☐ Personal Recognizance<br>☐ Surety Bond<br>☐ Unsecured Bond | | ☐ Temporary Detention<br>☐ Held for Detention Hearing<br>☐ Consent to Detention<br>☐ Preventive Detention<br>  ☐ Flight ☐ Danger ☐ Both<br><br>JUDGE: |
| Detention (if held) | | ☐ Released<br>☐ Detained | ☐ Collateral Bond<br>☐ Percentage Bond<br>☐ Personal Recognizance<br>☐ Surety Bond<br>☐ Unsecured Bond | | ☐ Preventive Detention<br>  ☐ Flight ☐ Danger ☐ Both<br>☐ Consent to Detention<br><br>JUDGE: |

## PSA SUPERVISION

| Date Released to Pretrial Supervision: | Supervising Officer: | Courtesy Pretrial Services Out?<br>☐ Yes ☐ No | District Providing Courtesy Pretrial Services or Courtesy Diversion Supervision: |
|---|---|---|---|
| PTD Months: | PTD Expiration Date: | | |

## COURT-ORDERED RELEASE CONDITIONS

Check all conditions that were ordered by the court: (See PACTS Conditions Module for definitions)

**TREATMENT/COUNSELING/ TRAINING-RELATED CONDITIONS**
- ☐ Substance Abuse Evaluation
- ☐ Drug Treatment
- ☐ Alcohol Treatment Only
- ☐ Substance Abuse Testing
- ☐ No Illegal Use of Controlled Substances
- ☐ No Excessive Alcohol Use
- ☐ No Tampering with Substance Abuse Test
- ☐ Alcohol Abstinence
- ☐ Mental Health Treatment
- ☐ Sex Offender Assessment
- ☐ Sex Offender Treatment
- ☐ Life Skills Counseling
- ☐ Education/Training Requirements
- ☐ Other Treatment/Training/Education
- ☐ Mental Health Evaluation
- ☐ DNA Testing

**SEARCH/SEIZURE/COMPUTER**
- ☐ Search/Seizure
- ☐ Computer Search
- ☐ Computer/Internet Restrictions

**SUPERVISION REPORTING/ CUSTODIAN CONDITIONS**
- ☐ Third-Party Custody: _____
- ☐ Cosigned by: _____
- ☐ Pretrial Services Supervision
- ☐ Report Change of Address
- ☐ Personal Reporting Frequency Amount:
  - ☐ Daily ☐ Weekly ☐ Monthly
  - ☐ Quarterly ☐ Yearly
- ☐ Telephone Reporting Frequency Amount:
  - ☐ Daily ☐ Weekly ☐ Monthly
  - ☐ Quarterly ☐ Yearly
- ☐ Report to Law Enforcement

**FINANCIAL/SERVICES RELATED CONDITIONS**
- ☐ Restitution $_____
- ☐ Community Services Hours _____
- ☐ Other Financial Obligations
- ☐ Other Service Obligations

**OTHER**
- ☐ Other condition

**LOCATION/EMPLOYMENT ASSOCIATION RESTRICTIONS**
- ☐ Location Monitoring - Program specify one in each column for monitoring
  - ☐ Home Incarc      ☐ Voice Verification
  - ☐ Home Detention   ☐ RF
  - ☐ Curfew           ☐ Passive GPS
  - ☐ GPS              ☐ Active GPS
  - ☐ Not Specified    ☐ RF/GPS Combo
- ☐ Location Monitoring - Other
- ☐ Stand Alone Monitoring
- ☐ Re-Entry Center - Full Time
- ☐ Re-Entry Center - Part Time
- ☐ Work Release From Secure Facility
- ☐ Residential Requirements/Restrictions
- ☐ Travel Restrictions
- ☐ Weapons Restrictions
- ☐ No Possession of Pornographic Material
- ☐ Obtain/Maintain Employment
- ☐ Surrender Passport
- ☐ Obtain No New Passport
- ☐ Employment Requirements/Restrictions
- ☐ No Contact With Victim/Witness
- ☐ No Contact With Minors
- ☐ Association Restrictions
- ☐ Report Contact With Law Enforcement
- ☐ Other Location/Employment/ Association Restrictions

| INTAKE-Closing |||||
|---|---|---|---|---|
| **Closing Date:** | **Disposition:** ☐ Acquitted  ☐ Close-Courtesy Only  ☐ Deferred Judgment  ☐ Dismissed ☐ Diversion Denied  ☐ Diversion Terminated by Gov't  ☐ Execution of Sentence ☐ Found NGBRI  ☐ Fugitive FTA  ☐ Other  ☐ PTD Satisfied  ☐ Transferred Out ||||
| **Transfer District:** | **Docket No.:** | **Defendant No.:** || **Voluntary Surrender Date:** |
| **ADDITIONAL NOTES** |||||
| Notes: |||||