# EXHIBIT M

*United States v. Yanping Wang*, Case No.: S1 23-CR-118 (AT)

Full name
No middle name

SS ▮▮▮▮▮

Other names  Yvette

Race Asian

Color eyes – Black

Color hair – Black

5'4"

140 lbs

▮▮▮▮▮

Passport – Chinese – FBI has it

Citizen – Chinese only

US status – awaiting asylum application
pending approval + political asylum

Came to US – April/May 2017

Travel to other countries: Singapore/HK/England/France
Not since came to US in 2017

Has not lived other states

Address ▮▮▮▮▮
beginning 2020 –

Has lived in Manhattan since 2017
Its apartment ███
Lives alone
Owns - ███

No firearms or animals
No mortgage

Mothers name: ███
Fathers name: ███
Both dead
Brother: China
  Close w/ him? Only sibling
  Contact not frequent

Extended family?
  Ex-husband and son in China
→ have a few aunts but not in touch

Divorced - not in a relationship
Ex ███
Marri███ ███ 3 y/o s/o
  Divorce finalized
No other kids
Son 10 y/o - in China w/ Ex - No contact

Ed: Masters degree / American language / politics /
2005 - 2017                        culture / history

No military
Primary language: Chinese

Employment: not now
unemployed since 8/29 last yr

No cash on her when arrested
Has checking/savings
    TD Bank > 500K - checking
    Morgan Stanley > 400k
No other accounts
No stock/bonds retirement acc
No business acc
Apt worth $1.1 million - what she paid
No vehicles/boats/other property
Monthly expenses:
    about $3K -
    Appt maint ≈ $1K
    taxes
No debts
No fines or restitution
No loans
No CC debt, student loans,
No bankruptcy
No income now - no state assistance

Health -

2016

No gambling
No domestic violence

8

Alcohol - only socially
  last a few weeks ago
  started drinking between 25 and 30

Never drugs  no substance abuse treatment

First arrest

Has two friends who can verify
  = Wayne Cao

Friend could sign a bond