# EXHIBIT N

*United States v. Yanping Wang*, Case No.: S1 23-CR-118 (AT)

3/15/23   Wang - Pretrial         J-Mtg Pre-Pretrial

**Devices**
- Mac
- iPad     } PW given to Agents
- iPhones

**Miranda**
- Given
- Asked if wanted to make statement - Twice
  ⇒ Said no
- Asked if knows where Miles lives

**Cash**
- $70-100K — in Chinese RMB, HK$  } Since 2015
- in locked safe
- not screwed in

**Financial**
- living off savings from working for Miles' son's company — Golden Spring
  - Director) & President } Accounts shut down
  - Lamp
  → No title or affiliation, but owned by Miles' son
- Last Paid - Oct 2022 - severance
- G-TV - Last paid 2020 - was Director
- Bank Account - $500K

**Travel** - Last April 2017 ~~2015~~ - on Chinese Passport

Co-Signors — Not sure
- Miles' family is her, only people
① → Hank Han
② → Wayne Cao (student)

Cr. Hx — ∅

Add: ▉▉▉▉▉▉▉▉▉▉ } Since 2020 March/April
▉▉▉▉▉▉▉▉▉▉ ↳ own it } No mortgage
$1.1M
↓
used HK/China
Savings
· Maintenance ~ $900 - $1K/m
— $30K/yr in taxes & maint.

Ed: 2 Masters — American Civ } 2002–2008
  in France   Am Pol
  Bachelors — English } Finished 2002
  Shanxi

Family: Parents — both doctors — have passed away
  Brother — lives in China
    · was arrested earlier this year, then
      he stopped calling
    · last spoke 1-2 mo. ago

Work Hx: 2008 – 2015
  → Miles' Co in China
    · met thru interview
  → in Chairman's office

Left China: April 23, 2015
  - father was alive when left
    · never saw him again

DOB: ▉▉▉▉▉

SO: Married + Divorced
  ▉▉▉▉▉▉▉▉▉ — Schoolmate in France
  divorced 2020
  — Son — lives w/ ex-husband
  — born 2013 > law saw 4/2015 > No contact w/ son

Imm. Lawyer — Victor Cerda & Michael Wildes
- apply for asylum by Sept/Oct 2017
- Still pending approval
- interview done, fingerprints

Languages: Mandarin
English
~~French~~

Mil: ∅

Bank Accts → TD Bank ($500k)
Morgan Stanley (~$400k)

Taxes: Up to date
- 2022 last filed
- no ~~$ owned~~ owed
  ↳ base = $400k + benefits = $500k
  (similar $ 2017-2022)

Other $ — Father gave ~$1.2M