# EXHIBIT N

*United States v. Yanping Wang*, Case No.: S1 23-CR-118 (AT)

PTS Interview - Wang    (3/15/23)

N - Wang Yanping
SSN - ███
Alias - "Yvette"
Race - Asian
Eyes - ~~Brown~~ "Black"
Hair - Black
Height - 5'4"
Weight - 140 lbs
Age - ███
DOB - ███
POB - China - Shenxi
Passport - Yes - Chinese
  - FBI took it
Imm - Chinese Cit. only
Add - ███ } alone
         · own thru ███
   ███ since beginning 2020
   ███
   In Manhattan since 2017
Firearms - ∅

Mortgage: ∅
Mother: ▮▮▮ ⎫
Father: ▮▮▮ ⎬ Deceased
             ⎭
Sibling: One younger brother - China
  • Infrequent contact
  - No family in NY
                                    N/A.°
Family in China: — ✓ husband & son — Married 2006 —
                      ▮▮▮▮▮▮▮▮▮▮          divorced 2-3 yrs ago
  ~~Few aunts in China~~ - not in touch
  Contact w/ son - not since 2018

Ed: Masters in American Lang, Pol. Culture, Hx - 2005 ÷ 2007

Mil: ∅

Lang: Mandarin

Employ: ∅
  Unemployed since Aug/Sept. '22
  ⇒ Not answering prior employment Qs

Financial: • No cash on person
  - Checking & savings accounts
    - > $500K - TD Bank - checking
    - > $400K - JP Morgan Stanley

Ret/Stock: ∅

- Bz. Acct: ∅
- Value of Home: $1.1M paid
- Veh: ∅
- Boats: ∅
- Monthly Expenses: >$3K
  - Util.
  - Groceries
  - + Maintenance ~$1K/mo
  - Prop Taxes = $1K - $1.5K/mo
- Debt: ∅
- Fines/Rest: ∅
- Loans: ∅
- Credit Card Debt, Stud. Loans, Med Bills: ∅
- Bankruptcy: ∅
- Income: ∅ now
- State assist.: ∅
- Health: [redacted]
- Rx: [redacted]
- ψ: [redacted]
- diag: [redacted]

Suic — ▮

Voices — ▮

Gambl — ∅

DV — ∅

▮

Who can verify — 2 friends from Chicago
↓
▮
— Wayne Cao

Bond signers — same