

**CHIESA SHAHINIAN & GIANTOMASI PC**

11 TIMES SQUARE, 34TH FLOOR
NEW YORK, NY 10036

csglaw.com

**EMIL BOVE**
ebove@csglaw.com
(O) 212.324.7265

July 22, 2023

Via ECF
The Honorable Analisa Torres
U.S. District Judge
Southern District of New York

Re: <u>United States v. Yanping Wang, et al., No. 23 Cr. 118 (AT)</u>

Dear Judge Torres:

    Defendant Yanping Wang recently retained my firm, Chiesa Shahinian & Giantomasi PC, to represent her in this matter in lieu of ChaudhryLaw PLLC. I entered a notice of appearance today. Enclosed please find a stipulation and proposed order relating to the requested substitution of counsel.

    Respectfully submitted,

/s/ Emil Bove
Emil Bove

Enclosure

Cc:    Counsel of Record
        (Via ECF)

**NEW JERSEY**        **NEW YORK**