Case 1:23-cr-00118-AT   Document 114   Filed 07/24/23   Page 1 of 1



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 24, 2023

<u>**VIA ECF**</u>
Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *United States v. Yanping Wang, a/k/a "Yvette,"* S1 23 Cr. 118 (AT)

Dear Judge Torres:

    The Government writes to respectfully request that the Court stay consideration of the proposed order for the substitution of counsel for defendant Yanping Wang, *see* Dkt. 113, pending the Government's consideration of potential conflict issues. The Government is in the process of conferring with the defendant's proposed substitute defense counsel and needs additional time to discuss potential conflict issues with counsel. The Government will update the Court promptly this week regarding its position.

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                            United States Attorney

By: *Juliana Murray*
     Juliana N. Murray
     Ryan B. Finkel
     Micah F. Fergenson
     Assistant United States Attorneys
     (212) 637-2314 / 6612 / 2190

Cc:    All Counsel of Record (by ECF)