# EXHIBIT A



**From:** Bove, Emil (USANYS) <EBove@usa.doj.gov>
**Sent:** Thursday, October 31, 2019 11:40 AM
**To:** ▓▓▓▓▓▓▓▓ (USANYS) ▓▓▓▓@usa.doj.gov>; ▓▓▓▓▓▓▓▓ (USANYS) ▓▓▓▓@usa.doj.gov>
**Subject:** Guo

Do you guys have a USAO#?

Emil Bove
Co-Chief, Terrorism and International Narcotics Unit
United States Attorney's Office
Southern District of New York
212-637-2444 (t)
347-668-2048 (c)
212-637-0097 (f)

1