# EXHIBIT C



**From:** ████████████████████████████
**Sent:** Thursday, July 9, 2020 10:27 AM
**To:** ███████████████████████████████
████████████████
**Subject:** FW: ██ - Guo██████ story

FYSA.

**From:** ████████████████████████████
**Sent:** Thursday, July 9, 2020 8:59 AM
**To:** ████████████████████████████
**Cc:** Bove, Emil (USANYS) <EBove@usa.doj.gov>
**Subject:** Fwd: ██ - Guo█████ story

In case you haven't seen it

Begin forwarded message:

> **From:** ███████████████ (FBI)'██████████fbi.gov>
> **Date:** July 8, 2020 at 7:30:44 PM EDT
> **To:** "Bove, Emil (USANYS)" <EBove@usa.doj.gov>, ███████████
> ████████████████████
> **Subject: Fwd: Fw:** ████ - Guo███████ story

-

---------- Forwarded message ----------

