UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YANPING WANG,<br>                                Defendant. | Case No. 23-CR-118 (AT)<br><br>**[PROPOSED] ORDER** |

WHEREAS, attorneys Priya Chaudhry of ChaudhryLaw PLLC and Alex Lipman of Lipman Law PLLC have appeared in this action as counsel of record for Defendant Yanping Wang ("Ms. Wang");

WHEREAS, Ms. Wang consents to the withdrawal of ChaudhryLaw PLLC as an attorney of record;

WHEREAS, Ms. Wang wishes to keep Lipman Law PLLC as an attorney of record;

WHEREAS, trial in the above-captioned action has been set for April 8, 2024 (ECF No. 93):

The Clerk of the Court is directed to terminate Priya Chaudhry and Chaudhry Law PLLC from the docket.

Dated: August ____, 2023
          New York, New York

                                                                    SO ORDERED.

                                                                    _____
                                                                    HON. ANALISA TORRES, U.S.D.J.