UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA | Case No. 23-CR-118 (AT) |
| v. | **CERTIFICATE OF SERVICE** |
| YANPING WANG, | |
| Defendant. | |

Priya Chaudhry, of ChaudhryLaw PLLC (the "Firm"), hereby certifies that on August 7, 2023, the following documents were served by U.S. mail upon Defendant Yanping Wang ("Defendant"), currently detained at MDC Brooklyn: (1) Notice of Motion; (2) Verified Motion to Withdraw as Counsel for Defendant; (3) Memorandum of Law in Support of Defendant's motion for an order permitting the Firm to withdraw as counsel; and (4) a Proposed Order granting the aforementioned motion, all dated August 7, 2023, Docket Nos. 121 and 122.

Dated:  New York, New York
August 7, 2023

ChaudhryLaw PLLC

By:     */s/ Priya Chaudhry*
Priya Chaudhry

147 W. 25th Street, 12th Floor
New York, New York 10001
Tel: (212) 785-5550
Email: priya@chaudhrylaw.com

*Attorney for Defendant Yanping Wang*