UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     *Plaintiff*,<br>v.<br><br>YANPING WANG,<br><br>     *Defendant*. | No.: 23 Cr. 118-3 (AT) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that I, Brendan F. Quigley, a member of the law firm of Baker Botts L.L.P, being admitted to practice in this Court, hereby enter an appearance as counsel in the above-captioned action on behalf of Defendant Yanping Wang and request that I be served with all future filings.

Dated: November 6, 2023    BAKER BOTTS L.L.P.

                By: */s/ Brendan F. Quigley*
                  Brendan F. Quigley
                  30 Rockefeller Plaza
                  New York, New York 10112
                  Tele.: (212) 408-2520
                  brendan.quigley@bakerbotts.com

                  *Counsel for Defendant Yanping Wang*