**BAKER BOTTS** L.L.P.

| | |
|---|---|
| 30 ROCKEFELLER PLAZA<br>NEW YORK, NEW YORK<br>10112-4498<br><br>TEL +1 212.408.2500<br>FAX +1 212.408.2501<br>BakerBotts.com | AUSTIN        **NEW YORK**<br>BRUSSELS   PALO ALTO<br>DALLAS       RIYADH<br>DUBAI         SAN FRANCISCO<br>HOUSTON   SINGAPORE<br>LONDON     WASHINGTON |

November 6, 2023

Brendan F. Quigley
TEL: 2124082520
FAX: 2122592520
brendan.quigley@bakerbotts.com

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>United States v. Yanping Wang</u>, 23 Cr. 118-3 (AT)

Dear Judge Torres:

      I was recently retained by Ms. Wang in connection with this matter. At Ms. Wang's request and with the consent of her prior counsel, Alex Lipman, Esq., I request that the Court substitute me for Mr. Lipman in this matter.

                                                Respectfully submitted,

                                                <u>/s/ Brendan F. Quigley</u>
                                                Brendan F. Quigley

STIPULATED AND AGREED:

<u>/s/ Alex Lipman</u>
Alex Lipman
Lipman Law PLLC
147 West 25th Street
New York, NY

SO ORDERED:

_____

Active 76178947.3