**BAKER BOTTS** L.L.P.

30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK
10112-4498

TEL  +1 212.408.2500
FAX  +1 212.408.2501
BakerBotts.com

AUSTIN
BRUSSELS
DALLAS
DUBAI
HOUSTON
LONDON

**NEW YORK**
PALO ALTO
RIYADH
SAN FRANCISCO
SINGAPORE
WASHINGTON

November 13, 2023

Brendan F. Quigley
TEL: 2124082520
FAX: 2122592520
brendan.quigley@bakerbotts.com

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Yanping Wang*, 23 Cr. 118-3 (AT)

Dear Judge Torres:

      I was recently retained to represent Ms. Wang in this matter. I write, with the consent of counsel for the government and the consent of counsel for co-defendant Ho Wan Kwok, to request the Court hold in abeyance the defendants' deadline for filing pre-trial motions, which is currently scheduled for November 15, 2023. The additional time is needed to enable me to obtain and review the discovery in this matter and to assess any potential pre-trial motions. We anticipate meeting and conferring with the government this week on discovery matters and on a proposed updated schedule.

      Respectfully submitted,

      */s/ Brendan F. Quigley*
      Brendan F. Quigley

SO ORDERED:

_____

HON. ANALISA TORRES

Active 76178947.3