**BAKER BOTTS** LLP

30 ROCK
NEW YC
10112-4

TEL +1
FAX +1
BakerBo

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/14/2023__

November 13, 2023

Brendan F. Quigley
TEL: 2124082520
FAX: 2122592520
brendan.quigley@bakerbotts.com

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Yanping Wang*, 23 Cr. 118-3 (AT)

Dear Judge Torres:

    I was recently retained to represent Ms. Wang in this matter. I write, with the consent of counsel for the government and the consent of counsel for co-defendant Ho Wan Kwok, to request the Court hold in abeyance the defendants' deadline for filing pre-trial motions, which is currently scheduled for November 15, 2023. The additional time is needed to enable me to obtain and review the discovery in this matter and to assess any potential pre-trial motions. We anticipate meeting and conferring with the government this week on discovery matters and on a proposed updated schedule.

    Respectfully submitted,

*/s/ Brendan F. Quigley*
Brendan F. Quigley

GRANTED. Defendants' November 15, 2023 deadline for filing pretrial motions is ADJOURNED *sine die*. By **November 28, 2023,** the parties shall file a joint letter to propose an updated schedule.

Dated: November 14, 2023
       New York, New York

ANALISA TORRES
United States District Judge