UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>**HO WAN KWOK,**<br>a/k/a "Miles Guo,"<br>a/k/a "Miles Kwok,"<br>a/k/a "Guo Wengui,"<br>a/k/a "Brother Seven,"<br>a/k/a "The Principal,"<br>**KIN MING JE,**<br>a/k/a "William Je," and<br>**YANPING WANG,**<br>a/k/a "Yvette,"<br>  Defendants., | Case No. **23 Cr. 118 (AT)**<br><br>**PROPOSED ORDER** |

The Court, having reviewed the Motion for Return of Property and Memorandum in Support hereby orders:

1. The United States Attorney's Office is directed to meet with the counsel for the 3,345 customers of the Himalaya Exchange to develop a secure and protected system for returning customer HDO Reserve to effectuate the immediate return of the petitioners property;

2. The procedure will allow for the confidentiality of the petitioners to be protected and at the same time to permit the United States to authenticate that the customers are real and that their account activity is authentic;

3. The procedure and plan will be submitted to the Court for *in camera* review and approval on or before January 5, 2024 to begin returning HDO Reserve on a rolling basis beginning no later than January 20, 2024.

4. After the plan is approved by this Court and rolling returns of HDO Reserve begin, the parties will submit periodic status reports to the Court *in camera* and all HDO Reserve shall be returned to the petitioners (and any subsequent petitioners who join the class) no later than February 28, 2024.

Dated:

_____
**UNITED STATES DISTRICT JUDGE**