Case 1:23-cr-00118-AT    Document 199-8    Filed 12/15/23    Page 1 of 1

# Exhibit 8

# Filed Under Seal