



**Demonstration of the**

# Client Onboarding
# and Compliance Process

June 2022



| | Last Price | 24h Change | 24h Volume | Market | |
|---|---|---|---|---|---|
| HCN<br>Himalaya Coin | 41.625 HDO | -1.65% | 157,507.824 |  | TRADE |

**HIMALAYA EXCHANGE.**

# Our Team

Here at Himalaya Exchange, we are committed to protect our customers and crypto community.

Himalaya Exchange aims to set the crypto industry standard for Know Your Customers.

Our compliance teams are located in United Kingdom and Australia and provide compliance services to the group.

Most of our compliance team members have more than 5 years compliance experience in leading international banks and crypto companies.

# Our CDD Process

- **Customer Registration Process**

- **Identification and Verification**

- **Name Screening**

- **Risk Assessment**

- **Auto Approval, Auto Rejection and Manual Risk Review**

- **Ongoing Due Diligence**



**HIMALAYA EXCHANGE.**

| Customer Registration | ID&V | Screening | Risk Assessment | Approval and Escalation | On Going Monitoring |

# Customer Registration Process (Individual)

| **Create User Account** | **Security Questions Setup** | **Email & SMS Verification** | **KYC Questionnaire** | **Document and Facial Verification** |






**Create User Account**
- Create Username
- Customer Info (Name, DOB )
- Residence and citizenship.

**Security Questions Setup**
- Create Security Questions
- Security Questions add an extra layer of customer protection to the authentication process.

**Email & SMS Verification**
- Send One Time Password (OTP) to both registered email address and phone number to authorise the account creation

**KYC Questionnaire**
- KYC Questionnaire for customer to provide customer profiles.
- Provides the basis for initial Financial Crime Risk Rating.
- Risk Based Approach for further verification e.g. bank statements / SoW / SoF.

**Document and Facial Verification**
- ID Document submission
- AI verification on the customer's identity and biometric information (facial recognition).


**HIMALAYA EXCHANGE.**

| Customer Registration | ID&V | Screening | Risk Assessment | Approval and Escalation | On Going Monitoring |

# Customer Registration Process (Corporate)

**Company Appointed Representative** →  **Acceptable Customer Type** →  **Document Check List** →  **Manual Review (EDD)**

- Appointed Representative registers an account with email address, password.

- Same registration process as Individual including Security Questions setup.

- Based on the result of the Business Risk Analysis, Himalaya Exchange only accepts the following legal entities:

  - Personal Investment
  - Companies (PIC)
  - Corporate and Partnerships
  - Trusts
  - Funds

- Due Diligence is conducted on the corporate entity.

- Key documents to verify the ultimate ownership structure and legal status like:

  - Certificate of Incumbency
  - Board Resolution
  - Organisation Chart, etc .

- Every Corporate customers undergoes EDD regardless of their initial Financial Crime Risk Rating.

- In addition to the main party (the legal entity), the connected parties have to go through complete KYC process and provide POA. For example, UBO with 10% or above ownership, Directors, Authorised Representative. For Trust - Settlor, Protector, Beneficiary, etc.

- For merchant account, an extra due-diligence process will be adopted due to the high risk nature.


**HIMALAYA EXCHANGE.**

| Customer Registration | ID&V | Screening | Risk Assessment | Approval and Escalation | On Going Monitoring |

# Identification and Verification (ID&V) , Screening

- **Identification and Verification.** Customer provides name, address and relevant data from our secured online portal. Customer's identity is verified against the government issued ID card. AI powered facial recognition is used to ensure the picture in ID matches selfie picture.

- **Proof of Address.** Customer address is manually verified against the bank statement, government ID, and utility bills

- **Name Screening** is performed against PEP (Politically Exposed Person), Sanctions, Adverse Media to fully compliant with AML regulations.









ID Proofing Check

Is the ID document authentic and valid?

Similarity Check

Is the person holding the ID the same person shown in the ID photo?

Liveness Check

Is the person holding the ID physically present during the transaction?

Definitive Answer

Jumio Identity Verification delivers a definitive yes or no answer in seconds.





# Business Risk

| Risk Identified | Description | Controls in Place | Reflected in Customer Risk Model |
|---|---|---|---|
| Product Risk | • Crypto Exchange<br>• Payment App<br>• Merchant | • Identification, verification, full KYC data required for all users | • Expected deposit level |
| Customer Type Risk | **Individual Customers**<br>• Individuals across the globe<br>• High Net Worth Individuals<br>• PEPs<br><br>**Corporate Customers**<br>• Personal Holding Companies<br>• Trusts<br>• Funds<br>• Investment Vehicles<br>• Complex Structures | • Identification, verification, full KYC data required for all users<br><br>• Name Screening against sanctions, PEP, adverse media<br><br>• Enhanced due diligence for higher risk customers (verification of employment, source of funds) | • Risk factors include employment, business sectors<br><br>• Additional risk loading for customer for investment vehicles and complex structures. |
| Delivery Channel Risk | Non-Face-to-Face | • Jumio – Biometric verification against ID photo and selfie taken during onboarding | |
| Geographical Risk | Clients with linkage to countries subject to:<br>• Sanctions<br>• AML deficiencies listed by FATF<br>• High level of corruption | • Certain countries prohibited from registration<br><br>• Risk level assigned to each country according to recognised global organisations (e.g. FATF countries, Transparency International) and regularly updated country risk score based on Corruption Perceptions Index (CPI). | • Residence country, citizenship, expected country of origin of funds |



**HIMALAYA EXCHANGE.**

| Customer Registration | ID&V | Screening | **Risk Assessment** | Approval and Escalation | On Going Monitoring |
|---|---|---|---|---|---|

# Risk Model Assessment

**Geography Risk**
- Resident Country
- Citizenship
- Fund deposit to / receive from

**Product Risk**
- Crypto Exchange
- Payment Product
- Merchant / Peer-to-Peer

**Transaction Risk**
- Planned annual deposit
- Transaction Monitoring

**Customer Risk**
- Occupation Status
- Individual or Business
- Activity Areas

Automated Risk Assessment

**Final Financial Crime Risk Rating**

| Score | Classification |
|---|---|
| 0-30 | Low |
| 31-59 | Medium |
| 60-75 | High |
| 75-99 | Ultra-High |

Manual Adjustment

**Fraud Signals**
- Sanction List
- PEP Risk
- Adverse Media Coverage
- Red flags from Manual Review


**TRANSPARENCY INTERNATIONAL**
the global coalition against corruption



**HIMALAYA EXCHANGE.**



| Customer Registration | ID&V | Screening | Risk Assessment | **Approval and Escalation** | On Going Monitoring |

## Approval and Escalation Process

**Completed KYC Profiles**

**Auto Approval** → (Medium / Low Risk) → **Quality Control (Sampled Review)**

- Monthly based sampling
- Review completed cases
- Remediate Case or Offboard customers if needed
- Identify thematic issues and suggest correction measures (e.g. training / system enhancement )

**Manual Review**
- Conduct EDD
- Customer outreach to obtain documents to support
  - Source of Wealth
  - Source of Funds

→ (High Risk) → **Self Approval**

→ (Ultra-High / Prohibited Risk) → **Senior Manager Review**
- 4 eyes checking
- For PEP, special situations like charity escalate to CRO committee review and approval

→ **Customer Review and Onboarding (CRO) review**
- Consists of senior stakeholders of Himalaya Exchange
- Provides guidelines for approval requests and steers the risk appetite of the firm

**Auto-Rejected**





**Ongoing Due Diligence**







Demonstration of the
**Client Onboarding and Compliance Process**

**Thank you.**