In the matter of United States v Kwok, et al 23 CR 118 (SDNY) with respect to 41(g) Customer Action for the return of their Himalaya Exchange Funds

**Independent forensic review of Mazars LLP**

# Appendix 1.2
## Documents used in the preparation of this report

| Document title | Exhibit |
|---|---|
| Example excerpts from the HEX Customer Database | Exhibit 3.1 |
| Onboarding Process Document | Exhibit 4.1 |
| Excerpts of the "Risk Scoring" tab on the HID Database | Exhibit 6.1 |
| Extract of bank statements of the Exchange | Exhibit 6.2 |
| Mercantile Bank Custody Agreement | Exhibit 6.3 |
| FV Bank Custody Agreement | Exhibit 6.4 |
| FV Bank Business Account Application | Exhibit 6.5 |