In the matter of United States v Kwok, et al 23 CR 118 (SDNY) with respect to 41(g) Customer Action for the return of their Himalaya Exchange Funds

**Independent forensic review of Mazars LLP**

# Appendix 5.1a
## The testing undertaken on the HEX Customer Database (Customer Account Sample 1)

| HID | Corresponding account in the HEX Customer Database? | Account type (Personal / Corporate) | Date of creation (dates in US format) | Classification of customer ("Tier") |
|---|---|---|---|---|
| 3QXMOQR | Yes | Personal | 03/01/2022 | 1 |
| OSAQ7P1 | Yes | Personal | 29/05/2021 | 1 |
| F3ITF6W | Yes | Personal | 11/03/2022 | 1 |
| YF6EA9J | Yes | Personal | 30/05/2022 | 1 |
| S3UDWNA | Yes | Personal | 26/04/2021 | 1 |
| JLDBWCZ | Yes | Personal | 26/04/2021 | 1 |
| QQ9GKSD | Yes | Personal | 26/04/2021 | 1 |
| NRBPHRV | Yes | Personal | 27/04/2021 | 1 |
| 9J4AKGU | Yes | Personal | 05/05/2021 | 1 |
| WNRDO5O | Yes | Personal | 24/04/2021 | 1 |
| Q5ZNRZT | Yes | Personal | 28/10/2021 | 1 |
| 45T4QV0 | Yes | Personal | 28/04/2021 | 1 |
| FPMRK9D | Yes | Personal | 26/02/2023 | 1 |
| 4DEANEP | Yes | Personal | 11/11/2021 | 1 |
| 09U1ACR | Yes | Personal | 16/11/2021 | 1 |
| 5NWUN8E | \ | Corporate | 06/11/2021 | 1 |
| QTOVOUW | Yes | Personal | 27/04/2021 | 1 |
| QYJCH9T | Yes | Personal | 03/05/2021 | 1 |
| 5W0OOBA | Yes | Personal | 10/11/2021 | 1 |
| TUG4NL9 | Yes | Personal | 20/03/2022 | 1 |
| W6DNFW5 | Yes | Personal | 20/05/2021 | 1 |
| O9KAFW4 | Yes | Personal | 01/05/2021 | 1 |
| 04127H6 | Yes | Personal | 30/04/2021 | 1 |
| MPGMS83 | Yes | Personal | 11/05/2021 | 1 |
| DIC7WCF | Yes | Personal | 18/06/2021 | 1 |
| EJWJV35 | Yes | Personal | 31/10/2021 | 1 |
| 362U7SK | Yes | Personal | 27/04/2021 | 1 |
| 2O5PK36 | Yes | Personal | 23/11/2021 | 1 |
| THRHMJV | Yes | Personal | 30/01/2023 | 1 |
| IBXE8EA | Yes | Personal | 26/04/2021 | 1 |
| BR55A1J | Yes | Personal | 01/05/2021 | 1 |
| RD94OF6 | Yes | Personal | 01/05/2021 | 1 |
| 6V4T314 | Yes | Personal | 27/04/2021 | 1 |
| Y8P9LN8 | Yes | Personal | 22/03/2022 | 1 |
| U2OLXEW | Yes | Personal | 26/04/2021 | 1 |
| KLCMQ4I | Yes | Personal | 02/11/2021 | 1 |
| D3AX94D | Yes | Personal | 09/06/2021 | 1 |
| K5XEJO4 | Yes | Personal | 10/11/2021 | 1 |
| W93DR18 | Yes | Personal | 12/11/2021 | 1 |
| 4FA71UN | Yes | Personal | 08/01/2023 | 1 |
| 74NGYPT | Yes | Personal | 28/04/2021 | 1 |
| LAI4UU4 | Yes | Personal | 30/01/2023 | 1 |
| 5RVHDM0 | Yes | Personal | 26/04/2021 | 1 |
| HXSB85F | Yes | Personal | 09/06/2021 | 1 |
| UIKITK2 | Yes | Personal | 21/03/2022 | 1 |
| R89CQ46 | Yes | Personal | 26/07/2021 | 1 |
| K34JVN4 | Yes | Personal | 26/04/2021 | 1 |
| 6XI5HQW | Yes | Personal | 26/04/2021 | 1 |
| JYMYIVC | Yes | Personal | 21/03/2022 | 1 |

In the matter of United States v Kwok, et al 23 CR 118 (SDNY) with respect to 41(g) Customer Action for the return of their Himalaya Exchange Funds

