In the matter of United States v Kwok, et al 23 CR 118 (SDNY) with respect to 41(g) Customer Action for the return of their Himalaya Exchange Funds

**Independent forensic review of Mazars LLP**

# Appendix 5.1b

## The testing undertaken on the HEX Customer Database Download (Customer Account Sample 2)

| HID | Corresponding account in the HEX Customer Database? | Name in the HEX Customer Database agrees to the name in the HEX Customer Database Download? | Account type in the HEX Customer Database agrees to the account type in the HEX Customer Database Download? | "Tier" in the HEX Customer Database agrees to the "tier" in the HEX Customer Database Download? |
|---|---|---|---|---|
| 3MLVY2G | Yes | ✓ | ✓ | ✓ |
| 24FFDW4 | Yes | ✓ | ✓ | ✓ |
| WUH75HG | Yes | ✓ | ✓ | ✓ |
| 12YZDXQ | Yes | ✓ | ✓ | ✓ |
| LFLDE50 | Yes | ✓ | ✓ | ✓ |
| XOLOLS9 | Yes | ✓ | ✓ | ✓ |
| 1GMV72Z | Yes | ✓ | ✓ | ✓ |
| DP9KQXI | Yes | ✓ | ✓ | ✓ |
| TD3QU0J | Yes | ✓ | ✓ | ✓ |
| ALULFZL | Yes | ✓ | ✓ | ✓ |
| BU1UJ96 | Yes | ✓ | ✓ | ✓ |
| NT7M6OG | Yes | ✓ | ✓ | ✓ |
| MY0PFE5 | Yes | ✓ | ✓ | ✓ |
| XJGRUX6 | Yes | ✓ | ✓ | ✓ |
| HSE4ZZY | Yes | ✓ | ✓ | ✓ |
| 5EK84AQ | Yes | ✓ | ✓ | ✓ |
| 9D0ZOWX | Yes | ✓ | ✓ | ✓ |
| 6R2U6L2 | Yes | ✓ | ✓ | ✓ |
| CZZNW9T | Yes | ✓ | ✓ | ✓ |
| 3Z2T0EK | Yes | ✓ | ✓ | ✓ |
| GRGG6ET | Yes | ✓ | ✓ | ✓ |
| Q7KWRCP | Yes | ✓ | ✓ | ✓ |
| Q95U2AP | Yes | ✓ | ✓ | ✓ |
| SXACJ0N | Yes | ✓ | ✓ | ✓ |
| H8Q7BM8 | Yes | ✓ | ✓ | ✓ |
| P86RW30 | Yes | ✓ | ✓ | ✓ |
| 5L9Z0QK | Yes | ✓ | ✓ | ✓ |
| WP3C8BL | Yes | ✓ | ✓ | ✓ |
| A4UZ1UA | Yes | ✓ | ✓ | ✓ |
| 8UZMLTX | Yes | ✓ | ✓ | ✓ |
| ZM4BTLE | Yes | ✓ | ✓ | ✓ |
| HJ54HIM | Yes | ✓ | ✓ | ✓ |
| 4PTCP1G | Yes | ✓ | ✓ | ✓ |
| N43JW3B | Yes | ✓ | ✓ | ✓ |
| BHE007O | Yes | ✓ | ✓ | ✓ |
| RLMEAIS | Yes | ✓ | ✓ | ✓ |
| 01IYR3M | Yes | ✓ | ✓ | ✓ |
| H1JKKSS | Yes | ✓ | ✓ | ✓ |
| WHGE2HJ | Yes | ✓ | ✓ | ✓ |
| ADGHVYE | Yes | ✓ | ✓ | ✓ |
| 3BKD82T | Yes | ✓ | ✓ | ✓ |
| 9GPVDVB | Yes | ✓ | ✓ | ✓ |
| BHKLSIO | Yes | ✓ | ✓ | ✓ |
| YVM5JXQ | Yes | ✓ | ✓ | ✓ |
| 3IBJ8HI | Yes | ✓ | ✓ | ✓ |
| 1ZTPVO8 | Yes | ✓ | ✓ | ✓ |
| AVY3PU2 | Yes | ✓ | ✓ | ✓ |

In the matter of United States v Kwok, et al 23 CR 118 (SDNY) with respect to 41(g) Customer Action for the return of their Himalaya Exchange Funds

