In the matter of United States v Kwok, et al 23 CR 118 (SDNY) with respect to 41(g) Customer Action for the return of their Himalaya Exchange Funds

# Independent forensic review of Mazars LLP Appendix 6.1



Private and Confidential

Case 1:23-cr-00118-AT    Document 209-6    Filed 12/21/23    Page 2 of 10

In the matter of United States v Kwok, et al 23 CR 118 (SDNY) with respect to 41(g) Customer Action for the return of their Himalaya Exchange Funds
Independent forensic review of Mazars LLP

# Appendix 6.1

**The testing undertaken on the customer onboarding information and the financial data in respect of a sample of the Relevant Customers**

| | Information per the Customer Action Schedule | | | | | Customer / KYC information | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | Customer's personal information | | | | | | |
| Mazars sample number | HID | Current HCN balance | Current HDO balance | Deposit balance | Redemption balance | Is there a corresponding account? | Is the account enabled? | Customer Tier | Personal or corporate account | Customer name | Name in Chinese characters [1] | Customer email | Citizenship | Country of Residency |
| 1 | Y6DXEKN | 6,710.94 | 5.97 | 39,775.00 | - | Yes | Yes | Tier 1 | Personal | | No | | South Korea | South Korea |
| 2 | 25E7HEK | - | - | - | - | Yes | Yes | Tier 1 | Personal | | No | | China | China |
| 3 | VRUHRBX | - | - | - | - | Yes | Yes | Tier 1 | Personal | | Yes | | China | China |
| 4 | EJB6N37 | 24.94 | 23.00 | - | - | Yes | Yes | Tier 1 | Personal | | Yes | | China | China |
| 5 | PK2GKGB | - | - | - | - | Yes | Yes | Tier 1 | Personal | | Yes | | China | China |
| 6 | QKGAABC | 2,460.00 | 114.66 | 3,200.00 | - | Yes | Yes | Tier 1 | Personal | | No | | China | China |
| 7 | NKV5KWI | 2,026.00 | - | - | - | Yes | Yes | Tier 1 | Personal | | Yes | | China | China |
| 8 | HEYI0NX | 217.76 | 0.02 | - | - | Yes | Yes | Tier 1 | Personal | | Yes | | China | China |
| 9 | 68L64X5 | 701.73 | 83.81 | 5,880.00 | - | Yes | Yes | Tier 1 | Personal | | No | | China | China |
| 10 | C923ESO | 1,580.38 | 735.48 | 90,169.64 | - | Yes | Yes | Tier 1 | Personal | | No | | China | China |
| 11 | VA5MP35 | 12.00 | - | - | - | Yes | Yes | Tier 1 | Personal | | Yes | | China | China |
| 12 | LMC8YPB | 79.96 | 0.36 | 3,455.00 | - | Yes | Yes | Tier 1 | Personal | | No | | Taiwan | Taiwan |
| 13 | 0QS281S | 101.59 | 2,786.88 | 156,450.98 | - | Yes | Yes | Tier 1 | Personal | | No | | UK | New Zealand |
| 14 | VK4ANPU | 7.00 | - | - | - | Yes | Yes | Tier 1 | Personal | | No | | South Korea | China |
| 15 | I4LKIWY | - | 2,855.84 | 2,975.00 | - | Yes | Yes | Tier 1 | Personal | | No | | Singapore | Singapore |
| 16 | SJ2BS73 | 579.01 | 3.01 | - | - | Yes | Yes | Tier 1 | Personal | | Yes | | China | China |
| 17 | 5S89KBQ | 528.16 | 45.08 | 11,950.00 | 71,100.00 | Yes | Yes | Tier 1 | Personal | | No | | Taiwan | Taiwan |
| 18 | 34DUM6K | 297.27 | 35.63 | 900.00 | 18,788.00 | Yes | Yes | Tier 1 | Personal | | No | | China | Singapore |
| 19 | A4UZ1UA | 76,313.99 | 229,733.22 | 10,000.00 | 120,090.00 | Yes | Yes | Tier 1 | Personal | | No | | United Kingdom | United Kingdom |
| 20 | J8AWCBB | 1,062.34 | 1.67 | 12,245.00 | 1,270.00 | Yes | Yes | Tier 1 | Personal | | Yes | | China | China |
