# EXHIBIT A

**General Investor Update |**

**Himalaya Exchange** <updates@himalaya.exchange>
Reply to: <updates@himalaya.exchange>
To:



# GENERAL INVESTOR UPDATE
# 投资者更新

Himalaya Exchange一向视保护客户的利益为首要任务，在7月6日发出的邮件中，我们已告知您有一名能够代表客户的独立律师。该律师能够为客户提供独立的法律意见，并通过法律途径保护您的资产和索赔您的损失。该律师完全独立于交易所，如您有需要，作为客户您可以联系他寻求独立的法律建议，并寻求法律追索以保护和追回您的资产。交易所对该律师并没有任何影响力。

如果您希望通过该律师保护和赎回您的资产，请使用以下链接填写所提供的表格向律师注册：https://himalayarestoration.com/。该表格只需要您的Himalaya ID（HID）

您的 Himalaya ID ▮▮▮▮▮

律师的联系信息如下：

**Bradford Geyer**

邮箱：himalaya.restoration@formerfedsgroup.com

电话：+1 888-486-3337

在此过程中，律师将要求您填写一份同意书，以授权他使用您的HID向交易所要求获取您的 HDO 和 HCN 余额资讯，用以建立您的索赔额度。该律师不会要求您提供您的姓名或任何其他个人信息，只需要使用您的个人HID。交易所只有在收到您填写完整的同意书副本后，才会向律师提供您的 HDO 和 HCN 余额资讯。请放心，您的姓名、地址或任何其他个人信息不会被共享，因为交易所在任何时候必须遵守数据保护法。

交易所将继续支援所有的客户，我们将在允许的情况下尽量提供协助。

此致

**Himalaya Exchange**

---

Dear Customer,

The Exchange's primary concern is protecting customers' interests. In our previous update on 6th July, we informed you that the Exchange has identified an independent lawyer, who is able to provide customers with independent legal advice and pursue legal recourse to protect and recover your assets. The Exchange does

not have any influence over this lawyer.

Should you wish to protect and recover your assets through the lawyer, please register with him using the following link and complete the provided form: https://himalayarestoration.com/. The Form will only require your Himalaya ID (HID) and not your name.

**Your Himalaya ID** ▮

The contact information for the lawyer is:

**Bradford Geyer**

Email: himalaya.restoration@formerfedsgroup.com

Telephone: +1 888-486-3337

As part of that process, the lawyer will also require you to complete a consent form in order to request your HDO and HCN balances from the Exchange, in order to establish claims. The lawyer will NOT require your name or any other personal details but will use your unique Himalaya ID (HID). The Exchange will only provide HDO and HCN balances once they receive a copy of your completed consent form. Please be assured your name, address, or any other personal information will NOT be shared, because the Exchange at all times must comply with Data Protection laws.

The Exchange will continue to support its customers, and we will assist where permitted.

Kind regards

**Himalaya Exchange**

Got questions during the registration process? Click **here** to watch our tutorial video or **contac**t our 24/7 customer service team.

注册过程有疑问吗？？ 联系我们24小时在线的客户服务团队。

Copyright © 2023 Himalaya Exchange. All rights reserved.

Himalaya International Clearing Ltd, Commerce House, Wickhams Cay 1, Road Town, Road Town, BVI VG1110

Unsubscribe  Manage preferences