The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *United States v. Kwok, et al.*, Case No. 1:23-cr-118 (AT)

Dear Judge Torres:

I __IMXIVuL__, hereby declare:

1. My name is __IMXIVuL__ and I have an active account with the Himalaya Exchange.

2. I hereby confirm that I have signed up to be represented by Bradford Geyer to represent me for the recovery of my funds from my Himalaya exchange account.

3. I confirm my account is currently active and it contains crypto stable coin holdings and an associated reserve.

4. To the best of my knowledge and belief, I have not been defrauded by the charged defendants in the above captioned case.

5. I have not been unduly influenced by the Exchange or any of the charged defendants.

6. I have made this decision on my own free will and I respectfully request that my funds be immediately unencumbered so that they can be returned.

Dated: January 9, 2024         RESPECTFULLY SUBMITTED

_____
Name

BY:   /s/Brad Geyer
Bradford L. Geyer Attorney for Defendant
Pennsylvania Bar ID #: 62998
NJ Bar ID # 022751991
2006 Berwick Drive
Cinnaminson, NJ 08077
Email: Bradford@formerfedsgroup.com
P: (856)-607-5708

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *United States v. Kwok, et al.*, Case No. 1:23-cr-118 (AT)

Dear Judge Torres:

I **Xiushan Lu**, hereby declare:

1. My name is **Xiushan Lu** and I have an active account with the Himalaya Exchange.

2. I hereby confirm that I have signed up to be represented by Bradford Geyer to represent me for the recovery of my funds from my Himalaya exchange account.

3. I confirm my account is currently active and it contains crypto stable coin holdings and an associated reserve.

4. To the best of my knowledge and belief, I have not been defrauded by the charged defendants in the above captioned case.

5. I have not been unduly influenced by the Exchange or any of the charged defendants.

6. I have made this decision on my own free will and I respectfully request that my funds be immediately unencumbered so that they can be returned.

Dated: January 9, 2024            RESPECTFULLY SUBMITTED

                                  _/s/ Xiushan Lu_
                                  Name

                           BY:    _/s/Brad Geyer_
                                  Bradford L. Geyer

Attorney for
Defendant
Pennsylvania Bar ID #: 62998
NJ Bar ID # 022751991
2006 Berwick Drive
Cinnaminson, NJ 08077
Email:
Bradford@formerfedsgroup.com
P: (856)-607-5708

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:     *United States v. Kwok, et al.*, Case No. 1:23-cr-118 (AT)

Dear Judge Torres:

I *Gerhard Axe* hereby declare:

1. My name is *Gerhard Axe* and I have an active account with the Himalaya Exchange.

2. I hereby confirm that I have signed up to be represented by Bradford Geyer to represent me for the recovery of my funds from my Himalaya exchange account.

3. I confirm my account is currently active and it contains crypto stable coin holdings and an associated reserve.

4. To the best of my knowledge and belief, I have not been defrauded by the charged defendants in the above captioned case.

5. I have not been unduly influenced by the Exchange or any of the charged defendants.

6. I have made this decision on my own free will and I respectfully request that my funds be immediately unencumbered so that they can be returned.

Dated: January 9, 2024          RESPECTFULLY SUBMITTED

                                *Gerhard Axe*
                                Name


                        BY:     /s/Brad Geyer
                                Bradford L. Geyer

Attorney for
Defendant
Pennsylvania Bar ID #: 62998
NJ Bar ID # 022751991
2006 Berwick Drive
Cinnaminson, NJ 08077
Email:
Bradford@formerfedsgroup.com
P: (856)-607-5708

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *United States v. Kwok, et al.*, Case No. 1:23-cr-118 (AT)

Dear Judge Torres:

I __SHENG YUAN, CHEN__, hereby declare:

1. My name is __SHENG YUAN, CHEN__ and I have an active account with the Himalaya Exchange.

2. I hereby confirm that I have signed up to be represented by Bradford Geyer to represent me for the recovery of my funds from my Himalaya exchange account.

3. I confirm my account is currently active and it contains crypto stable coin holdings and an associated reserve.

4. To the best of my knowledge and belief, I have not been defrauded by the charged defendants in the above captioned case.

5. I have not been unduly influenced by the Exchange or any of the charged defendants.

6. I have made this decision on my own free will and I respectfully request that my funds be immediately unencumbered so that they can be returned.

Dated: January 9, 2024                    RESPECTFULLY SUBMITTED

                                          __Chen Sheng Yuan__
                                          Name

                                     BY:  __/s/Brad Geyer__
                                          Bradford L. Geyer

                                          Attorney for
                                          Defendant
                                          Pennsylvania Bar ID #: 62998 NJ Bar ID # 022751991
                                          2006 Berwick Drive Cinnaminson, NJ 08077
                                          Email:
                                          Bradford.geyer@formerfedsgroup.com
                                          Phone: (856)-607-5708

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:**   *United States v. Kwok, et al.*, Case No. 1:23-cr-118 (AT)

Dear Judge Torres:

I \_\_\_\_Lazzat\_\_\_\_, hereby declare:

1. My name is \_\_Lazzat\_\_ and I have an active account with the Himalaya Exchange.

2. I hereby confirm that I have signed up to be represented by Bradford Geyer to represent me for the recovery of my funds from my Himalaya exchange account.

