**UNITED STATES DISTERICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

     v.

YANPING WANG,

          Defendant.

23 Cr. 118-3 (AT)

---

### DECLARATION SARAH REEVES IN FURTHER SUPPORT OF DEFENDANT'S PRE-TRIAL MOTIONS

I, Sarah Reeves, declare pursuant to 28 U.S.C. § 1746 and state as follows:

1.      I am an Associate with the law firm Baker Botts, L.L.P. and counsel for defendant Yanping Wang in this action. I submit this declaration upon my personal knowledge in support of Ms. Wang's pre-trial motions.

2.      Attached hereto as Exhibit A is a copy of a planner, which was produced by the government in this case as material seized from Ms. Wang's apartment on March 15, 2023 and is filed under seal.

3.      Attached hereto as Exhibit B is an FBI sign-in log for the search of Ms. Wang's apartment dated March 15, 2023, which was produced by the government in this case and is filed under seal.

4.      Attached hereto as Exhibit C is a sheet of an FBI agent's handwritten notes related to the questioning of Ms. Wang, dated March 15, 2023, which was produced by the government in this case and is filed under seal.

Executed in New York, New York on this 1st day of February, 2024.

*/s/ Sarah Reeves*
Sarah Reeves