**BAKER BOTTS** L.L.P.

30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK
10112-4498

TEL  +1 212.408.2500
FAX  +1 212.408.2501
BakerBotts.com

AUSTIN
BRUSSELS
DALLAS
DUBAI
HOUSTON
LONDON

**NEW YORK**
PALO ALTO
RIYADH
SAN FRANCISCO
SINGAPORE
WASHINGTON

February 7, 2024

Brendan F. Quigley
TEL: 2124082520
FAX: 2122592520
brendan.quigley@bakerbotts.com

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: <u>United States v. Yanping Wang, et al.</u>, 23 Cr. 118-3 (AT)

Dear Judge Torres:

    We represent Yanping Wang in this matter. We join the motion to dismiss filed by defendant Ho Wan Kwok, ECF No. 238, as it pertains to the counts in the S2 Indictment in which Ms. Wang is also charged (Counts One through Ten and Count Twelve).

                   Respectfully submitted,

                   <u>/s/ Brendan F. Quigley</u>
                   Brendan F. Quigley

Active 76178947.3