```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  03/28/2024  
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

YANPING WANG,

                      Defendant.

23 Cr. 118-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Defendant Yanping Wang's letter motion regarding "issues with the government's discovery." ECF No. 253. Accordingly, by **April 1, 2024**, the Government shall file a response.

    SO ORDERED.

Dated: March 28, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge