# **EXHIBIT B**

| Law Firm | Address | Lawyers | Domain | Persons/Entities Represented and Time Periods for Each Representation. |
|---|---|---|---|---|
| Brown Rudnick LLP | 7 Times Square New York, NY 10036 | William Baldiga<br>Stephen Cook<br>Stephen Best<br>Sunni Beville<br>Tiffany Lietz<br>Tristan Axelrod<br>Kenneth Aulet<br>Andrew Carty<br>Jeffrey Jonas<br>Bennett Silverberg<br>Robert Stark<br>Honieh Udenka<br>Natasha Ertzbishoff<br>William Franzese<br>Alessandra Maldonado<br>E. Patrick Gilman<br>Ashley Smith<br>Eileen Citron | @brownrudnick.com | Client: Miles Kwok<br><br>Approx.: 2/22-7/22,<br>3/23 - present |
| Lawall & Mitchell, LLC | 55 Madison Avenue Morristown, NJ 07960 | Aaron Mitchel | @lmesq.com | Miles Kwok, Yanping Wang, Hing Chi Ngok, Mei Guo, Guo Qiang, GTV Media Group. Inc., Saraca Media Group, Inc., GSNY, Hamilton Investment, G-Clubs<br><br>Approx. 2018 - present |
| The Casper Firm, LLC | 400 E. Pratt Street Suite 903 Baltimore, MD 21202 | Ari Casper | @casperfirm.com | Client: Miles Kwok<br>Approx: 2019 - present |
| Harcus Parker Ltd. | 7th Floor, Melbourne House 44-46 Aldwych London, WC2B 4LL | Damon Parker | @harcusparker.co.uk | Client: Miles Kwok, Ace Decade, Dawn State |

| Law Firm | Address | Lawyers | Domain | Persons/Entities Represented and Time Periods for Each Representation. |
|---|---|---|---|---|
| | | | | Approx. 2019 - present |
| Petrillo Klein & Boxer LLP | 655 Third Avenue 22nd Floor New York, NY 10017 | Guy Petrillo Joshua Klein | @pkbllp.com | Client: Miles Kwok Approx: 2018 - present |
| Clayman Rosenberg Kirshner & Linder LLP | 305 Madison Avenue Suite 650 New York, New York 10165 | Isabelle Kirshner | @clayro.com | Client: Miles Kwok Approx: 2020 - present |
| Schulman Bhattacharya, LLC | 6116 Executive Boulevard Suite 425 Bethesda, MD 20852 | Jeffrey Gavenman | @schulmanbh.com | Client: Miles Kwok Approx: 2020 - present |
| Baker Hostetler LLP | 45 Rockefeller Plaza New York, NY 10111-0100 | John Siegal | @bakerlaw.com | Client: Miles Kwok Approx: 2020 - present |
| Ganfer Shore Leeds & Zauderer LLP | 360 Lexington Avenue New York, NY 10017 | Mark Zauderer | @ganfershore.com | Client: Miles Kwok Approx: 2021 - present |
| Matthew Hoyle | One Essex Court Temple, London, EC4Y 9AR DX 430 | Matthew Hoyle | mhoyle@oeclaw.co.uk | Client: Miles Kwok, Ace Decade, Dawn State Approx. 2020 - present |
| The Francis Firm PLLC | 33 W 60th Street Floor 2 New York, NY 10069 | Melissa Francis | melissaf@gsnyus.com | Client : Miles Kwok, Approx.: 2020 - present |
| Forbes Hare | Qwomar Building PO Box 4649, Road Town Tortola VG1110 British Virgin Islands | Robert Nader | @forbeshare.com | Client: Miles Kwok Approx: 2019 - present |

