# **EXHIBIT D**

| | |
|---|---|
| CASE NAME: | <u>United States v Kwok</u> |
| EXHIBIT NUMBER: | Voice_Message_1_20_22_8_41_PM_1 |
| DATE: | 1/20/2022 |
| TIME: | 8:41 PM |
| DURATION: | 00:00:17 |
| ANGUAGE(S): | Chinese, English |
| PARTICIPANTS: | YW:   Yvette Wang |
| | |
| ABBREVIATIONS: | [U/I] – Unintelligible |
| | [PH] – Phonetic Spelling |
| | [Brackets] – Transcriber Notes |
| | [UKN] – Unknown Speaker |
| | // – Voices Overlap |
| | *Italics* – Spoken in English |

1

| **NAME** | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE** |
|---|---|---|
| | [Start of Recording] | [Start of Recording] |
| YW | To talk to these attorneys, even if to your own attorney, is still very *tricky*. Hahaha. He/she insists on hearing some words directly from the mouth of a party. In fact, he/she already knew it and he/she has even worked in this direction already, but he/she still insists on hearing it directly from your mouth. Therefore, to talk to these attorneys, even if to your own attorneys, is still rather *tricky*. Um. | 就跟这帮律师去对话，即使自己的律师也是很 *tricky* 的，哈哈哈。他/她有些话非要从当事人嘴里直接听到。其实他/她早就都知道，他/她甚至已经在这个方向上去工作了，但他/她非要从你嘴里直接听到这才行。所以说跟这帮律师，即使自己的律师对话也是比较 *tricky* 的。嗯。 |
| | [End of Recording] | [End of Recording] |