# **EXHIBIT E**

1

| | |
|---|---|
| CASE NAME: | <u>United States v Kwok</u> |
| EXHIBIT NUMBER: | Voice_Message_1_20_22_8_41_PM |
| DATE: | 1/20/2022 |
| TIME: | 8:41 PM |
| DURATION: | 00:00:29 |
| ANGUAGE(S): | Chinese, English |
| PARTICIPANTS: | YW:   Yvette Wang |
| | |
| ABBREVIATIONS: | [U/I] – Unintelligible <br> [PH] – Phonetic Spelling <br> [Brackets] – Transcriber Notes <br> [UKN] – Unknown Speaker <br>  // – Voices Overlap <br> *Italics* – Spoken in English |

| **NAME** | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE** |
|---|---|---|
| | [Start of Recording] | [Start of Recording] |
| YW | You tell him/her whether you're willing to… you tell him/her… he/she asks if you're willing to *testify*, your tone should be that this is your boat, right? This is your boat. What you have heard now is, hey, this is your boat. What is going on? How come now the boat belongs to my Dad? And now my Dad is going to jail because of it, it's said that he's going to jail. What is going on? You should start from this tone, this is your belonging. You start from this perspective and tell him/her why you are going to *testify*, isn't that Right? And then, you… you… you're not saying that you could help, but saying that this is your property and you must claim your rights, your tone should start from the perspective of the owner. Um. | 你告诉他/她你愿不愿意去…你告诉他/她…他/她问你愿不愿意去 *testify*，你的语气就是这就是你的船，对吧？这就是你的船。你现在听到的就是说，哎，这就是你的船。这是怎么回事儿呀？这船怎么就弄成这是我爸的了？现在我爸还因为这就要坐牢，据说是要坐牢。这是怎么回事儿？你就从这个语气出发，这就是你的东西。你从这个角度出发你告诉他/她你为什么要 *testify*，对不对？然后你…你…你不是说是能够帮到忙，而是说这是你的资产，你就要主张这个权利,语气要从这个主人的角度出发。嗯。 |
| | [End of Recording] | [End of Recording] |

2