# Exhibit A

Subject: Re: Wang Discovery
Date: 3/10/2024 9:17 PM
From: "Murray, Juliana (USANYS) 1" <Juliana.Murray@usdoj.gov>
To: "Quigley, Brendan" <brendan.quigley@bakerbotts.com>, "Fergenson, Micah (USANYS)" <Micah.Fergenson@usdoj.gov>
Cc: "Finkel, Ryan (USANYS)" <Ryan.Finkel@usdoj.gov>, "Reeves, Sarah" <sarah.reeves@bakerbotts.com>, "Quigley, Brendan" <brendan.quigley@bakerbotts.com>

[EXTERNAL EMAIL]

Hi Brendan,

We loaded the discovery onto the drive over the weekend and it will be delivered to the MDC tomorrow.

Thanks,
Julie

Juliana N. Murray
Assistant United States Attorney
U.S. Attorney's Office for the Southern District of New York
One St. Andrew's Plaza, New York, NY 10007
Tel: (212) 637-2314 | Cell: (917) 599-3616
juliana.murray@usdoj.gov

**From:** Quigley, Brendan <brendan.quigley@bakerbotts.com>
**Sent:** Sunday, March 10, 2024 7:41:10 PM
**To:** Fergenson, Micah (USANYS) <MFergenson@usa.doj.gov>
**Cc:** Murray, Juliana (USANYS) 1 <JMurray1@usa.doj.gov>; Finkel, Ryan (USANYS) <RFinkel@usa.doj.gov>; Reeves, Sarah <sarah.reeves@bakerbotts.com>; Quigley, Brendan <brendan.quigley@bakerbotts.com>
**Subject:** [EXTERNAL] RE: RE: Wang Discovery

Do you guys know the status on this? The hard drive was delivered to 26 Fed on 2/27.

**Brendan F. Quigley** [bio]
Partner
Baker Botts L.L.P.
T +1.212.408.2520
M +1.917.885.8069

**From:** Fergenson, Micah (USANYS) <Micah.Fergenson@usdoj.gov>
**Sent:** Friday, February 23, 2024 12:26 AM
**To:** Quigley, Brendan <brendan.quigley@bakerbotts.com>
**Cc:** Juliana.Murray@usdoj.gov; Ryan.Finkel@usdoj.gov
**Subject:** RE: Wang Discovery

[EXTERNAL EMAIL]

Please send us a 4 TB drive. For MDC specifications, it should have a cord less than 10 inches long and the drive itself should be roughly smaller than a fist. We're in 26 Fed now – address below.

Micah F. Fergenson
Assistant United States Attorney
Southern District of New York
26 Federal Plaza, 37th Floor
New York, NY 10278
Desk: 212-637-2190
Cell: 646-343-7076

**From:** Quigley, Brendan <brendan.quigley@bakerbotts.com>
**Sent:** Thursday, February 22, 2024 10:30 PM
**To:** Fergenson, Micah (USANYS) <MFergenson@usa.doj.gov>
**Cc:** Murray, Juliana (USANYS) 1 <JMurray1@usa.doj.gov>; Finkel, Ryan (USANYS) <RFinkel@usa.doj.gov>
**Subject:** [EXTERNAL] Re: Wang Discovery

Thanks Micah.

**Brendan F. Quigley**
1.917.885.8069

> On Feb 22, 2024, at 10:27 PM, Fergenson, Micah (USANYS) <Micah.Fergenson@usdoj.gov> wrote:
>
> **[EXTERNAL EMAIL]**
>
> Sorry for slow reply, Brendan. Both paralegals on the case have been on trial. One just wrapped today, so we should be able to run this down tomorrow.
>
> **From:** Quigley, Brendan <brendan.quigley@bakerbotts.com>
> **Sent:** Thursday, February 22, 2024 7:04 PM
> **To:** Murray, Juliana (USANYS) 1 <JMurray1@usa.doj.gov>; Finkel, Ryan (USANYS) <RFinkel@usa.doj.gov>; Fergenson, Micah (USANYS) <MFergenson@usa.doj.gov>
> **Subject:** [EXTERNAL] Wang Discovery
>
> Guys-following up on our call Tuesday, any updates on the process for getting her the more recent discovery at MDC? Previously a laptop had been sent in.
>
> **Brendan F. Quigley**
> 1.917.885.8069
>
> **Confidentiality Notice:**
>
> The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination,

copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.