# Exhibit H

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      v.<br><br>HO WAN KWOK,<br> a/k/a "Miles Guo,"<br> a/k/a "Miles Kwok,"<br> a/k/a "Guo Wengui,"<br> a/k/a "Brother Seven,"<br> a/k/a "The Principal,"<br> a/k/a "Boss," and<br><br>YANPING WANG,<br> a/k/a "Yvette,"<br> a/k/a "Y,"<br><br>      Defendants. | **[Proposed] Scheduling Order**<br><br>S2 23 Cr. 118 (AT) |

WHEREAS trial in this matter is set to begin on May 20, 2024;

The Court ORDERS as follows:

1. **Expert Notice:** The parties shall exchange expert notices, except for translation and rebuttal experts, on or before **April 1, 2024**.[1] To the extent any party retains any expert after April 1, 2024, expert notice shall be provided reasonably promptly thereafter.

2. **Rule 16 Discovery Materials:** The Government shall complete production of Rule 16 discovery in its possession by **April 10, 2024**. The defendants shall provide material covered

---

[1] The parties shall continue to work in good faith to reach an agreement regarding language translations. The parties recognize that those efforts may limit the time in which notice is provided for language experts.

by Federal Rule of Criminal Procedure 16(b) by **May 6, 2024**. Defendants may make subsequent Rule 16 productions, as the defense continues to prepare its case for trial, including in response to the government's case-in-chief and to the extent the defendants acquire additional materials.

3. **Government Exhibits:** The Government shall provide defendants' counsel exhibits that the Government reasonably expects to seek to introduce during its case-in-chief by **April 22, 2024**. These exhibits will be subject to good-faith revisions as the Government continues to prepare its case for trial, including in response to the defendants' list of intended exhibits and witnesses. For avoidance of doubt, however, the defense reserves all rights to challenge the admissibility of any exhibits listed or produced after April 22, 2024.

4. **§ 3500 Material:** The Government shall provide the defendants' counsel § 3500 material, by **April 22, 2024**.

5. **Government Witness List:** The Government shall provide the defendants' counsel its list of witnesses whom the Government reasonably expects to call in its case-in-chief by **May 6, 2024**.

6. **Defense Exhibits.** The defendants shall provide the Government the exhibits that the defendants reasonably expect to seek to introduce during the Government's case-in-chief or the defense's case-in-chief by **May 10, 2024**. This exhibit list will be subject to good-faith revisions as the defendants continue to prepare their case for trial.

7. **Defense Witness List:** The defendants shall provide their lists of witnesses whom either defendant reasonably expect to call in his or her case-in-chief by **May 13, 2024**. These lists

will be subject to good-faith revisions as the defense continues to prepare its case for trial, including in response to the government's case-in-chief.

8. **Defense 26.2 Material:** The defendants shall provide Rule 26.2 materials for their witnesses by **May 27, 2024**. Thereafter, the defendants shall provide the Government with rolling productions of Rule 26.2 materials to the extent any are generated.

SO ORDERED:

Dated: New York, New York
       April __, 2024

_____
THE HON. ANALISA TORRES
UNITED STATES DISTRICT JUDGE