```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _04/09/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

YANPING WANG,

                          Defendant.

23 Cr. 118-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court held a suppression hearing today to determine (1) whether Defendant, Yanping Wang, invoked her right to counsel prior to being questioned regarding her phone passcodes, and (2) whether the Government would have inevitably accessed the phones. At the hearing, the Court directed the parties to submit post-hearing briefs. Accordingly:

1. By **April 12, 2024**, the parties shall each file their opening briefs;
2. By **April 16, 2024**, the parties shall each file their opposition papers; and
3. For each factual assertion, the parties shall include a citation to the hearing transcript or to exhibits admitted into evidence.

      SO ORDERED.

Dated: April 9, 2024
          New York, New York

                                                ANALISA TORRES
                                         United States District Judge