**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   v.<br><br>YANPING WANG,<br><br>               Defendant. | 23 Cr. 118-3 (AT) |

**DEFENDANT YANPING WANG'S NOTICE OF MOTIONS *IN LIMINE***

          Brendan F. Quigley
          Sarah Reeves
          BAKER BOTTS L.L.P.
          30 Rockefeller Plaza
          New York, N.Y. 10112
          Tel: (212) 408-2520
          brendan.quigley@bakerbotts.com
          sarah.reeves@bakerbotts.com

*Attorneys for Yanping Wang*

PLEASE TAKE NOTICE THAT, upon Defendant Yanping Wang's ("Defendant") Memorandum of Law in Support of her Motions *in Limine*, the Declaration of Brendan F. Quigley and the exhibits thereto, Defendant by and through her counsel, respectfully moves this Court, before the Honorable Analisa Torres, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, for an order granting Defendant's motions *in limine*.

Dated: April 9, 2024

Respectfully submitted,

BAKER BOTTS L.L.P.

*/s/ Brendan F. Quigley*
Brendan F. Quigley
Sarah Reeves
30 Rockefeller Plaza
New York, N.Y. 10112
Tel: (212) 408-2500
brendan.quigley@bakerbotts.com
sarah.reeves@bakerbotts.com

*Attorneys for Yanping Wang*