# Exhibit B

## Dates for Transfers Alleged in S2 Indictment

| S2 Indict. Ref. | Description | Date(s) |
| --- | --- | --- |
| ¶¶ 5, 18(h)(i) | $26.5 million Mahwah Mansion purchase | 12/16/2021<br>12/8/2021 |
| ¶ 5 | $3.5 million Ferrari | 6/16/2021 |
| ¶¶ 5, 18(h)(iii) | $4.4 million Bugatti | 11/2/2021<br>11/22/2021<br>12/9/2022<br>12/12/2022 |
| ¶¶ 5, 19(g) | $37 million yacht financing / escrow | 4/19/2022 |
| ¶ 5 | $140,000 piano | 1/27/2022 |
| ¶ 5 | Two $36,000 mattresses | 1/27/2022 |
| ¶¶ 5, 16(h), 56 | $100 million investment in HHKOF | 6/5/2020 |
| ¶¶ 5, 17(f)(iv) | $10 million of transfers into Je's and spouse's accounts | 9/27/2020<br>12/7/2020<br>12/27/2020<br>1/21/2021<br>1/24/2021<br>1/25/2021<br>2/22/2021<br>3/3/2021<br>8/5/2021 |
| ¶ 5 | $1.1 million condo | 2/21/2020 |
| ¶ 17(f)(i) | $20 million to Relative-1 | 5/18/2021<br>6/1/2021 |
| ¶ 17(f)(i) | $950,000 flight crew services | 2/26/2021<br>4/28/2021<br>6/8/2021<br>7/14/2021<br>7/21/2021<br>8/4/2021<br>8/12/2021<br>9/8/2021 |
| ¶ 17(f)(ii) | $5 million to Kwok's spouse | 10/20/2020<br>10/22/2020 |

| S2 Indict. Ref. | Description | Date(s) |
|---|---|---|
| ¶ 17(f)(iii) | $2.3 million luxury yacht maintenance | 2/9/2021<br>3/3/2021<br>4/28/2021<br>4/30/2021<br>5/7/2021<br>5/14/2021<br>6/14/2021<br>7/8/2021<br>7/30/2021<br>9/13/2021 |
| ¶ 18(h)(iii) | $13 million to escrow account for renovations | 12/21/2021<br>1/7/2022<br>1/20/2022<br>2/9/2022<br>2/18/2022<br>3/2/2022 |
| ¶¶ 18(h)(iv), 40(g) | $1.1 million of G|CLUBS payments into Je-controlled account | 8/5/2021 |
| ¶ 19(d) | €3,561,127 Ferrari purchase | 2/22/2022 |
| ¶ 40(b) | $200,000 transfer | 6/3/2020 |