UNITED STATES DISTERICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         v.<br><br>YANPING WANG,<br><br>                    Defendant. | 23 Cr. 118-3 (AT) |

### DECLARATION OF BRENDAN F. QUIGLEY IN SUPPORT OF DEFENDANT'S OPPOSITION TO THE GOVERNMENT'S MOTIONS *IN LIMINE*

I, Brendan F. Quigley, declare pursuant to 28 U.S.C. § 1746 and state as follows:

1. I am a partner at the law firm Baker Botts, L.L.P. and counsel for defendant Yanping Wang ("Defendant") in this action. I submit this declaration upon my personal knowledge in support of Ms. Wang's pre-trial motions.

2. Attached hereto as Exhibit 1 is a copy of an Order of Protection, dated May 7, 2020 and is filed under seal

3. Attached hereto as Exhibit 2 is a copy of Declaration of "Witness-1" and is filed under seal.

4. Attached hereto as Exhibit 3 is copy of an Order dated May 11, 2021 and is filed under seal.

Executed in New York, New York on this 17th day of April, 2024.

                                              */s/ Brendan F. Quigley*
                                              Brendan F. Quigley