UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

YVETTE WANG,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _05/02/2024_

23 Cr. 118-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold a change-of-plea hearing for Defendant, Yvette Wang, on **May 3, 2024**, at **9:30 a.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: May 2, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge