UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YVETTE WANG,<br>    a/k/a "Yanping,"<br>    a/k/a "Y,"<br><br>                    Defendant. | **NOTICE OF INTENT TO FILE AN INFORMATION** |

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: New York, New York
       May 3, 2024

                                        DAMIAN WILLIAMS
                                        United States Attorney

                            By:    _____
                                   JULIANA MURRAY
                                   Assistant United States Attorney

                                   AGREED AND CONSENTED TO:

                            By:    _____
                                   BRENDAN QUIGLEY
                                   Attorney for Yvette Wang