

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 22, 2024

**VIA ECF**
Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Wang*, S4 23 Cr. 118 (AT)

Dear Judge Torres:

The Government writes to request an extension of one week to respond to the above-captioned defendant's objections to the PSR. The Government also requests a commensurate one-week extension of time for the Probation Department to file the final PSR. If approved, the Government's response to the defendant's objections would be due on July 29, 2024 and the final PSR would be filed on July 31, 2024. Sentencing in this matter is scheduled for September 10, 2024.

The Government is available to address any questions the Court may have.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/
   Ryan B. Finkel
   Juliana N. Murray
   Micah F. Fergenson
   Justin Horton
   Assistant United States Attorneys
   (212) 637-6612 / 2314 / 2190 / 2276