# Exhibits C-U Filed Under Seal