UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

YVETTE WANG,

                     Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/2024

23 Cr. 118-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Sentencing in this matter is ADJOURNED to **December 2, 2024**, at **9:00 a.m.** By **November 18, 2024**, the Government shall email the Court and defense counsel a list of the names of any victims whom the Government anticipates will wish to be heard at sentencing.

    SO ORDERED.

Dated: October 16, 2024
       New York, New York

ANALISA TORRES
United States District Judge