# EXHIBIT A
# OFFERING MEMORANDUM

# REDACTED PER COURT'S INSTRUCTION