# EXHIBIT 1

# STOCK PURCHASE AGREEMENT

# REDACTED