# EXHIBIT 2

# INVESTMENT AGREEMENT

# REDACTED