# EXHIBIT 3

# INVESTMENT AND RESTRICTED ACCOUNT AGREEMENT

# REDACTED