# EXHIBIT 4

# WIRE CONFIRMATION

# REDACTED