# EXHIBIT B

102-0094
千代田区 紀尾井町 4-1
ニューオータニガーデンコート19カイ

ソナー・アドバイザーズ株式会社 様



07201  000 R01101           0000088#
    9033-00 000000 001
*11245*825 20506001 000 1-903300

**株式会社みずほ銀行**
東京外為業務オフィス
〒103-8528
東京都中央区日本橋蛎殻町2-10-30

# 外国為替計算書 (STATEMENT)  2021年07月20日

ページ 1/1

| お名前 (Messrs) | | 取引日 (Date) | 起算日 (Value Date) |
|---|---|---|---|
| ソナー・アドバイザーズ株式会社 様 | | 2021/07/20 | |

| 取引種類 (Type of Transaction) | 取引番号 (Our Ref. No.) | お客さま整理番号 (Your Ref. No.) |
|---|---|---|
| 仕向送金 | | |

| 取引金額 (AMOUNT) |
|---|
| USD            1,000,000.00 |

取引内容 (Details)

登録番号

## 換算内容 (Exchange Details)

| | 内訳金額 Individual Sum | 相場種類 Type | 換算相場 Exchange Rate | 値決番号 Pricing No. | 換算後金額 Converted Amount |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 計 | | | | | |

## 手数料明細 (Charge Details)

| 明細番号 Inv. | 名称 Charge Type | 手数料等金額 Amount | 計算方法 Method | 料率 % Rate | 換算相場 Exchange Rate | 相場適用日 Exchange Date | 換算後金額 Converted Amount |
|---|---|---|---|---|---|---|---|
| 001 | 送金手数料 REMIT CHG | JPY 7,500 | 定額 | | | | JPY 7,500 |
| 002 | 外貨受払手数料 HANDLING COMM | USD 500.00 | %利率 | 1/20% | 110.57 | 2021/07/20 | JPY 55,285 |
| 003 | コルレス先支払手数料 THEIR H/C | JPY 2,500 | 定額 | | | | JPY 2,500 |
| 計 | | | | | | JPY | 65,285 |

※最低(最高)手数料を適用する場合でも、料率を表示しています。

A4K-55K   001