








TY04

中国银行 BANK OF CHINA  跨行人民币汇款凭证

委托日期:2022/04/06

流水号
业务标识号
发起行行号
发起行名称
付款人账号
付款人卡号
付款人名称

接收行行号:105602090013
接收行名称:中国建设银行股份有限公司东莞塘厦支行
收款人账号:6227003234120038638
收款人名称:白宝鹏

货币、金额:CNY3,000,000.00
大写金额:人民币叁佰万元整
附言:HTTM10

证件类型:
证件号码:
个人跨行柜台转账汇款手续费:0.00
机构:           经办柜员:          打印时间:2022-04-06
普通转账实时扣款，但非实时到账。小额业务当日汇出，大额业务工作日汇出，
入账时间以收款行为准，此凭证不作为入账依据。
本人已阅知并在此签署《申请人须知》
客户签字:

第二联 客户留存



Himalaya International Payments Ltd
Commerce House, Wickhams Cay 1,
P.O. Box 3140, Road Town,
Tortola, British Virgin Islands VG1110

**Generated Date:** 08 May 2024

**Private and Confidential**

ZIHENG CHENG

**Username:**

## Transaction Details

| DATE AND TIME | TYPE | DESCRIPTION | 2ND PARTY HID | CREDIT | QUANTITY | TRANSACTION ID |
|---|---|---|---|---|---|---|
| 21/04/2022 01:29:27 | RECEIVED | P2P Transfer from 敏*** 陈*** | | HDO | 456621.00 | |

(1) In the event that any information contained in this statement is inconsistent with your records, please contact our Customer Services team immediately.
(2) This is a computer-generated statement. No authorised signature is required.
(3) Transaction dates and times are displayed in UTC format.
(4) Transaction Description: P2P(peer-to-peer).
(5) 2nd Party HID: Himalaya ID of the second involved party.

Himalaya International Payments Limited, Commerce House, Wickhams Cay 1, P.O. Box 3140, Road Town, Tortola, British Virgin Islands VG1110

Page 1 of 1