1. GCLUB 官网信息



2. 汇款凭证





## Adv Relationship Banking ▮▮▮▮ : Account Activity Transaction Details

| | |
|---:|:---|
| **Check number:** | 00000000101 |
| **Post date:** | 02/18/2021 |
| **Amount:** | -10,000.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Merchant information:** | |
| **Transaction category:** | Cash, Checks & Misc: Checks |

[Image of check: ZIHENG CHENG, Check #101, dated 01/20/2021, Pay To The Order Of G Club Operations L.L.C., $10,000.00, "TEN THOUSAND and 00/100" Dollars, BANK OF AMERICA, ACH R/T 021000322, For: Tier 1 Membership, signed]

Share Your Feedback

https://secure.bankofamerica.com/myaccounts/details/deposit/previous-page.go?skip=true&adx=71abc8cb09367f998ce9dee08cdeafdd9694afa31ef8b…    1/1