UNITED STATES OF AMERICA,

Plaintiff,

v. Beibei Zhang

[Defendant's Name],

Defendant. YVETTE WANG
a/k/a/ "Yanping"
a/k/a "Y"

Case No.: ~~1:23-cr-00118-AT~~
S4 23 Cr. 118 (AT)

ANCILLARY PETITION PURSUANT TO 21 U.S.C. § 853(n)

Petitioner: Beibei Zhang

Address: Rothenberger Grund 22a, 42799 Leichlingen, Germany

Phone Number: +49 176 2005 2949

Email: beibeias@hotmail.com

TO THE HONORABLE COURT:

Petitioner Beibei Zhang hereby submits this Ancillary Petition pursuant to 21 U.S.C. § 853(n) and Rule 32.2(c) of the Federal Rules of Criminal Procedure, asserting a legitimate interest in certain assets subject to forfeiture in Case No. 1:23-cr-00118-AT.

I. STATEMENT OF INTEREST

1. Petitioner is an independent investor who lawfully transferred $150,000 into Account No. 5090042770 as part of an investment in a digital banking project.

2. On February 8, 2022, Petitioner wired $150,000 USD from Targo Bank (Account No. 3007800137) to Hamilton Investments Management via Silvergate Bank (SWIFT: SIVGUS66, Account No. 5090042770), which was held under Hamilton Opportunity Fund SPC.

3. On or about September 18, 2022, the U.S. Government seized $89,992,861.75 in funds from Silvergate Bank Account No. 5090042770 as part of forfeiture proceedings (Case No. 23-FBI-000074).

4. Petitioner's $150,000 investment was included in the seized funds.

5. The funds originated from Petitioner's legitimate personal financial assets and were not involved in any criminal activity.

6. At the time of the transfer, Petitioner had no knowledge that the account might be subject to forfeiture or legal proceedings.

7. The $150,000 investment does not belong to any defendant in this case, and Petitioner has a superior claim to these funds over the Government or any other parties.

II. LEGAL BASIS

8. Pursuant to 21 U.S.C. § 853(n)(6), Petitioner is entitled to relief because:

a. Petitioner had a legal right to the funds prior to any alleged criminal activity of the defendant; or

b. Petitioner is a bona fide purchaser for value who acquired an interest in the funds without knowledge of their potential forfeiture.

9. Petitioner provides the following documentary evidence in support of this claim:

- Targo Bank wire transfer confirmation (Exhibit A)

- Bank statements showing the transaction (Exhibit B)

III. REQUEST FOR RELIEF

WHEREFORE, Petitioner respectfully requests that this Honorable Court:

A. Recognize Petitioner's legal ownership of the $150,000 within Account No. 5090042770;

B. Order the immediate return of the $150,000 to Petitioner's original remitting account (Targo Bank Account No. 3007800137);

C. Grant such other relief as the Court deems just and appropriate.

Respectfully submitted,

[Your Signature]

Beibei Zhang

Rothenberger Grund 22a, 42799 Leichlingen, Germany

+49 176 2005 2949

beibeias@hotmail.com

**TARGO✕BANK**

TARGOBANK AG
(nachstehend TARGOBANK)
Kasernenstr. 10 • 40213 Düsseldorf

## Auslandsüberweisungsauftrag

| | |
|---|---|
| Kontonummer: | 3007800137 |
| Auftragsnummer: | |
| Empfängerland: | UNITED STATES |
| Zahlungsempfänger: | HAMILTON INVESTMENTS MANAGEMENT |
| Straße: | |
| Ort: | |
| Land: | |
| Empfängerkonto: | 5090042770 |
| Bank/Name: | SILVERGATE BANK |
| Swift Code: | SIVGUS66 |
| Straße: | 4250 EXECUTIVE SQUARE SUITE 300 LA JOLLA |
| Ort: | CA 92037 |
| Zweigstellenbezeichnung: | |
| Art der Überweisung: | Elektronisch |
| Ausführungstermin: | 08.02.2022 |
| Betrag: | **150.000,00 USD** |
| Umrechnungskurs: | 1,1415000 |
| Gegenwert: | 131.406,04 |
| Entgelt: | 394,22 EUR |
| Gesamt: | 131.800,27 EUR |
| Entgeltvereinbarung: | OUR (SHA, OUR, vergleiche Preis- und Leistungsverzeichnis) |
| Verwendungszweck: | 322286803GOODS PURCHASE |
| Text zur Meldung im Auslandszahlungsverkehr: | |

Bitte bei Auslandsüberweisungen größer 12.500,- Eur (Euro-Gegenwert) die AWV-Meldepflicht beachten, Auskunft erhalten Sie bei der Bundesbank unter 0800 - 12 34 111.

