

**RECEIVED**

**CLERK'S OFFICE**
**S.D.N.Y.**

**100% RECYCLABLE**

**EXPRESS WORLDWIDE** | **DOX** | *DHL*

2025-04-06 MDP 1.0 / *40-100807*

From :

 Origin:
**RTM**

To : Clerk of the Court    Contact:
Southern District Court of the United States
Pearl Street 500
Room 120
**10007 New York**
**United States**

**US-ZYP-ZY4**

| | Day | Time |
|---|---|---|
| **NPA** | | |

Pce/Shpt Weight | Piece
**0.5 kg** | **1 / 1**

Content: letter



WAYBILL 44 1573 3696



(2L)US10007+42000000



(J) VGLE XP14 8154 9951



# CLAIM FORM

## YOU MUST COMPLETE <u>ALL</u> PARTS OF THIS FORM FOR THE ASSETS YOU ARE CLAIMING.

**Note**: There is no legal form or format required for filing a claim; this document is provided for your convenience. Please visit https://www.forfeiture.gov/FilingClaim.htm for more specific guidance on filing your claim with the appropriate seizing agency.

**Frivolous Claim Statement**: If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

**Privacy Act Notice**: The Department of Justice is collecting this information for the purpose of processing your claim. Providing this information is voluntary; however, the information is necessary to process your application. Information collected is covered by Privacy Act System of Records Notice Department of Justice (DOJ), DOJ-002-DOJ Computer Systems Activity & Access Records, Federal Register (71 FR 29170). This information may be disclosed to contractors when necessary to accomplish an agency function, to law enforcement when there is a violation or potential violation of law, or in accordance with other published routine uses. For a complete list of routine uses, see the system of records notice listed above.

Case 1:23-cr-00118-AT    Filed 04/06/25  Page 1 of 14

## SECTION I – CONTACT INFORMATION

| PETITIONER INFORMATION | |
|---|---|
| **Petitioner/Contact Name:** (Last, First) <br> ███████ | |
| **Business/Institution Name:** (if applicable) | **Prisoner ID:** (if applicable) |
| **Address:** (Include Street, City, State, and Zip Code) <br> ███████ | |
| **Social Security Number/Tax Identification Number:** (Enter N/A if you do not have one) <br> N/A | |
| **Please provide an explanation why you do not have a Social Security Number, if above is N/A:** <br> I have not lived in the United States. | |
| **Phone:** (optional) | **Email:** (optional) <br> ███████ |
| **ATTORNEY INFORMATION** (if applicable) | |
| **Attorney Name:** (Last, First) <br> N/A | |
| **Attorney Title:** | |
| **Firm Name:** (if applicable) | |
| **Attorney Address:** (Include Street, City, State, and Zip Code) | |
| Are you an attorney filing this petition on behalf of your client?  ☐ YES  ☐ NO | |
| **Attorney Phone:** (optional) | **Attorney Email:** (optional) |

*If any of this information changes, you are responsible for notifying the agency of the new information.*

## SECTION II – ASSET LIST

*List each asset ID and asset description that you are claiming.*

| # | Asset ID | Asset Description |
|---|----------|-------------------|
| 1 | ███████ | $14,599,257.25 in United States currency formerly on deposit in account number ███████ at FV Bank, held in the name of "Himalaya International Clearing, Ltd." and seized by the Government on or about September 20, 2022 |
| 2 | ███████ | $89,992,861.75 in United States currency formerly on deposit in account number ███████ at Silvergate Bank, held in the name of "Hamilton Opportunity Fund SPC" and seized by the Government on or about September 18, 2022 |

**In the space below, please explain why you have a valid, good faith, and legally recognizable interest in this asset:**

1, ███████ (the Petitioner"), pursuant to 21 U.S.C. § 853(n) and Rule 32.2(c) of the Federal Rules of Criminal Procedure, herby respectfully petitions the Court for a determination of the Petitioner s interest in specific property subject to the Court s Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment, signed by Your Honor on January 6, 2025 and entered on January 7, 2025, (the Forfeiture Order") which includes various bank accounts ( Forfeited Accounts"), Dkt. 488, to exclude all property in which the Petitioner has right, title, and interest, namely, $436,000 (the Property"). In support hereof, the Petitioner states as follows:

2,In 2021 and 2022, I invested $333,000 into the Himalaya International Clearing, Ltd. account to purchase virtual currency (H-Coin) through the Himalaya Exchange. However, I have not received any returns on my investment.

