IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>-v-<br><br>HO WAN KWOK, a/k/a  "Miles Guo," "Miles Kwok," "Guo Wengui," "Brother Seven," or  "The Principal,"<br><br>and<br><br>KIN MING JE, a/k/a "William Je,"<br><br>and<br><br>YANPING WANG, a/k/a "Yvette,"<br><br>Defendants. | Restitution of Seized Funds<br>Criminal No.:   23-cr-118 (AT)<br><br><br>MOTION UNDER SEAL TO ACCEPT ANCILLARY FILING AND TO PRESERVE CLAIMS IN CONFORMITY WITH THE COURT'S AUGUST 11 ORDER (ECF No. 720)<br><br>Assigned to the Honorable U.S. District Court Judge Analisa Torres, Presiding Judge |

**NOTICE OF FILING UNDER SEAL APPLICATIONS FOR RESTITUTION
IN CONFORMITY WITH THE COURT'S AUGUST 11 ORDER (ECF No. 720)
AND MOTION FOR APPROVAL OF SEALED FILING**

Undersigned Counsel provides this notice to the Court and the parties that he has filed under seal the application of 6,512 Members of the Himalaya Exchange for return to them of their investments and property seized from HEX by the U.S. Government.

These 6,512 applications are filed pursuant to this Court's Preliminary Order of Forfeiture as to Specific Property/Money Judgment entered on August 11, 2025 (ECF No. 720) (the "Preliminary Order").  Counsel also has provided additional precedent interpreting 21 U.S.C. 853(n) and related laws as providing flexibility for its goals under unusual circumstances such as large groups of similarly-situated claimants as here.

1

Undersigned counsel has on the PACER record respectfully moved for acceptance of this collective ancillary filing on behalf of 6,512[1] authenticated and consent-authorized customers of the Himalaya Exchange ("HEX"). This total reflects requests up to last night at 10:00 p.m. of anyone who requested cancellation of their attorney-fee agreement with the undersigned Counsel.

As previously stated, Counsel has continually updated the number as additional clients have joined and some clients have asked to terminate their representation. Counsel and the Former Feds Group have reviewed thousands of emails relating to this case and have cross-referenced status through HEX's records and management. This is how the total today is 6,512 which is likely to now be a closed class having made their filing for restitution of their funds seized by the U.S. Government from the entities comprising the diversified functioning of the Himalaya Exchange.

Counsel hopes that the Court, Government, and others will appreciate that without the role of Counsel spending hundreds of hours uncompensated on contingency is a considerable saving for this Court of judicial resources by representing now 6,512 individuals without the Court processing 6,512 separate groups of pleadings to the Court's case file.

Undersigned Counsel understands that faced with a flood of filings in March and April, that this Honorable Court (1) gave a blanket instruction that pleadings containing Personally Identifying Information (PII) and financial information should automatically (presumptively) be

---

[1] Counsel and his team have reviewed thousands of emails and communications with Himalaya Exchange clients and refined the lists in various categories. Thus, 6,512 members identified through HID#'s is now the final updated total now authenticated by the Himalaya Exchange through October 10, 2025 with client totals that account for 433,992,619.55 HCN, 84,689,498.20 HDO, 318,618,144.77 Deposits and 39,565,818.64 in redemptions. It is important to make clear that Counsel does not purport to speak for all HEX Members as there are many members whom he does not represent including 187 clients who have terminated the attorney client relationship. Of course, the Defendants in the criminal matter have their own separate attorneys.

placed under seal by the Clerk, and (2) that the August 11, 2025, Order explicitly stated that previously submitted information and claims need not be re-filed again and further burden the Court's record. The applicants for return of their investments explicitly incorporate by reference the filings and information previously submitted.

This Court will be aware as it has become a major administrative topic across the Federal courts that a massive intrusion of hacking into sealed documents in PACER was discovered. This has been addressed quietly at first but now requiring a major redesign of ECF and PACER to protect against hacking. Evidence in Kwok's trial and a stipulation with the Government proved that the Chinese Communist Party has targeted Kwok and his followers as dissidents and intend to do them harm.

Therefore, the applicants here incorporate by reference as if submitted herein the Know Your Customer identity verification information of HEX that has been repeatedly proffered to the U.S. Attorney's Office to be disclosed only under secure conditions. Because the Government has been repeatedly offered this, but has not taken the opportunity, Counsel asserts that the Government has *constructively* already received all of this KYC information of the applicants here but has not yet reviewed it. This information continues to be proffered.

However, out of an abundance of caution, Counsel moves the Court by the Clerk to confirm[2] the status of the those submissions emailed to the Court and the U.S. Attorney's Office yesterday on October 22, 2025, is both noticed as received and officially placed under seal.

Confirmed by other legal teams unrelated to this case, technical problems with this Court's and other District Courts persist with the Federal Court's Electronic Case Files (ECF) system. That is, the problem is not limited to SDNY but is being experienced across the country.

---

[2] Meaning confirmed within the Court's system not that Counsel needs a response.

3

Counsel understands that the software innovation originally limited to Acrobat of Portable Document Format (PDF) is – contrary to appearances – <u>*not*</u> a standardized file format. There are apparently many internal coding variations in PDF files. PACER and ECF reject some of these coding formats. Other legal teams known to Counsel but completely unrelated to this case have indicated problems with this for months.

Not only did Counsel have to spend an inordinate amount of time but it is possible that others such as individual claimants, *pro se*, were unable to file by yesterday's deadline.

As a result, undersigned Counsel attempted to post this Notice yesterday, October 22, 2025, had considerable difficulties filing what he did post, but was forced to submit the application of 6,512 HEX Members under seal by email to the Court and the Government. Counsel hopes to make sure that the Court's attention is drawn to those submissions and hopes that ECF / PACER's continuing improvements will resolve these challenges.

                         RESPECTFULLY SUBMITTED

                         <u>/s/ Brad Geyer</u>
                         Bradford L. Geyer, PHV
                         NJ 022751991
                         Suite 141 Route 130 S.  303
                         Cinnaminson, NJ 08077
                         Brad@FormerFedsGroup.Com
                         (856) 607-5708

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 23, 2025, a true and accurate copy of the foregoing was electronically filed and served through the ECF system of the U.S. District Court for the Southern District of New York.

                                      /s/ Brad Geyer
                                      Bradford L. Geyer, PHV
                                      NJ 022751991
                                        Suite 141 Route 130 S. 303
                                      Cinnaminson, NJ 08077
                                      Brad@FormerFedsGroup.Com
                                      (856) 607-5708