Independent forensic review of Mazars LLP

# Appendix 5.1a
## The testing undertaken on the HEX Customer Database (Customer Account Sample 1)

| HID | Corresponding account in the HEX Customer Database? | Account type (Personal / Corporate) | Date of creation (dates in US format) | Classification of customer ("Tier") |
|---|---|---|---|---|
| YDGF9MH | Yes | Personal | 03/05/2021 | 1 |
| 1SPZHO5 | Yes | Personal | 20/05/2021 | 1 |
| 78MJTJW | Yes | Personal | 26/04/2021 | 1 |
| MDXLK47 | Yes | Personal | 05/05/2021 | 1 |
| SW90O5R | Yes | Personal | 02/06/2021 | 1 |
| TKTXYOR | Yes | Personal | 03/04/2021 | 1 |
| P5X7M07 | Yes | Personal | 09/07/2021 | 1 |
| MNGP1W5 | Yes | Personal | 26/04/2021 | 1 |
| 1PDCMBI | Yes | Personal | 19/02/2023 | 1 |
| 2IVNUJL | Yes | Personal | 14/11/2021 | 1 |
| BHDJ2LO | Yes | Personal | 07/05/2021 | 1 |
| NRL1RPW | Yes | Personal | 27/04/2021 | 1 |
| IG6RACG | Yes | Personal | 23/07/2021 | 1 |
| 4YH5VZL | Yes | Personal | 12/06/2021 | 1 |
| MLN07FA | Yes | Personal | 26/04/2021 | 1 |
| LFO9XHI | Yes | Personal | 26/04/2021 | 1 |
| KIW3IOG | Yes | Personal | 13/06/2021 | 1 |
| KYAZDY9 | Yes | Personal | 15/02/2023 | 1 |
| 61E2KXW | Yes | Personal | 08/10/2021 | 1 |
| 05F4B4H | Yes | Personal | 26/04/2021 | 1 |
| ELUX9NV | Yes | Personal | 27/04/2021 | 1 |
| Y4KTKWO | Yes | Personal | 14/11/2021 | 1 |
| 8PZ9Z6W | Yes | Personal | 31/07/2021 | 1 |
| EM272PG | Yes | Personal | 19/07/2021 | 1 |
| VMVY2MX | Yes | Personal | 26/04/2021 | 1 |
| C9Q33W2 | Yes | Personal | 01/02/2022 | 1 |
| DYS9VP0 | Yes | Personal | 14/06/2021 | 1 |
| 14ZJNVI | Yes | Personal | 26/04/2021 | 1 |
| OS4W5P5 | Yes | Personal | 01/05/2021 | 1 |
| RIRK03R | Yes | Personal | 29/01/2023 | 1 |
| B4R4TGC | Yes | Personal | 09/06/2021 | 1 |
| 6IVZAND | Yes | Personal | 01/05/2021 | 1 |
| 5G73NS6 | Yes | Personal | 27/04/2021 | 1 |
| 9HHOBSN | Yes | Personal | 16/05/2022 | 1 |
| YI6WMCH | Yes | Personal | 26/05/2021 | 1 |
| C7DTTAP | Yes | Personal | 28/04/2021 | 1 |
| IV75OC2 | Yes | Personal | 07/05/2021 | 1 |
| 61X02AQ | Yes | Personal | 05/02/2022 | 1 |
| B01MHNO | Yes | Personal | 03/05/2021 | 1 |
| 2EZ1UHP | Yes | Personal | 19/05/2021 | 1 |
| YTZNK6D | Yes | Personal | 12/05/2021 | 1 |
| DP3TRBX | Yes | Personal | 01/05/2021 | 1 |
| GVUMM18 | Yes | Personal | 26/04/2021 | 1 |
| QRJLY0F | Yes | Personal | 26/04/2021 | 1 |
| PHS8UKN | Yes | Personal | 05/05/2021 | 1 |
| RBSVH2N | Yes | Personal | 11/02/2023 | 1 |
| VUZLVTJ | Yes | Personal | 11/02/2023 | 1 |
| Z5E20F4 | Yes | Personal | 04/04/2021 | 1 |
| VR68ECO | Yes | Personal | 02/06/2021 | 1 |

In the matter of United States v Kwok, et al 23 CR 118 (SDNY) with respect to 41(g) Customer Action for the return of their Himalaya Exchange Funds