**Independent forensic review of Mazars LLP**

# Appendix 5.1b

## The testing undertaken on the HEX Customer Database Download (Customer Account Sample 2)

| HID | Corresponding account in the HEX Customer Database? | Name in the HEX Customer Database agrees to the name in the HEX Customer Database Download? | Account type in the HEX Customer Database agrees to the account type in the HEX Customer Database Download? | "Tier" in the HEX Customer Database agrees to the "tier" in the HEX Customer Database Download? |
|---|---|---|---|---|
| CJ626AS | Yes | ✓ | ✓ | ✓ |
| AMJ9DZS | Yes | ✓ | ✓ | ✓ |
| U074WSR | Yes | ✓ | ✓ | ✓ |
| IHGXFFF | Yes | ✓ | ✓ | ✓ |
| WJJB9DB | Yes | ✓ | ✓ | ✓ |
| HB34YYS | Yes | ✓ | ✓ | ✓ |
| NZM9FHY | Yes | ✓ | ✓ | ✓ |
| Y7KS8S2 | Yes | ✓ | ✓ | ✓ |
| IRT1L1W | Yes | ✓ | ✓ | ✓ |
| OJCSASH | Yes | ✓ | ✓ | ✓ |
| QM6VJV8 | Yes | ✓ | ✓ | ✓ |
| T7S8Z06 | Yes | ✓ | ✓ | ✓ |
| ODRU24T | Yes | ✓ | ✓ | ✓ |
| YLIRAXG | Yes | ✓ | ✓ | ✓ |
| F8P8C6C | Yes | ✓ | ✓ | ✓ |
| SUBVV6Y | Yes | ✓ | ✓ | ✓ |
| ZU0LC8R | Yes | ✓ | ✓ | ✓ |
| 47VATQA | Yes | ✓ | ✓ | ✓ |
| Q94M5FF | Yes | ✓ | ✓ | ✓ |
| ETXMDH9 | Yes | ✓ | ✓ | ✓ |
| WP771MC | Yes | ✓ | ✓ | ✓ |
| ZXNDAF4 | Yes | ✓ | ✓ | ✓ |
| L6FMGAF | Yes | ✓ | ✓ | ✓ |
| NOW3BTB | Yes | ✓ | ✓ | ✓ |
| CJ35YFB | Yes | ✓ | ✓ | ✓ |
| 0T1YPLY | Yes | ✓ | ✓ | ✓ |
| 35UA134 | Yes | ✓ | ✓ | ✓ |
| NPA6PB4 | Yes | ✓ | ✓ | ✓ |
| 3C6YGL6 | Yes | ✓ | ✓ | ✓ |
| 7YG9EMB | Yes | ✓ | ✓ | ✓ |
| YLX7TLA | Yes | ✓ | ✓ | ✓ |
| H94GR01 | Yes | ✓ | ✓ | ✓ |
| 8RRYZYJ | Yes | ✓ | ✓ | ✓ |
| 6GVNEHH | Yes | ✓ | ✓ | ✓ |
| 1X33FQJ | Yes | ✓ | ✓ | ✓ |
| LZRV5VW | Yes | ✓ | ✓ | ✓ |
| RS098BE | Yes | ✓ | ✓ | ✓ |
| 53W0WCJ | Yes | ✓ | ✓ | ✓ |
| Y54YW75 | Yes | ✓ | ✓ | ✓ |
| PZDMILS | Yes | ✓ | ✓ | ✓ |
| PH1JBZ0 | Yes | ✓ | ✓ | ✓ |
| A1PP8BG | Yes | ✓ | ✓ | ✓ |
| HUQQSAJ | Yes | ✓ | ✓ | ✓ |
| 9DL5YVE | Yes | ✓ | ✓ | ✓ |
| MZ0GEUU | Yes | ✓ | ✓ | ✓ |
| 6MF62E6 | Yes | ✓ | ✓ | ✓ |
| GVEEVPY | Yes | ✓ | ✓ | ✓ |

Case 1:23-cr-00118-AT   Document 209-4   Filed 12/21/23   Page 3 of 3

In the matter of United States v Kwok, et al 23 CR 118 (SDNY) with respect to 41(g) Customer Action for the return of their Himalaya Exchange Funds

**Independent forensic review of Mazars LLP**

# Appendix 5.1b

**The testing undertaken on the HEX Customer Database Download (Customer Account Sample 2)**

| HID | Corresponding account in the HEX Customer Database? | Name in the HEX Customer Database agrees to the name in the HEX Customer Database Download? | Account type in the HEX Customer Database agrees to the account type in the HEX Customer Database Download? | "Tier" in the HEX Customer Database agrees to the "tier" in the HEX Customer Database Download? |
|---|---|---|---|---|
| B60QBFL | Yes | ✔ | ✔ | ✔ |
| LZLFJV1 | Yes | ✔ | ✔ | ✔ |
| TINB6IN | Yes | ✔ | ✔ | ✔ |
| YC1R1SC | Yes | ✔ | ✔ | ✔ |
| 8M2X1M4 | Yes | ✔ | ✔ | ✔ |
| 78JBCWH | Yes | ✔ | ✔ | ✔ |