| 21 | V9W73H5 | - | - | 9,944.00 | - | Yes | Yes | Tier 1 | Personal | | No | | China | China |
| 22 | 3ONHED9 | - | - | - | - | Yes | Yes | Tier 1 | Personal | | No | | China | China |
| 23 | SA3MI8E | - | - | - | - | Yes | Yes | Tier 1 | Personal | | Yes | | China | China |
| 24 | UNS06NV | 3,716.28 | - | 18,641.15 | - | Yes | Yes | Tier 1 | Personal | | No | | China | China |
| 25 | IQZZTFG | 233.00 | 5,312.09 | - | - | Yes | Yes | Tier 1 | Personal | | Yes | | China | China |
| 26 | KIL2BXW | 10.19 | 1.14 | - | - | Yes | Yes | Tier 1 | Personal | | Yes | | China | China |
| 27 | 63JS0ZQ | 484.89 | 542.68 | 20,375.00 | - | Yes | Yes | Tier 1 | Personal | | No | | China | United Arab Emirate |
| 28 | EL7ZBNL | 282.00 | 2.18 | - | - | Yes | Yes | Tier 1 | Personal | | Yes | | China | China |
| 29 | MMIUQTN | 4,060.89 | 0.01 | 154,316.52 | - | Yes | Yes | Tier 1 | Personal | | No | | Singapore | Singapore |
| 30 | C85O85D | 229.21 | 13.18 | 9,912.89 | 9,527.39 | Yes | Yes | Tier 1 | Personal | | No | | China | Singapore |
| 31 | K64HVBN | 534.92 | 31.75 | - | - | Yes | Yes | Tier 1 | Personal | | Yes | | China | China |
| 32 | CNF1PAS | 100.76 | 0.01 | 17,100.00 | 29,880.00 | Yes | Yes | Tier 1 | Personal | | No | | United Kingdom | United Kingdom |
| 33 | C7HE41U | 1,083.74 | 0.01 | - | - | Yes | Yes | Tier 1 | Personal | | No | | Hong Kong | Hong Kong |
| 34 | PI46C1D | 107.00 | - | - | - | Yes | Yes | Tier 1 | Personal | | Yes | | China | China |
| 35 | UJZ8G2I | 220.83 | 0.16 | 275.00 | 12,650.00 | Yes | Yes | Tier 1 | Personal | | No | | China | Cambodia |
| 36 | 3Y5TR49 | 1,158.14 | 50,532.09 | - | - | Yes | Yes | Tier 1 | Personal | | Yes | | China | China |
| 37 | 5FQXFF3 | 853.55 | 132.23 | - | - | Yes | Yes | Tier 1 | Personal | | No | | China | China |
| 38 | BR55A1J | 1,562.77 | 195.29 | 7,159.09 | - | Yes | Yes | Tier 1 | Personal | | No | | China | China |
| 39 | 3P7ICAV | 883.58 | 38.57 | 41,900.00 | - | Yes | Yes | Tier 1 | Personal | | No | | Singapore | Singapore |
| 40 | WGMU4QO | 15,941.54 | 818.73 | - | - | Yes | Yes | Tier 1 | Personal | | No | | China | Germany |
| 41 | IWRSAY8 | 4,731.75 | 335,465.96 | - | - | Yes | Yes | Tier 1 | Personal | | No | | China | China |
| 42 | PH1JBZ0 | 5,367.14 | 571.46 | 85,337.67 | - | Yes | Yes | Tier 1 | Personal | | No | | Australia | Australia |
| 43 | 7FKCSAF | 5,849.58 | 0.01 | 33,356.00 | - | Yes | Yes | Tier 1 | Personal | | No | | China | China |
| 44 | KY08VGL | 667.18 | 37.00 | 22,292.69 | 11,480.00 | Yes | Yes | Tier 1 | Personal | | No | | China | Australia |
| 45 | 7M1PNFX | 5,026.95 | 1.87 | 9,332.49 | - | Yes | Yes | Tier 1 | Personal | | No | | China | China |
| 46 | 5GZG9NL | 474.46 | 0.40 | 19,950.00 | - | Yes | Yes | Tier 1 | Personal | | No | | China | South Korea |
| 47 | MZDB63I | 100.00 | - | - | - | Yes | Yes | Tier 1 | Personal | | No | | Hong Kong | China |
| 48 | OXDEZ2P | 3,353.63 | 7.83 | 56,936.65 | - | Yes | Yes | Tier 1 | Personal | | No | | Australia | Australia |
| 49 | SKAZFRE | - | - | - | - | Yes | Yes | Tier 1 | Personal | | No | | China | China |
| 50 | LQ7DLLW | 100.75 | 0.15 | 4,191.50 | - | Yes | Yes | Tier 1 | Personal | | No | | Australia | Australia |