3. I confirm my account is currently active and it contains crypto stable coin holdings and an associated reserve.

4. To the best of my knowledge and belief, I have not been defrauded by the charged defendants in the above captioned case.

5. I have not been unduly influenced by the Exchange or any of the charged defendants.

6. I have made this decision on my own free will and I respectfully request that my funds be immediately unencumbered so that they can be returned.


Dated: January 9, 2024              RESPECTFULLY SUBMITTED

                                    _____
                                    Name     Lazzat

                        BY:    */s/Brad Geyer*
                               Bradford L. Geyer

                        Attorney for Defendant
                        Pennsylvania Bar ID #: 62998 NJ Bar ID # 022751991
                        2006 Berwick Drive Cinnaminson, NJ 08077
                        Email: Bradford.geyer@formerfedsgroup.com
                        Phone: (856)-607-5708

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:**   *United States v. Kwok, et al.*, Case No. 1:23-cr-118 (AT)

Dear Judge Torres:

I __Xiue Zhang__, hereby declare:

1. My name is __Xiue Zhang__ and I have an active account with the Himalaya Exchange.

2. I hereby confirm that I have signed up to be represented by Bradford Geyer to represent me for the recovery of my funds from my Himalaya exchange account.

3. I confirm my account is currently active and it contains crypto stable coin holdings and an associated reserve.

4. To the best of my knowledge and belief, I have not been defrauded by the charged defendants in the above captioned case.

5. I have not been unduly influenced by the Exchange or any of the charged defendants.

6. I have made this decision on my own free will and I respectfully request that my funds be immediately unencumbered so that they can be returned.

Dated: January 9, 2024                RESPECTFULLY SUBMITTED

                                      _____
                                      Name

                                 BY:   __/s/Brad Geyer__
                                       Bradford L. Geyer

                                      Attorney for Defendant
                                      Pennsylvania Bar ID #: 62998 NJ Bar ID # 022751991
                                      2006 Berwick Drive Cinnaminson, NJ 08077
                                      Email:
                                      Bradford.geyer@formerfedsgroup.com
                                      Phone: (856)-607-5708

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:    *United States v. Kwok, et al.*, Case No. 1:23-cr-118 (AT)

Dear Judge Torres:

I **VXCK9NV**, hereby declare:

1. My name is **VXCK9NV** and I have an active account with the Himalaya Exchange.

2. I hereby confirm that I have signed up to be represented by Bradford Geyer to represent me for the recovery of my funds from my Himalaya exchange account.

3. I confirm my account is currently active and it contains crypto stable coin holdings and an associated reserve.

4. To the best of my knowledge and belief, I have not been defrauded by the charged defendants in the above captioned case.

5. I have not been unduly influenced by the Exchange or any of the charged defendants.

6. I have made this decision on my own free will and I respectfully request that my funds be immediately unencumbered so that they can be returned.

Dated: January 9, 2024          RESPECTFULLY SUBMITTED

                                *Cheng Fei Dong*
                                Name

                         BY:    */s/Brad Geyer*
                                Bradford L. Geyer

                         Attorney for Defendant
                         Pennsylvania Bar ID #: 62998 NJ Bar ID # 022751991
                         2006 Berwick Drive Cinnaminson, NJ 08077
                         Email: Bradford.geyer@formerfedsgroup.com
                         Phone: (856)-607-5708

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   United States v. Kwok, et al., Case No. 1:23-cr-118 (AT)

Dear Judge Torres:

I __LSPTSEM__, hereby declare:

1. My name is __LSPTSEM__ and I have an active account with the Himalaya Exchange.

2. I hereby confirm that I have signed up to be represented by Bradford Geyer to represent me for the recovery of my funds from my Himalaya exchange account.

3. I confirm my account is currently active and it contains crypto stable coin holdings and an associated reserve.

4. To the best of my knowledge and belief, I have not been defrauded by the charged defendants in the above captioned case.

5. I have not been unduly influenced by the Exchange or any of the charged defendants.

6. I have made this decision on my own free will and I respectfully request that my funds be immediately unencumbered so that they can be returned.

Dated: January 9, 2024

RESPECTFULLY SUBMITTED

_____
Name

BY:   /s/Brad Geyer
      Bradford L. Geyer

Attorney for Defendant
Pennsylvania Bar ID #: 62998 NJ Bar ID # 022751991
2006 Berwick Drive Cinnaminson, NJ 08077
Email: Bradford.geyer@formerfedsgroup.com
Phone: (856)-607-5708