2

| Law Firm | Address | Lawyers | Domain | Persons/Entities Represented and Time Periods for Each Representation. |
|---|---|---|---|---|
| Sa'ad Hossain Q.C. | One Essex Court Temple, London, EC4Y 9AR DX 430 | Sa'ad Hossain Q.C. | shossain@oeclaw.co.uk | Client: Miles Kwok, Ace Decade, Dawn State<br><br>Approx. 2020 - present |
| Lalive SA | Rue de Law Mairie 35 1207 Geneva Switzerland | Sandrine Giroud | @lalive.law.com | Client: Miles Kwok, Ace Decade, Dawn State<br><br>Approx. 2020 - present |
| Sebastian Isaac | One Essex Court Temple, London, EC4Y 9AR. DX 430 | Sebastian Isaac | sisaac@oeclaw.co.uk | Client: Miles Kwok, Ace Decade, Dawn State<br><br>Approx. 2020 - present |
| VX Cerda & Associates | 601 Brickell Key Drive Suite 700 Miami, FL 33131 | Victor Cerda | @vcerdalaw.com | Client: Miles Kwok, Yanping Wang, Hing Chi Ngok, Mei Guo, Guo Qiang<br><br>Approx.: 2018 - present |
| Law Offices of Yongbing Zhang | 223 West Jackson Boulevard Suite 1012 Chicago, IL 60606 | Yongbing Zhang | @ybzlaw.com | Client: Miles Kwok and Yanping Wang<br><br>3/23 - present |
| Zeisler & Zeisler, P.C. | 10 Middle Street Bridgeport, CT 06604 | Stephen Kindseth<br>Aaron Romney<br>Eric Henzy<br>James Moriarty | @zeislaw.com | Client: Miles Kwok, HKI, Mei Guo<br><br>Approx.: 2021 - present |
| Troutman Pepper | 3000 Two Logan Square Eighteenth and Arch Streets Philadelphia, PA 19103 | Francis Lawall | @troutman.com | Client: Bravo Luck<br><br>Approx.: 2019 - present |
| Chiesa Shahinian & Giantomasi | 105 Eisenhower Parkway Roseland, NJ 07068 | Lee Vartan<br>Melissa Wernick | @csglaw.com | Client: HKI, Mei Guo<br><br>Approx.: 2020 - present |
| Lipman Law PLLC | 45 West 29th Street Suite 303 New York, NY 10001 | Alex Lipman | @lipmanllc.com | Client: Yanping Wang<br><br>Approx.: 2020 - present |
| Chaudhry Law PLLC | 147 West 25th Street, 12th Fl New York, NY 10001 | Priya Chaudhry | @chaudhrylaw.com | Client: Yanping Wang<br><br>Approx.: 3/23 - present |
| Phillips Nizer LLP | 485 Lexington Avenue New York, NY | Matthew Levine | @phillipsnizer.com | Client: Lamp Capital<br><br>Approx.: 2021 - present |

3

| Law Firm | Address | Lawyers | Domain | Persons/Entities Represented and Time Periods for Each Representation. |
|---|---|---|---|---|
| | 10017 | | | |
| Wachen LLC | 11605 Montague Court Potomac, MD 20854 | David Wachen | @wachenlaw.com | Client: Miles Kwok Approx.: 11/22 - present |
| Law Offices of Jeffrey Hellman, LLC | 195 Church Street, 10th Fl. New Haven, CT 06510 | Jeffrey Hellman | @jeffhellmanlaw.com | Client: Miles Kwok Approx.: 11/22 - present |
| Arethusa Forsyth | | | arethusaf@protonmail.com | Client: GSNY Approx.: 2022 |
| HodgsonRuss LLP | 605 Third Avenue Suite 2300 New York City, NY 10158 | Mark A. Harmon Jillian Searles | @hodgsonruss.com | Client: Miles Kwok Approx.: 2018 - present |
| Boies Schiller Flexner | 55 Hudson Yards 20th Floor New York, NY 10001 | David Boies Josh Schiller | @bsfllp.com | Client: Miles Kwok, Ace Decade, Dawn State Approx.: 2015 - 2018 |
| Williams & Connolly LLP | 680 Maine Avenue SW Washington, DC 20024 | | @wc.com | Clients; Miles Kwok, Guo Qiang, Approx. 2015 - 2017 |
| Paul Weiss | 1285 Avenue of the Americas New York, NY 10019-6064 | | @paulweiss.com | Clients; Miles Kwok, Guo Qiang Approx. 2015 - 2017 |
| Clark Hill | 830 Third Avenue Suite 200 New York, NY 10022 | | @clarkhill.com | Client: Miles Kwok Approx. 2017 |
| Montbrial advocates | Thibault de Montbrial | | Unknown | Client: Miles Kwok Approx.: 2019 - present |
| Daniel Podhaskie | | Daniel Podhaskie | danielp@gsnyus.com | Client: Miles Kwok, GSNY Approx.: 2019 - 2021 |

| Law Firm | Address | Lawyers | Domain | Persons/Entities Represented and Time Periods for Each Representation. |
|---|---|---|---|---|
| Paul Hastings | 200 Park Avenue New York, NY 10166 | Brad Bondi | @paulhastings.com | Clients: GTV Media Group, Inc., Miles Kwok<br><br>Approx.: 2020 - 2021 |
| Spears & Imes LLP | 767 Third Avenue New York, NY 10017 | David Spears | @spearsimes.com | Clients: GTV Media Group, Inc.<br><br>Approx. 2020 |
| Morvillo Abramowitz Grand Iason & Anello, P.C. | 565 Fifth Avenue New York, NY 10017 | Jeremy Temkin | jtemkin@maglaw.com | Clients: Saraca Media Group Inc., GTV Media Group, Inc.<br><br>Approx. 2020 - 2022 |
| Una Wilkinson | 68-18 Juno Street Forest Hills, New York 11375 | Interpreter | unamanyee@gmail.com | Translator: Miles Kwok, Mei Guo<br><br>Approx.: 2019 - present |
| Yanping Wang | | Interpreter | Officework2020@protonmail.com | Translator: Miles Kwok, Mei Guo, Hing Chi Ngok<br><br>Approx. 2015 – present (U.S.) |
| Hei Lok (Gladys) Chow | | Interpreter | gladyschowus@gmail.com | Translator: Miles Kwok, Hing Chi Ngok<br><br>Approx.: 2019 - present |

65009234 v1-WorkSiteUS-039463/0001