Nur für Daueraufträge:
• Letzter Ausführungstermin:
• Intervall der Zahlung:

| | |
|---|---|
| Auftraggeber: | BEIBEI ZHANG |
| Datum: | 07.02.2022 |

*[signature]*

Unterschrift Kunde (zur Bestätigung der obigen Zahlungsinstruktionen — es gelten im Übrigen unsere Bedingungen für den Überweisungsverkehr sowie unser Preis- und Leistungsverzeichnis)

Zusätzliche Hinweise:
• Bei Daueraufträgen fällt das oben ausgewiesene Entgelt der TARGOBANK für jede Zahlung aus dem Dauerauftrag an
• Bei Daueraufträgen und vordatierten Überweisungen dienen Umrechnungskurs und Gegenwert nur als Anhaltspunkt. Überweisungsaufträge mit zukünftigem Datum bzw. Daueraufträge führt die TARGOBANK zum jeweils gültigen Tageskurs aus. Diesen weist die TARGOBANK auf ihrer Internetseite https://www.targobank.de/de/service/zahlungsverkehr/index.html aus. Die Kurse werden handelstäglich um 13.00 Uhr ermittelt und gelten bis 13.00 Uhr des nächsten Handelstages.
• Der Auftrag wird nur bei ausreichender Deckung ausgeführt.

GKB0aO1H   TARGOBANK AG • Vorstand: Isabelle Chevelard (Vorsitzende), Christophe Jehan (stellv. Vorsitzender), Berthold Rüting, Maria Topaler
01.11.21   Vorsitzender des Aufsichtsrates: René Dangel • Sitz der Gesellschaft: Düsseldorf
Handelsregister Amtsgericht Düsseldorf HRB 83351 • USt-ID-Nr.: DE 811 285 485
USt-ID-Nr. des umsatzsteuerlichen Organträgers: DE 811 623 326

Seite 2/3

2022        Beibei Zhang        C015367239

## natsübersicht

ansaktionen Ihres Girokontos des letzten Monates in einer Übersicht

**T-KONTO   3007800137**                                                                                       **EUR**

Beibei Zhang

okonten erfolgt jeweils am letzten Bankgeschäftstag der Monate März, Juni, September und Dezember ein Rechnungsabschluss. Dieser gilt gemäß Ziff. 2 unserer AGB als genehmigt, wenn Einwendungen nicht vor Ablauf von sechs Wochen nach dessen Zugang geltend gemacht werden. Bei mlichen Einwendungen oder Erstattungsansprüchen genügt die Absendung innerhalb der jeweils genannten Frist. Sie können bei einer ingsbuchung aufgrund einer von Ihnen autorisierten SEPA-Basislastschrift innerhalb von acht Wochen nach Belastungsbuchung ohne Angabe von n die Erstattung des belasteten Lastschriftbetrages verlangen.

DE32 3002 0900 3007 800 37   **BIC CODE:  CMCIDEDD**

aktionen

| Tag | Buchungstext | Ausgaben | Einnahmen | Guthaben/Kredit |
|---|---|---|---|---|
| MO | ANFANGSSALDO | | | 21.078,64 |
| | ██████████ ██████████ | | ██████ | ██████ |
| | ██████████ JIANYIONG WU ██████████ | | ██████ | ██████ |
| | ██████████ JIANYIONG WU ██████████ | | 15.000,00 | 81.078,64 |
| MI | ██████████ JIANYIONG WU ██████████ | | 15.000,00 | 96.078,64 |
| MI | ██████████ JIANYIONG WU ██████████ | | 15.000,00 | 111.078,64 |
| MI | ██████████ JIANYIONG WU ██████████ | | 10.000,00 | 121.078,64 |
| MO | ██████████ JIANYIONG WU ██████████ | | 15.000,00 | 136.078,64 |
| MO | ██████ GUTSCHRIFT ██████████ | | 15.000,00 | 151.078,64 |
| DI | AUSLANDSÜBERWEISUNG   HAMILTON INVESTMENTS MANAGE 5090042770   US SILVERGATE BANK 150.000,00 USD   Kurs 1,1415 Ref-NR PWTFG2202080762749  322286803 GOODS PURCHASE | 131.406,04 | | 19.672,60 |
| DI | GEBÜHR AUSLANDSÜBERWEISUNG | 394,22 | | 19.278,38 |

TARGOBANK AG I Vorstand: Isabelle Chevelard (Vorsitzende); Christophe Jéhan (stellv. Vorsitzender); Berthold Rüsing; Maria Topaler
Vorsitzender des Aufsichtsrates: René Dangel I Sitz der Gesellschaft: Düsseldorf
Handelsregister Amtsgericht Düsseldorf HRB 83361 I USt-ID-Nr.: DE 811 265 485
USt-ID-Nr. des umsatzsteuerlichen Organträgers: DE 811 623 326

P01/P153946/C015367239

Beibei Wang
Rothenberger Grund 22a 42799 Leichlingen
Deutschland

Criminal Docketing

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007






Recommandé
RR 83 314 076 7DE

RECEIVED APR 11 2025 PRO SE OFFICE

Deutsche Post
F1 02.04.25 5,50
F1 011C 9395
00 4914 D3A8