3,In 2022,I invested $10,3000 into the Hamilton Opportunity Fund SPC.However, I have not received any returns on my investment.

4, I the petitioner never received any funds or investment back from the investments before they were seized by the government, having now suffered a total of unrecovered funds of my $436,000 investment.

5.,I, the petitioner, was not consulted prior to the entry of the Forfeiture Order. Petitioner had no knowledge that Defendant Wang consented to forfeit the Property. I invested in Hamilton Opportunity Fund to support the Whistleblower Movement which is led by Miles Guo.
I believe that Mr. Guo is not lying,he is simply doing the right thing to take down the CCP.

6, As an owner of the above listed assets, I, the petitioner has an interest in the Property which Defendant Wang had no authority to agree to forfeit. Rather, Petitioner has a superior interest in the Property which cannot be the subject of the Forfeiture Order relating to Defendant Wang.

7, I was not involved in, nor did I have any knowledge of the Defendants' activities. Accordingly, I am also an innocent third party pursuant to 21 U.S.C. § 853(n). Any third party asserting a legal interest in property which has been ordered forfeited to the United States pursuant to this section may.. petition the court for a hearing to adjudicate the validity of his alleged interest in the property." 21 U.S.C. § 853(n)(2). The petition, which is sworn and signed by the me, shall s e t forth t h e n a t u r e a n d extent of the petitioners right, title, or interest in the property, the time and circumstances of the petitioner s acquisition of the right, title, or interest in theproperty, and additional facts supporting the petitioner s claim, and the relief sought." Id. § 853(n)(3).

8,Here, I, the petitioner is the lawful owner of the Property.
16. Alternatively, Petitioner is a bona fide purchaser for value of my interest in the Property under 21 U.S.C. § 853(n)(6)(B).

9, Petitioner was made aware of the Order of Forfeiture by viewing it at www.forfeiture.gov (which was published from February 6, 2025 through March 7, 2025) noting that: pursuant to Title 21, United States Code, Section 835(n), persons other than the defendant who wish to assert a legal interest in property that has been ordered forfeited to the United States must file a petition for a hearing to adjudicate the validity of their alleged interest in the property with the Court within thirty (30) days of the final publication of notice, or receipt of actual notice, whichever is earlier."

10, Petitioner has filed this petition within 60 days of the initial publication of notice.
WHEREFORE, Petitioner respectfully requests and petitions this Court:

a. to amend the Forfeiture Order to exclude the Property in which Petitioner has a rightful interest as an innocent third party, superior interest, and/or a bona fide purchaser for value.

b. A hearing pursuant to 21 U.S.C. § 853(n) on any disputed matters.

c. Compensation for the value of Petitioner's interest if the Petition is denied;

d. Any other relief the Court d e e m s just a n d proper.

e. To protect the Petitioner's personal information by ensuring it is redacted in all court records and proceedings.

Dated: April 6, 2025

**In the space below, please list any documents you are including in support of your interest in the asset(s). If none are included, please explain why.**

**☻ otp**bank

OTP bank Nyrt.

1051 Budapest, Nádor utca 16.

Tel.:06-1-473-5000

Fax.:06-1-473-5955

www.otpbank.hu

Tranzakció adatai

| | |
|---|---|
| Tranzakció típusa | Belföldi utalás |
| Forrás számla | ████ |
| Kedvezményezett | Himalaya International Clearing Ltd ████ |
| Összeg | 50000 USD |
| Közlemény | 0 ████Commerce House, WickhamsCay 1, Ro ████Himalaya International Clearing Ltd ad Town,Tortola,BVI VG1110 |
| Utalás/tranzakció dátuma | 2021-08-10 10:53:00 |
| Tranzakció azonosító | 29 |

Case 1:23-cr-00118-AT    Filed 04/06/25  Page 5of 14

**☻ otp**bank

OTP bank Nyrt.