Independent forensic review of Mazars LLP

# Appendix 5.1a
## The testing undertaken on the HEX Customer Database (Customer Account Sample 1)

| HID | Corresponding account in the HEX Customer Database? | Account type (Personal / Corporate) | Date of creation (dates in US format) | Classification of customer ("Tier") |
|---|---|---|---|---|
| 3QR4JAD | Yes | Personal | 27/05/2021 | 1 |
| W9VZ8QS | Yes | Personal | 22/05/2021 | 1 |
| 1ID1XJE | Yes | Corporate | 24/07/2021 | 1 |
| E11AW8B | Yes | Personal | 30/04/2021 | 1 |
| QS49GJO | Yes | Personal | 21/05/2021 | 1 |
| YYWMWGX | Yes | Personal | 25/06/2021 | 1 |
| 82SJFP8 | Yes | Personal | 04/05/2021 | 1 |
| ZF9O8D6 | Yes | Personal | 15/05/2021 | 1 |
| XMNOTGQ | Yes | Personal | 26/04/2021 | 1 |
| ADP8MRD | Yes | Personal | 08/11/2021 | 1 |
| EII8BQM | Yes | Personal | 27/04/2021 | 1 |
| 0LYMZ5E | Yes | Personal | 26/04/2021 | 1 |
| TS8HEJB | Yes | Personal | 26/04/2021 | 1 |
| 7ECK6VQ | Yes | Personal | 01/12/2021 | 1 |
| LAN43H1 | Yes | Personal | 26/04/2021 | 1 |
| 3JL0K9J | Yes | Personal | 01/05/2021 | 1 |
| LAXYZ1H | Yes | Personal | 14/05/2021 | 1 |
| 45F1JYE | Yes | Personal | 26/04/2021 | 1 |
| AKTD002 | Yes | Personal | 26/04/2021 | 1 |
| D1RJRBJ | Yes | Personal | 29/04/2021 | 1 |
| AMW05AZ | Yes | Personal | 28/04/2021 | 1 |
| 9CXCNS6 | Yes | Personal | 26/04/2021 | 1 |
| VCX4G9Q | Yes | Personal | 26/04/2021 | 1 |
| TRG7OBV | Yes | Personal | 27/01/2022 | 1 |
| 0KZWZYC | Yes | Personal | 04/02/2022 | 1 |
| 2UHYRUX | Yes | Personal | 13/11/2021 | 1 |
| Y0H6HV1 | Yes | Personal | 13/09/2021 | 1 |
| Z1VUSG6 | Yes | Personal | 03/02/2023 | 1 |
| TWDDLKO | Yes | Personal | 06/06/2023 | 1 |
| EW7996C | Yes | Personal | 09/06/2023 | 1 |
| 6IA95P2 | Yes | Personal | 24/06/2023 | 1 |
| XLQEVN2 | Yes | Personal | 06/06/2023 | 1 |
| 1ANLC2E | Yes | Personal | 29/01/2023 | 1 |
| 5R54UDZ | Yes | Personal | 09/06/2023 | 1 |
| 82NMKY5 | Yes | Personal | 01/06/2021 | 1 |
| MTYYTVZ | Yes | Personal | 02/10/2021 | 1 |
| 0G23VVW | Yes | Personal | 29/04/2021 | 1 |
| LX7QDBA | Yes | Corporate | 19/12/2022 | 1 |
| M7WMI77 | Yes | Personal | 16/10/2021 | 1 |
| BB9PSMO | Yes | Personal | 10/11/2021 | 1 |
| TUVI1T2 | Yes | Personal | 16/10/2021 | 1 |
| 4AXRMIG | Yes | Personal | 26/04/2021 | 1 |
| P82DA19 | Yes | Personal | 27/04/2021 | 1 |
| 97ZQ1EZ | Yes | Personal | 26/04/2021 | 1 |
| P1HKWKZ | Yes | Personal | 09/11/2021 | 1 |
| S7DSAF0 | Yes | Personal | 26/04/2021 | 1 |
| PX20NJ9 | Yes | Personal | 25/07/2021 | 1 |
| J5LXNLF | Yes | Personal | 03/05/2021 | 1 |
| ZG072AT | Yes | Personal | 26/04/2021 | 1 |

Case 1:23-cr-00118-AT   Document 209-3   Filed 12/21/23   Page 4 of 4

In the matter of United States v Kwok, et al 23 CR 118 (SDNY) with respect to 41(g) Customer Action for the return of their Himalaya Exchange Funds

**Independent forensic review of Mazars LLP**

# Appendix 5.1a
**The testing undertaken on the HEX Customer Database (Customer Account Sample 1)**

| HID | Corresponding account in the HEX Customer Database? | Account type *(Personal / Corporate)* | Date of creation *(dates in US format)* | Classification of customer *("Tier")* |
|---|---|---|---|---|
| IGBAEEI | Yes | Personal | 26/04/2021 | 1 |
| H7M8QE9 | Yes | Personal | 26/04/2021 | 1 |
| TKG22L7 | Yes | Personal | 17/05/2021 | 1 |