**Notes**

[1] Where the name of the individual was in Chinese characters on the HEX Customer Database, we sought to compare the characters to identify any differences. However, given the Mazars team do not read Chinese, we also compared the ID document number for these customers (i) per their ID documents on Jumio; with (ii) the ID document number on the customer's profile on the HEX Database. We did not identify any differences in this regard.

Case 1:23-cr-00118-AT    Document 209-6    Filed 12/21/23    Page 3 of 10

In the matter of United States v Kwok, et al 23 CR 118 (SDNY) with respect to 41(g) Customer Action for the return of their Himalaya Exchange Funds
**Independent forensic review of Mazars LLP**

# Appendix 6.1

**The testing undertaken on the customer onboarding information and the financial data in respect of a sample of the Relevant Customers**

[2] As explained in our report, during our sample testing we identified a number of differences between the HCN balances in HEX Customer Database compared with the amounts noted in the Customer Action Schedule. Upon further enquiry with the Exchange, we understand that this relates to ongoing trading activity of HCN balances between the date the customer provided information in respect of the Customer Action (of 10 November 2023) and the date of our work (of 15 December 2023). We set out below the reconciling items, which relate to trades effected by customers between these dates.

We observed these differences on the trading data available on the HEX Customer Database and Hpay (the Exchange's payment application)

| Mazars sample number | HID | HCN difference | | Reason(s) for reconciling items |
|---|---|---|---|---|
| 10 | C923ESO | - | 1,400.00 | HCN 1,400 was used to purchase HDO 19,750 between 16 and 18 November 2023 (see the HDO reconciliation below). We viewed this transaction on the HEX Customer Database. |
| 19 | A4UZ1UA |  | 1,000.00 | HCN 1,000 was received by this individual via Hpay on 16 November 2023. We viewed this transaction on Hpay via the HEX Customer Database. |
| 20 | J8AWCBB | - | 355.00 | HCN 355 was used to purchase HDO 5,025 (see the HDO reconciliation below). We viewed this transaction on the HEX Customer Database. |
| 36 | 3Y5TR49 |  | 3,388.81 | HDO 47,140.88 was used to purchase HCN 3,388.81 (see the HDO reconciliation below). We viewed this transaction on the HEX Customer Database. |
| 38 | BR55A1J |  | 578.75 | HCN 578.75 was received by this individual via Hpay on 25 November 2023. We viewed this transaction on Hpay via the HEX Customer Database. |
| 41 | IWRSAY8 |  | 500.00 | HCN 500 was received by this individual via Hpay on 15 November 2023. We viewed this transaction on Hpay via the HEX Customer Database. |
| 42 | PH1JBZ0 |  | 79.98 | HDO 1,111.46 was used to purchase HCN 79.98 (see the HDO reconciliation below). We viewed this transaction on the HEX Customer Database. |
| 46 | 5GZG9NL | - | 474.46 | HCN 474.46 is "held for orders" on this individual's account (whereby the HCN is being held for future trades). We viewed this amount on the HEX Customer Database. |
| 48 | OXDEZ2P | - | 1,250.00 | HCN 1,250 is "held for orders" on this individual's account (whereby the HCN is being held for future trades). We viewed this amount on the HEX Customer Database. |

[3] As explained in our report, during our sample testing we identified a number of differences between the HDO balance in HEX Customer Database compared with the amounts noted in the Customer Action Schedule. Upon further enquiry with the Exchange, we understand that this relates to ongoing trading activity of HDO balances between the date the customer provided information in respect of the Customer Action (of 10 November 2023) and the date of our work (15 December 2023). We set out below the reconciling items, which relate to trades effected by customers between these dates.