1051 Budapest, Nádor utca 16.

Tel.:06-1-473-5000

Fax.:06-1-473-5955

www.otpbank.hu

Tranzakció adatai

| | |
|---|---|
| Tranzakció típusa | Belföldi utalás |
| Forrás számla | ■■■■■■■■ |
| Kedvezményezett | Himalaya International Clearing Ltd ■■■ |
| Összeg | 50000 USD |
| Közlemény | 0 ■■■■■ Commerce House, Wickhams Cay 1, Ro ■■■ Himalaya International Clearing Ltd ad Town,Tortola,BVI VG1110 |
| Utalás/tranzakció dátuma | 2021-10-29 13:39:00 |
| Tranzakció azonosító | 34 |

## ☾ otp*bank*

OTP bank Nyrt.

1051 Budapest, Nádor utca 16.

Tel.:06-1-473-5000

Fax.:06-1-473-5955

www.otpbank.hu

## Tranzakció adatai

| | |
|---|---|
| Tranzakció típusa | Belföldi utalás |
| Forrás számla | ██████████ |
| Kedvezményezett | Himalaya International Clearing Ltd ████████ |
| Összeg | 100000 USD |
| Közlemény | 0 ████ Commerce House, Wickhams Cay 1, Ro ████ Himalaya International Clearing Ltd ad Town, Tortola, BVI VG1110 ████ |
| Utalás/tranzakció dátuma | 2021-11-05 12:50:00 |
| Tranzakció azonosító | 37 |

**&otp**bank

OTP bank Nyrt.

1051 Budapest, Nádor utca 16.

Tel.:06-1-473-5000

Fax.:06-1-473-5955

www.otpbank.hu

## Tranzakció adatai

| | |
|---|---|
| Tranzakció típusa | Belföldi utalás |
| Forrás számla | ████████ |
| Kedvezményezett | Himalaya International Clearing Ltd |
| Összeg | 50000 USD |
| Közlemény | 0 ████ Commerce House, Wickhams Cay 1, Ro ████ Himalaya International Clearing Ltd ad Town, Tortola, BVI VG1110 |
| Utalás/tranzakció dátuma | 2021-11-19 07:50:00 |
| Tranzakció azonosító | 40 |

▢ 1/2                          **ⓒ otp**bank

OTP bank Nyrt.

1051 Budapest, Nádor utca 16.

Tel.:06-1-473-5000

Fax.:06-1-473-5955

www.otpbank.hu

## Tranzakció adatai

| | |
|---|---|
| Tranzakció típusa | Belföldi utalás |
| Forrás számla | ▇▇▇▇▇▇▇▇ |
| Kedvezményezett | Himalaya International Clearing Ltd |
| Összeg | 38000 USD |
| Közlemény | 0 ▇▇▇▇ Commerce House, Wickhams Cay 1, Ro ▇▇▇▇ Himalaya International Clearing Ltd ad Town, Tortola, BVI VG1110 |
| Utalás/tranzakció dátuma | 2021-12-06 08:54:00 |
| Tranzakció azonosító | 43 |

**☉ otp**bank

OTP bank Nyrt.

1051 Budapest, Nádor utca 16.

Tel.:06-1-473-5000

Fax.:06-1-473-5955

www.otpbank.hu

Tranzakció adatai

| | |
|---|---|
| Tranzakció típusa | Belföldi utalás |
| Forrás számla | ███████████ |
| Kedvezményezett | Himalaya International Clearing Ltd ██████ |
| Összeg | 25000 USD |
| Közlemény | 0 ████ Commerce House, Wickhams Cay 1, Ro ████████ Himalaya International Clearing Ltd ad Town, Tortola, BVI VG1110 |
| Utalás/tranzakció dátuma | 2022-03-10 14:31:00 |
| Tranzakció azonosító | 60 |

**Case 1:23-cr-**

## ⓒ *otp*bank

OTP bank Nyrt.