We observed these reconciling items on the trading data available on the HEX Customer Database and Hpay (the Exchange's payment application)

| Mazars sample number | HID | HDO difference | | Reason(s) for reconciling items |
|---|---|---|---|---|
| 1 | Y6DXEKN | - | 5.97 | HDO 5.97 was sent from this individual's via Hpay on 15 November 2023. We viewed this transaction on Hpay via the HEX Customer Database. |
| 10 | C923ESO | - | 599.60 | This difference relates to two transactions: (i) HDO 20,349.6 was sent by this individual via Hpay on 21 November 2023; and (ii) HCN 1,400 was used to purchase HDO 19,750 (see the HCN reconciliation above). We viewed these transactions either on the HEX Customer Database or on Hpay via the HEX Customer Database. |
| 20 | J8AWCBB |  | 25.71 | This difference relates to two transactions: (i) HDO 5,000 was sent by this individual via Hpay on 15 December 2023; and (ii) HCN 355 was used to purchase HDO 5,025 (see the HCN reconciliation above). We viewed these transactions either on the HEX Customer Database or on Hpay via the HEX Database. |
| 30 | C85O85D |  | 8,458.00 | HDO 8,458 was received by this individual's via Hpay on 29 November 2023. We viewed this transaction on Hpay via the HEX Customer Database. |
| 36 | 3Y5TR49 | - | 46,271.67 | This difference relates to three transactions: (i) HDO 13,441 was received by this individual account via Hpay on 11 December 2023; (ii) HDO 12,571.78 is "held for orders" on this individual's account (whereby the HDO is being held for future trades); and (iii) HDO 47,140.88 was used to purchase HCN 3,388.81 (see the HCN reconciliation above). We viewed these transactions either on the HEX Customer Database or on Hpay via the HEX Customer Database. |
| 40 | WGMU4QO |  | 2.00 | This difference relates to three transactions: (i) HDO 5 was sent from this individual's account via Hpay on 26 November 2023; (ii) HDO 3 was sent from this individual's account via Hpay on 26 November 2023; and (iii) HDO 10 was received by this individual via Hpay on 5 December 2023. We viewed these transactions on Hpay via the HEX Customer Database. |
| 42 | PH1JBZ0 | - | 571.45 | This difference relates to four transactions: (i) HDO 107.99 is "held for orders" on this individual's account (whereby the HDO is being held for future trades); (ii) HDO 108 was received by this individual via Hpay on 9 December 2023; (iii) HDO 540 was received by this individual via Hpay on 12 November 2023; and (iv) HDO 1,111.46 was used to purchase HCN 79.98 (see the HCN reconciliation above). We viewed these transactions either the HEX Customer Database or on Hpay via the HEX Customer |

Case 1:23-cr-00118-AT    Document 209-6    Filed 12/21/23    Page 4 of 10

In the matter of United States v Kwok, et al 23 CR 118 (SDNY) with respect to 41(g) Customer Action for the return of their Himalaya Exchange Funds
**Independent forensic review of Mazars LLP**

# Appendix 6.1
**The testing undertaken on the customer onboarding information and the financial data in respect of a sample of the Relevant Customers**

| | | | |
|---|---|---|---|
| 43 | 7FKCSAF | 13,393.48 | This difference relates to four transactions: (i) HDO 13,394 is "held for orders" on this individual's account (whereby the HCN is being held for future trades) (ii) HDO 10,000 is "held for orders" on this individual's account (whereby the HCN is being held for future trades); (iii) HDO 12,262.50 is "held for orders" on this individual's account (whereby the HCN is being held for future trades); and (iv) HDO 49,050 was received by this individual via Hpay on 15 December 2023. The total of these transactions equates to an inflow of HDO 13,393.48 to this individual's account. We viewed these transactions on Hpay via the HEX Customer Database. |