1051 Budapest, Nádor utca 16.

Tel.:06-1-473-5000

Fax.:06-1-473-5955

www.otpbank.hu

## Tranzakció adatai

| | |
|---|---|
| Tranzakció típusa | Belföldi utalás |
| Forrás számla | ██████████ |
| Kedvezményezett | Himalaya International Clearing Ltd |
| Összeg | 20000 USD |
| Közlemény | 0 █████ Commerce House, Wickhams Cay 1, Ro █████ Himalaya International Clearing Ltd ad Town,Tortola,BVI VG1110 |
| Utalás/tranzakció dátuma | 2022-02-15 12:17:00 |
| Tranzakció azonosító | 56 |

☐ 1/2                    **Ⓒ otp**bank

OTP bank Nyrt.

1051 Budapest, Nádor utca 16.

Tel.:06-1-473-5000

Fax.:06-1-473-5955

www.otpbank.hu

## Tranzakció adatai

| | |
|---|---|
| Tranzakció típusa | Belföldi utalás |
| Forrás számla | ███████████ |
| Kedvezményezett | Hamilton Opportunity Fund SPC on be ███ |
| Összeg | 100500 USD |
| Közlemény | 0 ███████ HAMILTON MA FUND SP CLAhalf of Hamilton M and A Fund SP ███████ Hamilton Opportunity Fund SPC on be ███ |
| Utalás/tranzakció dátuma | 2022-01-24 09:33:00 |
| Tranzakció azonosító | 52 |

**Case**

▣ 1/2                          **☉ otp**bank

OTP bank Nyrt.

1051 Budapest, Nádor utca 16.

Tel.:06-1-473-5000

Fax.:06-1-473-5955

www.otpbank.hu

Tranzakció adatai

| | |
|---|---|
| Tranzakció típusa | Belföldi utalás |
| Forrás számla | ███████████ |
| Kedvezményezett | Hamilton Opportunity Fund SPC on be |
| Összeg | 2500 USD |
| Közlemény | 0. ████████ HAMILTON MA FUND SP CLAhalf of Hamilton M and A Fund SP ████████ Hamilton Opportunity Fund SPC on be █████ |
| Utalás/tranzakció dátuma | 2022-02-02 12:07:00 |
| Tranzakció azonosító | 54 |

## SECTION IV – RECOVERY OF LOSS

*Complete this section for assets you have recovered all or a portion of your losses either via an insurance claim and/or via some other source of recovery. If you have more recovery of loss information than may fit on this page, print out multiple copies of this page to attach with the claim and indicate which assets apply to each page. If you have not received any recovery of your losses, then leave this section blank.*

| RECOVERY OF LOSS INFORMATION | |
|---|---|
| Asset ID | Asset Description |
| N/A | N/A |
| | |

| INSURANCE CLAIM INFORMATION (if applicable) | |
|---|---|
| Name of Insured: (Last, First) | |
| Policy Number: | Claim Number: |
| Name of Insurance Company: | Name of Insurance Agent: (Last, First) |
| Insurance Company Address: (Include Street, City, State, and Zip Code) | |
| Phone: (optional) | Email: (optional) |
| Have you received compensation from the insurance company?   ☐ YES       ☐ NO | Amount of Compensation: |

**If other sources of recovery exist (e.g., restitution, returns on investment or other settlements), please list and describe the details below.**

| OTHER SOURCE(S) OF RECOVERY (if applicable) | |
|---|---|
| Source of Recovery 1: | Amount of Recovery: |
| Source of Recovery 2: | Amount of Recovery: |

**In the space below, please list any documents you are including in support of your claim of recovery of loss. If none are included, please explain why.**

I have not recovered any funds from any source.

## SECTION VII – DECLARATION AND REPRESENTATION

*The following declaration must be completed by the claimant.*

I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

In Leidschendam, Netherlands

_____

**Signature**

_____

**Printed Name**

04/06/2025

_____

**Date**