Case 1:23-cr-00118-AT    Document 209-6    Filed 12/21/23    Page 5 of 10
In the matter of United States v Kwok, et al 23 CR 118 (SDNY) with respect to 41(g) Customer Action for the return of their Himalaya Exchange Funds
Independent forensic review of Mazars LLP

| per HEX database | | | | Customer financial information per HEX database | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| KYC questionnaire per database | | | | HCN | | | HDO | | | Deposit |
| Source of income/funds | Source of wealth | Risk Score | Risk Rating | Current HCN per HEX Customer Database | Reconciling item(s) [2] | Difference | Current HDO per HEX Customer Database | Reconciling item(s) [3] | Difference | Deposit per HEX Customer Database | Difference |
| Salary / business income, Loan / Credit | Employment income, Business profits | 35 | Medium | 6,710.94 | - | - | - | 5.97 | - | 39,775.00 | - |
| Salary / business income | Employment income | 51 | Medium | - | - | - | - | - | - | - | - |
| Salary / business income, Savings | Employment income | 50 | Medium | - | - | - | - | - | - | - | - |
| Salary / business income, Savings | Employment income, Business profits | 35 | Medium | 24.94 | - | - | 23.00 | - | - | - | - |
| Salary / business income, Savings | Inheritance, Employment income | 45 | Medium | - | - | - | - | - | - | - | - |
| Salary / business income | Employment income | 41 | Medium | 2,460.00 | - | - | 114.66 | - | - | 3,200.00 | - |
| Salary / business income | Employment income | 50 | Medium | 2,026.00 | - | - | - | - | - | - | - |
| Salary / business income, Investment, Cryptocurrency trading | Employment income | 50 | Medium | 217.76 | - | - | 0.02 | - | - | - | - |
| Salary / business income, Savings, Loan / Credit | Property sale, Employment income | 56 | Medium | 701.73 | - | - | 83.81 | - | - | 5,880.00 | - |
| Salary / business income | Employment income | 55 | Medium | 180.38 - | 1,400.00 | - | 135.88 - | 599.60 | - | 90,169.64 | - |
| Inheritance | Inheritance | 50 | Medium | 12.00 | - | - | - | - | - | - | - |
| Salary / business income | Inheritance, Employment income | 30 | Low | 79.96 | - | - | 0.36 | - | - | 3,455.00 | - |
| Pension / Social benefits, Investments, Savings | Property sale, Employment income, Business profits | 60 | Medium | 101.59 | - | - | 2,786.88 | - | - | 156,450.98 | - |
| Savings | Employment income | 30 | Low | 7.00 | - | - | - | - | - | - | - |
| Salary / business income | Employment income | 30 | Low | - | - | - | 2,855.84 | - | - | 2,975.00 | - |
| Salary / business income, Loan / Credit | Crypto Trading, long term investment | 46 | Medium | 579.01 | - | - | 3.01 | - | - | - | - |
| Pension / Social benefits | Inheritance | 50 | Medium | 528.16 | - | - | 45.08 | - | - | 11,950.00 | - |
| Salary / business income, Savings | Employment income | 36 | Medium | 297.27 | - | - | 35.63 | - | - | 900.00 | - |
| Salary / business income | Employment income | 10 | Low | 77,313.99 | 1,000.00 | - | 229,733.22 | - | - | 10,000.00 | - |
| Salary / business income | Employment income | 51 | Medium | 707.34 - | 355.00 | - | 27.38 | 25.71 | - | 12,245.00 | - |
| Savings | Employment income | 40 | Medium | - | - | - | - | - | - | 9,944.00 | - |
| Savings | Employment income | 80 | High | - | - | - | - | - | - | - | - |
| Pension / Social benefits | Inheritance, Employment income | 85 | High | - | - | - | - | - | - | - | - |
| Salary / business income | Employment income | 30 | Low | 3,716.28 | - | - | - | - | - | 18,641.15 | - |
| Salary / business income, Savings | Employment income, Business profits | 30 | Low | 233.00 | - | - | 5,312.09 | - | - | - | - |
| Pension / social benefits, Savings | Inheritance, Property sale | 56 | Medium | 10.19 | - | - | 1.14 | - | - | - | - |
| Salary / business income | Employment income | 46 | Medium | 484.89 | - | - | 542.68 | - | - | 20,375.00 | - |
| Salary / business income, Investments, Savings | Property sale, Employment income, Business profits | 56 | Medium | 282.00 | - | - | 2.18 | - | - | - | - |
| Investments, Savings, Cryptocurrency trading, part time job admin | Employment income, part time admin | 80 | High | 4,060.89 | - | - | 0.01 | - | - | 154,316.52 | - |
| Salary | Employment income | 36 | Medium | 229.21 | - | - | 8,471.18 | 8,458.00 | - | 9,912.89 | - |
| Salary / business income | Employment income | 45 | Medium | 534.92 | - | - | 31.75 | - | - | - | - |
| Salary / business income | Employment income | 5 | Low | 100.76 | - | - | 0.01 | - | - | 17,100.00 | - |
| Salary / business income, Investments, Savings | Property sale, Employment income, Business profits | 80 | High | 1,083.74 | - | - | 0.01 | - | - | - | - |
| Salary / business income | Employment income | 15 | Low | 107.00 | - | - | - | - | - | - | - |
| Salary / business income, Savings | Employment income, Business profits | 70 | Medium | 220.83 | - | - | 0.16 | - | - | 275.00 | - |
| Savings | Business profits | 91 | Ultra-high | 4,546.95 | 3,388.81 | - | 4,260.42 - | 46,271.67 | - | - | - |
| Salary / business income, Investments | Employment income, Business profits | 82 | High | 853.55 | - | - | 132.23 | - | - | - | - |
| Salary / business income, Investments, Savings | Property sale, Employment income | 56 | Medium | 2,141.52 | 578.75 | - | 195.29 | - | - | 7,159.09 | - |
| Salary / business income | Employment income | 30 | Low | 883.58 | - | - | 38.57 | - | - | 41,900.00 | - |
| Investments | Property sale | 51 | Medium | 15,941.54 | - | - | 820.73 | 2.00 | - | - | - |
| Salary / business income, Savings, Loan / Credit | Property sale, Employment income, Business profits | 90 | Ultra-high | 5,231.75 | 500.00 | - | 335,465.96 | - | - | - | - |
| Salary / business income | Employment income, Business profits | 15 | Low | 5,447.12 | 79.98 | - | 0.01 - | 571.45 | - | 85,337.67 | - |
| Salary / business income, Investments, Savings | Employment income | 51 | Medium | 5,849.58 | - | - | 13,393.49 | 13,393.48 | - | 33,356.00 | - |
| Salary / business income | Business profits | 41 | Medium | 667.18 | - | - | 37.00 | - | - | 22,292.69 | - |
| Salary / business income, Investments, Savings | Property sale, Employment income, Business profits | 51 | Medium | 5,026.95 | - | - | 1.87 | - | - | 9,332.49 | - |
| Salary | Employment income | 25 | Low | - | 474.46 | - | 0.40 | - | - | 19,950.00 | - |
| Salary / business income | Employment income | 6 | Low | 100.00 | - | - | - | - | - | - | - |
| Salary / business income | Employment income | 5 | Low | 2,103.63 - | 1,250.00 | - | 7.83 | - | - | 56,936.65 | - |
| Salary / business income | Employment income, Business profits | 55 | Medium | - | - | - | - | - | - | - | - |
| Salary / business income, Investments | Property sale | 5 | Low | 100.75 | - | - | 0.15 | - | - | 4,191.50 | - |

Case 1:23-cr-00118-AT   Document 209-6   Filed 12/21/23   Page 6 of 10

In the matter of United States v Kwok, et al 23 CR 118 (SDNY) with respect to 41(g) Customer Action for the return of their Himalaya Exchange Funds
**Independent forensic review of Mazars LLP**

In the matter of United States v Kwok, et al 23 CR 118 (SDNY) with respect to 41(g) Customer Action for the return of their Himalaya Exchange Funds
**Independent forensic review of Mazars LLP**

Case 1:23-cr-00118-AT   Document 209-6   Filed 12/21/23   Page 8 of 10

In the matter of United States v Kwok, et al 23 CR 118 (SDNY) with respect to 41(g) Customer Action for the return of their Himalaya Exchange Funds
**Independent forensic review of Mazars LLP**

| Redemption | | Customer redemptions per | | KYC documents viewed on Jumio | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Redemption per HEX Customer Database | Difference | Redemption (per bank statements of the Exchange) | Difference | Type of ID document | Name on ID document | ID Document number | Date of issue of the ID document | Proof of face ID on Jumio | Name per the HEX Customer Database matches KYC |
| - | - | - | - | Passport | | | 2-Jan-19 | Yes | Yes |
| - | - | - | - | Passport | | | 9-Dec-19 | Yes | Yes |
| - | - | - | - | ID card | | | 7-May-18 | Yes | Yes |
| - | - | - | - | ID card | | | 19-Mar-13 | Yes | Yes |
| - | - | - | - | ID card | | | 24-May-21 | Yes | Yes |
| - | - | - | - | Passport | | | 16-Mar-16 | Yes | Yes |
| - | - | - | - | ID card | | | 12-Jan-15 | Yes | Yes |
| - | - | - | - | ID card | | | 15-Jan-19 | Yes | Yes |
| - | - | - | - | Passport | | | 26-Feb-15 | Yes | Yes |
| - | - | - | - | Passport | | | 9-Mar-21 | Yes | Yes |
| - | - | - | - | ID card | | | 3-Apr-19 | Yes | Yes |
| - | - | - | - | Passport | | | 2-Jan-18 | Yes | Yes |
| - | - | - | - | Passport | | | 20-Feb-12 | Yes | Yes |
| - | - | - | - | Passport | | | 26-Jun-14 | Yes | Yes |
| - | - | - | - | ID card | | | 13-Oct-08 | Yes | Yes |
| - | - | - | - | ID card | | | 11-Dec-08 | Yes | Yes |
| 71,100.00 | - | 71,100.00 | - | Passport | | | 10-Dec-13 | Yes | Yes |
| 18,788.00 | - | 18,788.00 | - | Passport | | | 22-Sep-20 | Yes | Yes |
| 120,090.00 | - | 120,090.00 | - | Driving licence | | | 18-Apr-13 | Yes | Yes |
| 1,270.00 | - | 1,270.00 | - | ID card | | | 16-Jan-12 | Yes | Yes |
| - | - | - | - | Passport | | | 22-Jan-17 | Yes | Yes |
| - | - | - | - | Passport | | | 22-Jan-17 | Yes | Yes |
| - | - | - | - | ID card | | | 19-Oct-09 | Yes | Yes |
| - | - | - | - | Passport | | | 13-May-16 | Yes | Yes |
| - | - | - | - | ID card | | | 26-Sep-18 | Yes | Yes |
| - | - | - | - | ID card | | | 27-Jun-08 | Yes | Yes |
| - | - | - | - | Passport | | | 1-Aug-18 | Yes | Yes |
| - | - | - | - | ID card | | | 2-Feb-16 | Yes | Yes |
| - | - | - | - | Driving licence | | | 28-Mar-14 | Yes | Yes |
| 9,527.39 | - | 9,527.39 | - | Passport | | | 13-May-14 | Yes | Yes |
| - | - | - | - | ID card | | | 29-Nov-05 | Yes | Yes |
| 29,880.00 | - | 29,880.00 | - | Driving licence | | | 5-Aug-15 | Yes | Yes |
| - | - | - | - | ID card | | | 28-Dec-21 | Yes | Yes |
| - | - | - | - | ID card | | | 27-Jul-21 | Yes | Yes |
| 12,650.00 | - | 12,650.00 | - | Passport | | | 14-Sep-17 | Yes | Yes |
| - | - | - | - | ID card | | | 21-Jun-10 | Yes | Yes |
| - | - | - | - | Passport | | | 12-Nov-12 | Yes | Yes |
| - | - | - | - | Passport | | | 29-Dec-16 | Yes | Yes |
| - | - | - | - | Passport | | | 13-Nov-19 | Yes | Yes |
| - | - | - | - | Passport | | | 7-Aug-12 | Yes | Yes |
| - | - | - | - | Passport | | | 29-Aug-18 | Yes | Yes |
| - | - | - | - | Passport | | | 8-Feb-19 | Yes | Yes |
| - | - | - | - | Passport | | | 27-Oct-11 | Yes | Yes |
| 11,480.00 | - | 11,480.00 | - | Driving licence | | | N/A | Yes | Yes |
| - | - | - | - | Passport | | | 22-Aug-18 | Yes | Yes |
| - | - | - | - | Passport | | | 1-Nov-21 | Yes | Yes |
| - | - | - | - | Passport | | | 4-May-18 | Yes | Yes |
| - | - | - | - | Passport | | | 24-Jun-20 | Yes | Yes |
| - | - | - | - | Passport | | | 12-Jul-19 | Yes | Yes |
| - | - | - | - | Passport | | | 27-Apr-17 | Yes | Yes |